EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>130-2005-00984 |
|---|---|---|

and EEOC
_____
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Patricia Campbell | | |

Street Address                                  City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MONTGOMERY ADVERTISER/GANNETT | 201-300 | (334) 262-1611 |

Street Address: 425 Molton Street, Montgomery, AL 36104

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | Earliest: 07-01-2002    Latest: 09-27-2004<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer in July 1988, as a sales person. During my tenure I have been subjected to harassment, intimidation and different terms/conditions of employment. Starting in July 2002, management became highly critical of all my jobs related activities, which I objected to. I sent a dossier to management in which I addressed the discriminatory employment practices of my immediate manager. In July 2004, after having complained on numerous occasions to management about my manager, I was placed on a performance improvement plan for frivolous reasons without merit. A male employee in violation of the same or similar offenses as I was treated more favorably. I was discharged on September 27, 2004.

Ron Davidson, White Advertising Director, told me that I was being discharged for not splitting advertisements crossing over to the next month, which is a common practice among employees.

I believe that I was discriminated against because of my race, Black, my sex, female and in retaliation for having opposed practices made unlawful under Title VII of the Civil Rights Act of 1964, as amended. A male employee who egregiously committed the same offense as I was retained.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Dec 14, 2004                    [signature: Patricia Campbell]
Date                             Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT A