IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN 29 P 1: 44
DEBRA P. HACKETT, CL*
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

| | |
|---|---|
| PATRICIA A. CAMPBELL, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GANNETT CO., INC., a corporation, d/b/a )<br>MONTGOMERY ADVERTISER, )<br>)<br>Defendant. )<br>) | SUMMONS<br><br>CIVIL ACTION NO.: 2:05cv615 C |

**TO DEFENDANT:** <u>GANNETT, INC., d/b/a MONTGOMERY ADVERTISER, c/o Scott M. Brown, President/Publisher, 425 Molton Street, Montgomery, AL 36104.</u>

You are hereby summoned and required to serve upon plaintiff's attorney(s): <u>**John D. Saxon, Esq., JOHN D. SAXON, P.C., 2119 3rd Avenue North, Birmingham, Alabama 35203**</u> a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 7/7/05

**SEE REVERSE SIDE FOR RETURN**

DEBRA P. HACKETT, CLERK
By: _[signature]_
Deputy Clerk

(Seal of Court)

*Debra P. Hackett*

Clerk, U.S. District Court
Middle District of Alabama
United States Courthouse
~~One Church Street~~ P.O. Box 711
Montgomer, Alabama ~~36104~~ 36101

NOTE: A separate summons must be
       Prepared for each defendant.

CASE NO. _____

## RETURN OF SERVICE OF WRIT

I hereby certify and return that on the_____ day of _____, 2005, I served this summons, together with the complaint, as follows:

X      By certified mail on the defendant at: **GANNETT, INC., d/b/a MONTGOMERY ADVERTISER, c/o Scott M. Brown, President/Publisher, 425 Molton Street, Montgomery, AL 36104.**

☐      By personal service on the defendant at

_____

☐      By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

☐      By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

**I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

_____      _____
   Date                                           Authorized or Specially Appointed Process Server

I hereby certify and return this _____ day of _____, 2005, that I am unable to locate the individual, company, corporation, etc. named in this summons.

**I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

_____      _____
   Date                                           Authorized or Specially Appointed Process Server

Costs of Service:       Service Fee:

Expenses: _____ miles @ _____ cents         Total: $_____