| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Gary Edwards*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Gary Edwards |
| 1. Article Addressed to:<br><br>GANNETT, INC., d/b/a   JUL - 8 2005<br>MONTGOMERY ADVERTISER<br>c/o Scott M. Brown, President<br>425 Molton Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:05cv615<br>SXC |
|  | 3. Service Type<br>■ Certified Mail   ☐ Express Mail<br>☐ Registered      ■ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0002 6131 1847 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540