**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **PATRICIA A. CAMPBELL,**<br>    An Individual<br><br>    **Plaintiff,**<br><br>v.<br><br>**GANNETT CO., INC., d/b/a THE**<br>**MONTGOMERY ADVERTISER,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 2:05cv615-F<br>)<br>)<br>)<br>)<br>) |

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to <u>Fed. R. Civ. P.</u> 26(f), a meeting was held on August 17, 2005 via telephone conference and was attended by:

> Stephen J. Austin, Esq.
> One of the Attorneys for Plaintiff Patricia A. Campbell
>
> and
>
> Lynlee Wells Palmer, Esq.
> One of the Attorneys for Defendant The Advertiser Company, d/b/a The Montgomery Advertiser, improperly named in the Complaint as Gannett Co., Inc. d/b/a The Montgomery Advertiser

2. **Pre-Discovery Disclosures**: The parties will exchange by ***September 2, 2005*** the information required by <u>Fed. R. Civ. P.</u> 26(a)(1).

3. **Discovery Plan**: The parties jointly propose to the Court the following discovery plan:

    (a)    **Topics:** Discovery will be needed on the following subjects: allegations of the Plaintiff's Complaint, alleged damages and Defendant's defenses.

(b) **Discovery Deadline:** All discovery commenced in time to be completed by *July 14, 2006*.

(c) **Interrogatories:** Maximum of 25 interrogatories, including subparts, by each party to any other party. Responses due 30 days after service.

(d) **Requests for Admission:** Maximum of 15 requests for admission, including subparts, by each party to any other party. Responses due 30 days after service.

(e) **Requests for Production:** Maximum of 25 requests for production, including subparts, by each party to any other party. Responses due 30 days after service.

(f) **Depositions:** Maximum of 10 depositions by the Plaintiff and 10 depositions by the Defendant. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

(g) **Supplementation:** Supplementation under Rule 26(e) due within 30 days of knowledge of the need to supplement but not later than 30 days before the completion of discovery.

(h) **Expert Testimony:** Unless modified by stipulation of the parties, the disclosure of expert witnesses including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert are due:

From the Plaintiff by: *March 31, 2006*

From the Defendant by: *April 28, 2006*

4. **Other Items**:

(a) **Scheduling Conference:** The parties do not request a Scheduling Conference prior to the entry of the Scheduling Order.

(b)    **Pretrial Conference:** The parties request a pretrial conference on *August 28, 2006.*

(c)    **Pleadings and Parties:** Plaintiff should be allowed until *October 17, 2005* to join additional parties and *October 17, 2005* to amend the pleadings.

Defendant should be allowed until *November 17, 2005* to join additional parties and *November 17, 2005* to amend the pleadings.

(d)    **Dispositive Motions:** All potentially dispositive motions must be filed by *May 30, 2006*.

(e)    **Settlement:** Settlement cannot be evaluated prior to the parties conducting some discovery and may be enhanced by the use of mediation at a later date.

(f)    **Final Lists:** Final lists of witnesses and exhibits under Rule 26(a)(3) should be due on *September 4, 2006*. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(g)    **Trial:** The case should be ready for trial on *October 2, 2006*.

s/ Stephen J. Austin  
Stephen J. Austin  
Counsel for Plaintiff  
**JOHN D. SAXON P.C.**  
2119 3rd Avenue North  
Birmingham, AL 35203  

s/ Lynlee Wells Palmer  
Lynlee Wells Palmer  
Counsel for Defendant  
**JOHNSTON BARTON PROCTOR & POWELL LLP**  
2900 AmSouth/Harbert Plaza  
1901 Sixth Avenue North  
Birmingham, Alabama 35203