IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL,<br>    An Individual<br><br>    Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., d/b/a THE<br>MONTGOMERY ADVERTISER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 2:05cv615-F<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Advertiser Company, d/b/a The Montgomery Advertiser ("The Advertiser Company"), improperly named in the Complaint as Gannett Co., Inc., d/b/a The Montgomery Advertiser, files the following corporate disclosure statement:

1. The Advertiser Company is wholly owned by Multimedia Inc. Multimedia Inc. is wholly owned by Gannett Co., Inc.

2. No publicly held corporation holds 10% or more of the stock of The Advertiser Company, Multimedia Inc. or Gannet Co, Inc.

/s Lynlee Wells Palmer
Charles A. Powell, III
Lynlee Wells Palmer
Attorneys for Defendant
The Advertiser Company
d/b/a The Montgomery Advertiser

1

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John D. Saxon
Stephen J. Austin
JOHN D. SAXON P.C.
2119 3rd Avenue North
Birmingham, AL 35203

                                           s/ Lynlee Wells Palmer
                                           OF COUNSEL