# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL, )<br>    An Individual                 )<br>                                  )<br>    Plaintiff,                      )<br>                                  )<br>v.                                )<br>                                  )<br>GANNETT CO., INC., d/b/a THE  )<br>MONTGOMERY ADVERTISER, )<br>                                  )<br>    Defendant.                 ) | Civil Action No.: 2:05cv615-F |

## MOTION TO SUBSTITUTE COUNSEL

Defendant The Advertiser Company d/b/a The Montgomery Advertiser ("Montgomery Advertiser") hereby files this Motion to Substitute Counsel and notifies the Court and counsel that:

1. Charles A. Powell, III, a former partner here at Johnston Barton Proctor & Powell LLP, who appeared on behalf of Defendant Montgomery Advertiser, recently passed away.

2. John W. Sheffield of the law firm Johnston Barton Proctor & Powell LLP respectfully requests that he be allowed to appear in place of Charles A. Powell, III as counsel for Defendant Montgomery Advertiser. Lynlee Wells Palmer of Johnston Barton Proctor & Powell LLP will remain as additional counsel for Defendant Montgomery Advertiser. The undersigned states that such

substitution will not unnecessarily prolong these proceedings or unfairly prejudice the plaintiff.

                                                      s/John W. Sheffield
                                                     John W. Sheffield (ASB-7423-D62J)
                                                   Lynlee Wells Palmer (ASB-4367-T82P)
                                                   Attorneys for Defendant
                                                   The Advertiser Company
                                                   d/b/a The Montgomery Advertiser

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John D. Saxon, Esq.
Stephen J. Austin, Esq.
JOHN D. SAXON P.C.
2119 3rd Avenue North
Birmingham, AL 35203

            s/John W. Sheffield
            OF COUNSEL