IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL, ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-615-MEF |
| ) | |
| GANNETT CO., INC., a corporation, ) | |
| d/b/a Montgomery Advertiser, ) | |
| ) | |
|     Defendant. ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Substitute (Doc. #10) filed on April 10, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 5th day of April, 2006.

                                            /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE