# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL,<br>    An Individual,<br><br>    Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., d/b/a THE<br>MONTGOMERY ADVERTISER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 2:05cv615-F<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant The Advertiser Company, d/b/a The Montgomery Advertiser ("The Advertiser"), improperly named in the Complaint as Gannett Co., Inc. d/b/a The Montgomery Advertiser, moves for summary judgment as to each of the plaintiff's claims against it on the grounds that there is no genuine issue of material fact, and The Advertiser is entitled to judgment as a matter of law. In support of this motion, The Advertiser relies on the following:

1.  The pleadings in this case.

2.  The deposition testimony of the plaintiff, including the exhibits thereto.

3.  A brief in support of The Advertiser's position, filed contemporaneously with this motion.

As the foregoing matters affirmatively and without dispute demonstrate, The Advertiser is entitled to summary judgment as a matter of law.

                                          s/John W. Sheffield  
                                        John W. Sheffield (ASB-7423-D62J)

                                        s/Lynlee Wells Palmer  
                                        Lynlee Wells Palmer (ASB-4367-T82P)  
                                        Attorneys for Defendant  
                                        The Advertiser Company  
                                        d/b/a The Montgomery Advertiser

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John D. Saxon, Esq.
Stephen J. Austin, Esq.
JOHN D. SAXON P.C.
2119 3rd Avenue North
Birmingham, AL 35203


                                        s/Lynlee Wells Palmer
                                        OF COUNSEL