IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL,<br>    An Individual,<br><br>    Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., d/b/a THE<br>MONTGOMERY ADVERTISER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 2:05cv615-F<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S EVIDENTIARY MATERIALS**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant The Advertiser Company, d/b/a The Montgomery Advertiser, improperly named in the Complaint as Gannett Co., Inc. d/b/a The Montgomery Advertiser hereby files the following evidentiary materials in support of its motion for summary judgment, filed contemporaneously herewith:

Exhibit A    The deposition testimony of Patricia A. Campbell including deposition exhibits 4, 5, 18, 19, 20, 22, 23, 24, 25, 26, 27, 31, 32, 33, 36 and 38.

s/John W. Sheffield
John W. Sheffield (ASB-7423-D62J)

s/Lynlee Wells Palmer
Lynlee Wells Palmer (ASB-4367-T82P)
Attorneys for Defendant
The Advertiser Company
d/b/a The Montgomery Advertiser

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John D. Saxon, Esq.
Stephen J. Austin, Esq.
JOHN D. SAXON P.C.
2119 3rd Avenue North
Birmingham, AL 35203

                                          s/Lynlee Wells Palmer
                                          OF COUNSEL