# Montgomery Advertiser

200 WASHINGTON AVENUE
P.O. BOX 1000, MONTGOMERY, AL 36101-1000

THOMAS A. BOOKSTAVER
PRESIDENT AND PUBLISHER

January 15, 1999

## THE ADVERTISER COMPANY
## EQUAL EMPLOYMENT OPPORTUNITY STATEMENT

A Statement from President and Publisher,
Thomas A. Bookstaver

The Advertiser Company is committed to equal opportunity for all. We are committed to building a Company whose people reflect the true diversity of America.

The Advertiser Company employees are hired, promoted and rewarded on the basis of talent, performance and dedication. We cannot afford to deprive the Company of capable people and will not allow discrimination based on race, creed, color, religion, national origin, sex, age, sexual orientation, marital status, ancestry, disability or veteran status.

To ensure that we accomplish these goals, Gannett has "Partners-In-Progress" programs in place in all our operations. The chief executive of each newspaper, broadcast station, outdoor advertising company or other subsidiary is responsible for leading these programs. Gannett's management, as part of its management-by-objectives program, is pledged to accomplish equal opportunity goals.

A company in the information business cannot continue to be successful if it ignores or neglects any segment of its audience. By encouraging and expecting a mix of opinions, backgrounds, sexes, races, and ideas, the Advertiser Company improves results. Workplace diversity is strength and it makes sense. It broadens our reach and it puts our Company in a strong position for the competitive years ahead.

Employees and applicants are encouraged to discuss any concerns regarding perceived violations of The Advertiser equal employment opportunity policy with representatives of the Human Resources Department.

For the Advertiser Company, equal employment is not just the right thing to do--it is the smart thing to do if we are to be successful in the future as we have been in the past.

TELEPHONE 334 261 1582
FACSIMILE 334 261 1579
EMAIL tbookstx@montgome.gannett.com
INTERNET www.accessmontgomery.com


DEFENDANT'S
EXHIBIT

**Montgomery Advertiser**
**Job Description**

| | |
|---|---|
| **Job Title:** | Contract Sales Representative |
| **Department:** | Classified Advertising |
| **Reports To:** | Inside Sales Supervisor |
| **FLSA Status:** | Non Exempt |
| **Salary Level:** | Grade: 8 |
| **Prepared By:** | Kathryn Mount |
| **Prepared Date:** | October 7, 2002 |
| **Approved By:** | Ron Davidson |
| **Approved Date:** | October 7, 2002 |

**SUMMARY**  Responsible for servicing and developing classified advertising accounts and non-accounts.

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following. Other duties may be assigned.

__40__ % Sells and services existing advertisers, conducts "callbacks" on advertisements prior to expiration and develops monthly plan to achieve or exceed revenue goals for all print and online products.

__20__ % Solicits advertising business from new and existing accounts through contract sales, special promotions, or special sections.

__15__ % Builds new business by cold calling and prospecting.

__15__ % Assists in developing and executing sales programs, presentations, campaigns and promotions to build revenue for print and online products..

__5__ % Works with other departments in the company to ensure complete follow through on transactions with advertisers.

__2__ % Solicits advertising from other local media and maintains an accounting of all contracts sold, renewals, and TMC calls.

__3__ % Makes renewal calls, reschedules advertising due to expire, and generates information for testimonials.

Performs non-essential duties as needed.

100% Total

**SUPERVISORY RESPONSIBILITIES**
This job has no supervisory responsibilities.

**QUALIFICATIONS**  To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**EDUCATION and/or EXPERIENCE**
Bachelor's degree (B. A.) from four-year college or university; or one to three years related experience and/or training; or equivalent combination of education and experience.

Ex. 5 - Page 1



DEFENDANT'S
EXHIBIT
5
PENGAD 800-631-6989

## LANGUAGE SKILLS
Ability to read and comprehend simple instructions, short correspondence, and memos. Ability to write simple correspondence. Ability to effectively present information in one-on-one and small group situations to customers, clients, and other employees of the organization. At to respond to common inquiries or complaints from customers.

## MATHEMATICAL SKILLS
Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals. Ability to compute rate, ratio, and percent and to draw and interpret bar graphs.

## REASONING ABILITY
Ability to apply common sense understanding to carry out detailed but uninvolved written or oral instructions. Ability to deal with problems involving a few concrete variables in standardized situations.

## OTHER SKILLS AND ABILITIES
Must score 90% on the required spelling test and successfully type 45 wpm on the typing test.
Must have above average telephone skills.
Must be able to operate general office equipment (fax, copier, computer, calculator).
Computer skills required.

## CERTIFICATES, LICENSES, REGISTRATIONS

## PHYSICAL DEMANDS  The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to sit; use hands to finger, handle, or feel and talk or hear. The employee is occasionally required to stand and walk. Specific vision abilities required by this job include close vision, color vision, and depth perception.

## WORK ENVIRONMENT  The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. The noise level in the work environment is usually moderate. Overtime and irregular hours required when necessary.

## SAFETY RESPONSIBILITIES
1. This job requires that the employee be responsible for the enforcement of work place safety rules, which include proper ergonomics while seated in front of terminals and at work stations and proper lifting and bending when performing job duties.

2. Following the instructions of supervisor to avoid cumulative trauma disorders or repetitive motion injuries.

3. Report all safety deficiencies to supervisors.

4. Participate in safety meetings if requested.

5. Participate in Hazardous Communications ("Haz Com") training and meetings as required.

6. Wear required safety equipment while performing job duties.

7. Report incidents/accidents to supervisors immediately.

Ex. 5 – Page 2

# Personnel File

**Date:** 2/29/00
**To:** Pat Campbell
**From:** Kathryn Mount
**CC:** Mark Logsdon, Human Resources
**RE:** Written Warning

- On Friday 2/25/00 I received a complaint about you from a Mr. Tommy Goggins. He stated you were rude and not willing to help him with his ad. This was the 5th complaint in the last 6 months.
- On Friday 2/18/00 I received a complaint from a Mrs. Adams who stated you were rude and not willing to help her with her ad. You even stated that "she was not hearing what you were saying" and she felt that the comment was not called for.
- On 1/6/00 Jerry Briggs, Retail Manager received a call from a Mr. James Martin who stated to him that you were pushy and not cooperative in helping him place his ad. I talked to Mr. Martin and he stated he would like to work with someone else because he felt your personalities were not compatible.
- On 10/7/99 Maria Henderson, Inside sales supervisor, had to talk with you about an "Outburst" on the floor concerning Sherry Herring.
- On 9/20/99 Maria Henderson, Inside sales supervisor, received a call from Ms. Davenport who complained that you were rude and even hung up on her.

Your position as an inside sales representative is one that requires excellent customer service skills and positive interaction with both internal and external customers. All of these incidents listed above are not acceptable and will not be tolerated. Because of your lack of willingness to demonstrate excellent customer service, you have been suspended without pay for Wednesday, March 1, 2000.

This is a written warning. Should you fail to demonstrate excellent customer service at any time to either internal or external customer's further disciplinary action will follow, up to and including termination.

_Kathryn C Mount_ _____    Date _2/29/00_ _____
Kathryn Mount

I have read the above information. Signing this statement does not mean that I agree with it.

_____    Date_____
Pat Campbell

_I participated in a meeting with Pat Campbell were the information above was discussed with. Pat refused to sign because she does not agree._

Ex. 18 - Page 1

_Fred Villacampa_
2-29-00
4:10 P.M.


DEFENDANT'S EXHIBIT 18
PENGAD 800-631-6989

# Personnel File

**Date:** 2/29/00
**To:** Pat Campbell
**From:** Kathryn Mount
**CC:** Mark Logsdon, Human Resources
**RE:** Written Warning

- On Friday 2/25/00 I received a complaint about you from a Mr. Tommy Goggins. He stated you were rude and not willing to help him with his ad. This was the 5th complaint in the last 6 months.
- On Friday 2/18/00 I received a complaint from a Mrs. Adams who stated you were rude and not willing to help her with her ad. You even stated that "she was not hearing what you were saying" and she felt that the comment was not called for.
- On 1/6/00 Jerry Briggs, Retail Manager received a call from a Mr. James Martin who stated to him that you were pushy and not cooperative in helping him place his ad. I talked to Mr. Martin and he stated he would like to work with someone else because he felt your personalities were not compatible.
- On 10/7/99 Maria Henderson, Inside sales supervisor, had to talk with you about an "Outburst" on the floor concerning Sherry Herring.
- On 9/20/99 Maria Henderson, Inside sales supervisor, received a call from Ms. Davenport who complained that you were rude and even hung up on her.

Your position as an inside sales representative is one that requires excellent customer service skills and positive interaction with both internal and external customers. All of these incidents listed above are not acceptable and will not be tolerated. Because of your lack of willingness to demonstrate excellent customer service, you have been suspended without pay for Wednesday, March 1, 2000.

This is a written warning. Should you fail to demonstrate excellent customer service at any time to either internal or external customer's further disciplinary action will follow, up to and including termination.

_____Date_____

Kathryn Mount

I have read the above information. Signing this statement does not mean that I agree with it.

_____Date_____

Pat Campbell

*Pat refused to sign 2/29 KM*

# Personnel File

**Date:**  11/27/00
**To:**  Pat Campbell
**From:**  Terry Regan
**CC:**  Scott Brown, Terry Sullivan, Kathryn Mount, Human Resources
**RE:**  Online Sales Expectations

•On Wednesday, November 1, 2000 we held an online meeting detailing the expectations, rates and the bonus plan for both up-sells and virtual fairs. (See attached) In the package you received at this meeting was a copy of the expectations for November 2000 forward. Your performance for period 11, 2000 was as follows: Up-sells 19 %, Virtual Job Fairs 0. This does not meet the online expectations and you have been placed on a performance improvement plan for period 12, 2000. You must up-sell a minimum of 60% of your employment ads and sell 2 virtual job fairs per week and maintain these throughout the coming year.

During period 12 you will meet with me every Monday at 3:00 to discuss your weekly progress. Kathryn and myself will be monitoring your calls in an effort to provide coaching/Training on a daily basis. You will attend online training every Tuesday at 9:30 to discuss overcoming objections and success stories.

Your position as the Recruitment representative is one that requires you to service and sell customer's our products on a daily basis. This is a written warning. Should you fail to successfully complete this Performance Improvement Plan further disciplinary action will follow, up to and including termination.

_Terry Regan_            Date: 11/28/00
Terry Regan

I have read the above information. Signing this statement does not mean that I agree with it.

                               Date:

Pat Campbell

Pat- Keep Tran. Customers acus w/ B&S from. Thomas.
+ Trans. some accounts from Edi Book.

- Needs more accounts. Work w/ us on this.

- Pull reports for Solar # 71

Jo agreed - up sells - seperate issue.
Need to work on "Book" to the able to
accomplish "VJF" goals.

- also: - Rat. + Rep. should not be handling base accounts.
- also: - Transient # should not be included in

DEFENDANT'S EXHIBIT
14
PENGAD 800-631-6989

— choose to know —

# Montgomery Advertiser

montgomeryadvertiser.com

## PERFORMANCE NOTICE

Employee Name:  Patricia Campbell                    Social Security #:  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
Job Title:       Inside Classified Representative     Supervisor:        Jennifer Jensen
Date Presented:  07/11/2003

- Disciplinary Level

| | | |
|---|---|---|
| Verbal Warning | [X] Written Warning | [ ] Final Warning |
| Suspension with Pay | Suspension w/o Pay | Termination |

DEFENDANT'S EXHIBIT 20

- Area of Concern/Opportunity for Improvement

  [X] Policy/Procedure                         Absenteeism and/or Tardiness
      Performance                              Safety
  [X] Behavior/Conduct                         Other _____

- Prior Performance Discussions/Contacts/Notifications

  **X**  Verbal Date(s): In May, of this year, Pat was reprimanded regarding a loud, verbal confrontation in front of other staff members, on the sales floor, with Shalawn Williams, about a sales contest. At that time, her supervisor explained to her that such behavior could not be tolerated. Then again, approximately one month later, in June, Pat made derogatory comments toward Cornelius Jones regarding his performance and his manner of speaking. These comments were, again, made on the sales floor in front of other staff members. At that time, her supervisor explained to her that such behavior could not be tolerated. On July 9, 2003, Joe Howard brought to her supervisor's attention, that Pat had violated the long-standing department policy regarding assigned accounts. Pat placed an ad for a customer that was not assigned to her. She did this without following department procedure for looking up customers in the AS400 and turning the ad over to the assigned representative. Her supervisor emailed her (attached) and let her know that the amount of the ad would be deducted from her June revenue & that she needs to adhere to the department policy and check all accounts in the AS400 that are not assigned to her.
  Subject(s): _____

  _____

  **X**  Written – On July 10, 2003, it was brought to her supervisor and department manager's attention, that Pat had placed an ad for a retail account in the retail section of the paper. Again, Pat violated department policy by placing a retail ad. Her supervisor explained to her that she was not to place "retail" ads for customers, as per the Advertising department policy. The only ads she should have in Retail are ads for recruitment. The ad in question did not include recruitment and therefore, should have been placed by the Retail representative, Beth Hatchett. Pat's response to her supervisor was she placed the ad to make a point. She said that in the past, other reps had placed Retail ads. Her supervisor explained to her this is not the department policy. Following our meeting, in a confrontational and threatening manner, Pat called Beth on her cell phone and told her that she "thought they had things worked out, obviously not, " & she

Hang up the phone ve~ abruptly. As a result, Beth called her s~ervisor and asked if things were "~+" so she could retu... to the office.

- **Explanation/Reason(s) for Notice and/or Action**

Pat has been warned, both in writing (February 29, 2000) and verbally on several occasions, in the past regarding her disruptive and confrontational behavior with customer, peers and managers. This continues to be an issue with Pat. This behavior and/or violations of department policies will no longer be tolerated and any further disruptions and failure to adhere to department policies will result in disciplinary action up to and including termination.

_____

_____

- **Employee Comments**

_____

_____

I acknowledge by signature that the information above has been discussed with me and I understand what is expected of me. I also understand that any violations of this or any other company policy and/or procedure will result in disciplinary action up to and including termination of my employment.

Employee's Signature Acknowledgment of Receipt: _____    Date _____
                        ***Not required on verbal warning/contact***

Supervisor's Signature: _____    Date: 7-14-03

Department Director: _____    Date: _____

Human Resources Director: _____    Date: 7-14-03

*Pat Refused to sign as she disagreed.*

**Jensen, Jennifer**

| | |
|---|---|
| **From:** | Jensen, Jennifer |
| **Sent:** | Thursday, July 10, 2003 8:57 AM |
| **To:** | Campbell, Pat |
| **Cc:** | Mount, Kathryn |
| **Subject:** | Alabama School of Mathematics |

Pat,
You placed an ad (#476164) for this account to run 6/8-6/14. This account is under Joe's book. I am transferring the revenue to Joe. The total of the ad is $486.96, this amount will be deducted from your June total revenue.
Please make sure that you are checking the AS400 on all ads that are not on your book.
Thank you.

**Jennifer Jensen**
Inside Sales Supervisor
Montgomery Advertiser
(334) 261-1588
(334) 261-1502 Fax
*jjensen@montgome.gannett.com*
*montgomeryadvertiser.com*

## Jensen, Jennifer

| | |
|---|---|
| **From:** | Jensen, Jennifer |
| **Sent:** | Tuesday, November 11, 2003 10:38 AM |
| **To:** | Campbell, Pat |
| **Cc:** | Mount, Kathryn; Jensen, Jennifer |
| **Subject:** | November 6, 2003 One-on-One Meeting |

Pat,

This email is to reiterate the discussion we had on November 5, 2003.
We discussed the following items:

1. Splitting of ads that cross billing periods. I explained to you that splitting ads is NOT an option. All ads crossing the billing periods MUST be split accordingly. I explained to you that our conversation serves as verbal warning & that any future ads (in excess of 1 or 2) that are not split will result in you being formally written up & having it put in your personnel file.

2. Transferring calls. I explained to you that if a customer calls in & gets you, that is YOUR customer. You are not to transfer the call to a private party rep because you don't want to handle a free ad, etc. Additionally, if the front counter calls to say there is a customer in the lobby, & you answer the phone, that is YOUR customer. The only exceptions are Obits, Legals & Weddings. If you get a call or a customer comes in, you may see if the particular (Obit, Legal or Wedding) rep is available & ask them to service the customer. If the rep is not available, you are to assist the customer to the best of your ability & let them know that the rep that handles their ad will call them as soon as possible.

3. Being on time to work. Generally, this is not an issue with you, however, it was discussed to make sure you have a clear understanding of what is expected of you. I explained to you that the expectation is that you be in your desk with your computer/phone on, at your scheduled time. It is not acceptable to be walking in from the parking lot at your scheduled time. I told you that if you are running late, I expect you to call me & let me know, but I do not want to receive 2, 3 or 4 calls per week. I explained to you that future tardiness would not be tolerated & would be formally written up.

4. I asked you if you were interested in the Outside Employment position that we will have & you expressed that you are interested & would like more information as it is available.

I explained to you that we were having this conversation so that everyone has a clear understanding of what is expected of them. As I explained to you in our meeting, you will receive this email & a copy of it will be printed out & placed in your file within our department. I told you that if the items we discussed continue to occur, you will be formally written up & it will be placed in your personnel file in the Human Resources department.

**Jennifer Jensen**
Inside Sales Supervisor
Montgomery Advertiser
(334)261-1588 office
(334)261-1502 fax
*jjensen@gannett.com*

Ex. 22 - Page 1



# Jensen, Jennifer

**From:** Campbell, Pat
**Sent:** Tuesday, November 11, 2003 10:51 AM
**To:** Jensen, Jennifer
**Subject:** RE: November 6, 2003 One-on-One Meeting

Just to be clear, these are being put in everyone's files, correct? Also, my understanding from a meeting with Ron & Kathryn on last week was that the phones were to be put on full rotation and that faxes were to be rotated as well. Is that not correct? I ask because I see that the rotation sheets still bear no names but the transient staff.

-----Original Message-----
**From:** Jensen, Jennifer
**Sent:** Tuesday, November 11, 2003 10:38 AM
**To:** Campbell, Pat
**Cc:** Mount, Kathryn; Jensen, Jennifer
**Subject:** November 6, 2003 One-on-One Meeting

Pat,
This email is to reiterate the discussion we had on November 5, 2003.
We discussed the following items:

1. Splitting of ads that cross billing periods. I explained to you that splitting ads is NOT an option. All ads crossing the billing periods MUST be split accordingly. I explained to you that our conversation serves as verbal warning & that any future ads (in excess of 1 or 2) that are not split will result in you being formally written up & having it put in your personnel file.

2. Transferring calls. I explained to you that if a customer calls in & gets you, that is YOUR customer. You are not to transfer the call to a private party rep because you don't want to handle a free ad, etc. Additionally, if the front counter calls to say there is a customer in the lobby, & you answer the phone, that is YOUR customer. The only exceptions are Obits, Legals & Weddings. If you get a call or a customer comes in, you may see if the particular (Obit, Legal or Wedding) rep is available & ask them to service the customer. If the rep is not available, you are to assist the customer to the best of your ability & let them know that the rep that handles their ad will call them as soon as possible.

3. Being on time to work. Generally, this is not an issue with you, however, it was discussed to make sure you have a clear understanding of what is expected of you. I explained to you that the expectation is that you be in your desk with your computer/phone on, at your scheduled time. It is not acceptable to be walking in from the parking lot at your scheduled time. I told you that if you are running late, I expect you to call me & let me know, but I do not want to receive 2, 3 or 4 calls per week. I explained to you that future tardiness would not be tolerated & would be formally written up.

4. I asked you if you were interested in the Outside Employment position that we will have & you expressed that you are interested & would like more information as it is available.

I explained to you that we were having this conversation so that everyone has a clear understanding of what is expected of them. As I explained to you in our meeting, you will receive this email & a copy of it will be printed out & placed in your file within our department. I told you that if the items we discussed continue to occur, you will be formally written up & it will be placed in your personnel file in the Human Resources department.

**Jennifer Jensen**
Inside Sales Supervisor
Montgomery Advertiser
(334)261-1588 office
(334)261-1502 fax
*jjensen@gannett.com*

Ex. 22 - Page 2

## Phone Guidelines

With the changes in the organization of the Inside Classified department, it has become necessary to outline, specifically, how the phones are & are not to be handled, as well as maintaining a professional atmosphere. You each need to place a copy of this in your binders.

**Recruitment Team:** Your responsibility is to handle the customers when the private party team is on their lines. Always find out what the customer needs, whether it is an ad, circulation, news, weddings, etc. If they need another department, you need to transfer them to that department. If a private party team member is **NOT** on their phone, you may transfer the call. If they **ARE** on their phone, you are to take the customer's ad **REGARDLESS** of whether it is a free ad or not. You **DO NOT** transfer calls to voice mail & you **DO NOT** put customers on hold until a private party rep is available. Our goal is to service our customers to the best of our ability. *There will be times when the private party reps need to be on "work" & therefore, are unavailable to accept calls. You will need to handle these customers.

**Private Party Team:** Your responsibility is to keep your phones open as much as possible. Your "work" time should be at a minimum. No more than 1 at a time should be on "work". If there are a lot of calls coming in, you need to take your phone off work & be available. If you receive a recruitment call, you are to transfer the call to the rep responsible for that customer. If the customer insists on being helped immediately, you need to handle the customer & inform the appropriate rep afterward.

**All:** Customers at the front counter are everyone's responsibility. If the customer is an obit, legal or wedding customer & the specific rep is not available, it is your responsibility to take care of that customer. All customers are OUR customers. It is the responsibility of every person on this team to ensure that every customer is handled.

I acknowledge by signature that the information above has been discussed with me and I understand what is expected of me. I also understand that any violations of this or any other company policy and/or procedure will result in disciplinary action up to and including termination of my employment.

Signature: _____          Date: _____

_____
**Print Name**

*Pat Campbell refused to sign. She was included (present) in 2 department meeting where this document was discussed in depth. Meeting was held on 4-29-04 @ 2:15 pm.*

Ex. 22 - Page 3

*choose to kno*

# Montgomery Advertiser

montgomeryadvertiser.com

## PERFORMANCE NOTICE

Employee Name: **Patricia Campbell**              Social Security #: _____
Job Title:      **Classified Recruitment Specialist**   Supervisor:       **Jennifer Jensen**
Date Presented: **March 2, 2004**

- Disciplinary Level

    Verbal Warning              [X] Written Warning        Final Warning
    Suspension with Pay             Suspension w/o Pay     Termination

- Area of Concern/Opportunity for Improvement

    [X] Policy/Procedure                    Absenteeism and/or Tardiness
        Performance                         Safety
        Behavior/Conduct                    Other _____

- Prior Performance Discussions/Contacts/Notifications

    [X] Verbal Date(s):   November 6, 2003

    Subject(s):   Discussed Splitting of ads that cross billing periods. All ads crossing periods must be split. Explained that our conversation serves as verbal warning and that any future ads (in excess of 1 or 2) that are not split will result in you being formally written up and having it put in your personnel file. Followed up conversation with email on November 11, 2003 (attached).

    [X] Written -- see attached

- Explanation/Reason(s) for Notice and/or Action
For the period of February, 2004, Pat had the following ads that had components that were not split: (1) $75 Job Pack; (12) $30 Online Upsells; (5) 5-day flight plans. See attached report

- Employee Comments

DEFENDANT'S
EXHIBIT
23
PENGAD 800-631-6989

I acknowledge by signature that the information above has been discussed with me and I understand what is expected of me. I also understand that any violations of this or any other company policy and/or procedure will result in disciplinary action up to and including termination of my employment.

Employee's Signature Acknowledgment of Receipt: *Campbell*          Date 3/2/2004
***Not required on verbal warning/contact***

Supervisor's Signature: _____     Date: 3/2/04

Department Director: _____     Date: 3/2/04

Human Resources Director: Debra C. Freisch     Date: 3/2/04

# Ads Crossing Period End
## Period End Date: 2/29/2004

| Ad Number | Account Number | Customer Name | Rate | Class Code | Start Date | End Date | Total Co |
|---|---|---|---|---|---|---|---|
| **057 – Pat Campbell** | | | | | | | |
| | | **Career Builder Job Packs** | | | | | |
| 526616 | 4750 | ALABAMA ORTHOPAEDIC VXRAYTECHCLARGEMEDIC | 521 | 2551 | 02/25/200 | 3/4/2004 | 181.1 |
| | | **Career Builder, Line Ads Online** | | | | | |
| 526112 | 12670 | ELMORECOUNTYHIGHWAYD | 511 | 2566 | 02/22/200 | 3/2/2004 | 397.3 |
| 528185 | 13834 | SOUTHEAST IV HOME CARE EXPERIENCEDBILLERCOL | 511 | 2551 | 02/29/200 | 3/6/2004 | 89.8 |
| 527798 | 14893 | SOUTHERN SHUTTER SOUTHERNSHUTTERCOISL | 511 | 2566 | 02/29/200 | 3/6/2004 | 124.1 |
| 523592 | 20640 | CLEBURNE CO. NURSING HOME LTCFACILITYLOOKINGFO | 511 | 2551 | 02/08/200 | 3/6/2004 | 120.00 |
| 523592 | 20640 | CLEBURNE CO. NURSING HOME LTCFACILITYLOOKINGFO | 511 | 2551 | 02/08/200 | 3/6/2004 | 120.00 |
| 523592 | 20640 | CLEBURNE CO. NURSING HOME LTCFACILITYLOOKINGFO | 511 | 2551 | 02/08/200 | 3/6/2004 | 120.00 |
| 523592 | 20640 | CLEBURNE CO. NURSING HOME LTCFACILITYLOOKINGFO | 511 | 2551 | 02/08/200 | 3/6/2004 | 120.00 |
| 527496 | 20989 | PPPPPPPPOUTSIDESALES | 511 | 2563 | 02/27/200 | 3/4/2004 | 105.77 |
| 527948 | 3303 | PROFESSIONAL BILLING INSURANCESPECIALISTX | 511 | 2536 | 02/29/200 | 3/6/2004 | 195.85 |
| 527713 | 5833 | WOERNER TRANSPORTATION LOCALREGIONALFLATBED | 511 | 2575 | 02/27/200 | 3/4/2004 | 327.92 |
| 527876 | 755 | HI-RIDGE TRANSPORT LOCALDRIVERSNEEDEDEX | 511 | 2575 | 02/29/200 | 3/6/2004 | 78.96 |
| | | **Go! Montgomery (TMC)** | | | | | |
| 526616 | 4750 | ALABAMA ORTHOPAEDIC VXRAYTECHCLARGEMEDIC | 113 | 2551 | 02/25/200 | 3/4/2004 | 181.12 |
| | | **Maxwell-Gunter Dispatch** | | | | | |
| 526616 | 4750 | ALABAMA ORTHOPAEDIC VXRAYTECHCLARGEMEDIC | 151 | 2551 | 02/25/200 | 3/4/2004 | 181.12 |
| | | **Montgomery Advertiser** | | | | | |
| 526586 | 10885 | HONDAACCORDSE024DRAU | 198 | 2835 | 02/24/200 | 3/4/2004 | 17.75 |
| 528000 | 121199 | DAYS INN MAINTENANCEPERSONSPR | 445 | 2566 | 02/29/200 | 3/6/2004 | 30.54 |
| 526112 | 12670 | ELMORECOUNTYHIGHWAYD | 545 | 2566 | 02/22/200 | 3/2/2004 | 397.36 |
| 526434 | 13344 | VOLVO960STATIONWAGON | 197 | 2835 | 02/24/200 | 3/8/2004 | 11.50 |
| 528185 | 13834 | SOUTHEAST IV HOME CARE EXPERIENCEDBILLERCOL | 445 | 2551 | 02/29/200 | 3/6/2004 | 89.84 |
| 527798 | 14893 | SOUTHERN SHUTTER SOUTHERNSHUTTERCOISL | EL05 | 2566 | 02/29/200 | 3/6/2004 | 124.11 |
| 526597 | 18138 | PATIOFURNITURECONCRE | 195 | 2257 | 02/25/200 | 3/5/2004 | 1.00 |
| 526455 | 19036 | FORDMIDSIZEDVAN1999V | 198 | 2865 | 02/24/200 | 3/8/2004 | 17.75 |

Ex. 23 - Page 3

| Ad Number | Account Number | Customer Name | Rate | Class Code | Start Date | End Date | Total Co |
|---|---|---|---|---|---|---|---|
| **057 - Pat Campbell** | | | | | | | |
| 525334 | 19713 | PONTIACGRANDAM1995LI | 196 | 2825 | 02/18/200 | 3/2/2004 | 6.3 |
| 523731 | 20650 | FORSALEBYOWNERLUXURY | 745 | 2621 | 02/07/200 | 3/7/2004 | 176.5 |
| 527265 | 20718 | WICKERCHAIRWOFFWHITE | 195 | 2257 | 02/26/200 | 3/6/2004 | 0.0 |
| 527267 | 20718 | YAMAHAWAVERUNNER1992 | 195 | 2720 | 02/26/200 | 3/6/2004 | 0.0 |
| 527272 | 20718 | COMPUTERDESK36INWIDE | 190 | 0324 | 02/26/200 | 3/6/2004 | 12.1 |
| 526229 | 20894 | REFRIGERATORKENMOREA | 195 | 2206 | 02/21/200 | 3/1/2004 | 0.00 |
| 526472 | 20913 | BUICKROADMASTER93ALL | 195 | 2825 | 02/24/200 | 3/4/2004 | 0.00 |
| 526478 | 20914 | PONTIACAZTEKGT2001LO | 198 | 2845 | 02/24/200 | 3/8/2004 | 20.75 |
| 526524 | 20921 | DININGCHAIRSBUTTERMI | 195 | 2257 | 02/24/200 | 3/4/2004 | 0.00 |
| 527311 | 20980 | REFRIGERATORWHIRLPOO | 195 | 2206 | 02/26/200 | 3/6/2004 | 2.00 |
| 527496 | 20989 | PPPPPPPPPOUTSIDESALES | EL05 | 2563 | 02/27/200 | 3/4/2004 | 105.77 |
| 527948 | 3303 | PROFESSIONAL BILLING INSURANCESPECIALISTX | EL05 | 2536 | 02/29/200 | 3/6/2004 | 195.85 |
| 526616 | 4750 | ALABAMA ORTHOPAEDIC VXRAYTECHCLARGEMEDIC | EL05 | 2551 | 02/25/200 | 3/4/2004 | 181.12 |
| 527713 | 5833 | WOERNER TRANSPORTATION LOCALREGIONALFLATBED | 545 | 2575 | 02/27/200 | 3/4/2004 | 327.92 |
| 527876 | 755 | HI-RIDGE TRANSPORT LOCALDRIVERSNEEDEDEX | 445 | 2575 | 02/29/200 | 3/6/2004 | →78.96 |
| 521355 | 814571 | JOE SCOTT MOTOR CO BUICKLESABRECUSTOM20 | 990 | 2825 | 02/02/200 | 3/2/2004 | |
| 521356 | 814571 | JOE SCOTT MOTOR CO HONDAODYSSEYEX2000CH | 990 | 2865 | 02/05/200 | 3/5/2004 | 0.00 |
| 525676 | 814571 | JOE SCOTT MOTOR CO TOYOTACOROLLALE2003C | 990 | 2835 | 02/19/200 | 3/19/2004 | 0.00 |
| 526358 | 9327 | WANTEDELECTRICRANGEL | 195 | 2206 | 02/24/200 | 3/4/2004 | 0.00 |
| 525590 | 9556 | WEDDINGGOWNWHITESLEE | 195 | 2222 | 02/29/200 | 3/9/2004 | 2.00 |
| **News Record** | | | | | | | |
| 526112 | 12670 | ELMORECOUNTYHIGHWAYD | 563 | 2566 | 02/22/200 | 3/2/2004 | 397.36 |
| 527496 | 20989 | PPPPPPPPPOUTSIDESALES | 563 | 2563 | 02/27/200 | 3/4/2004 | 105.77 |
| 527948 | 3303 | PROFESSIONAL BILLING INSURANCESPECIALISTX | 563 | 2536 | 02/29/200 | 3/6/2004 | 195.85 |
| **Prattville Progress** | | | | | | | |
| 528000 | 121199 | DAYS INN MAINTENANCEPERSONSPR | 220 | 2566 | 02/29/200 | 3/6/2004 | 30.54 |
| 527948 | 3303 | PROFESSIONAL BILLING INSURANCESPECIALISTX | EL05 | 2536 | 02/29/200 | 3/6/2004 | 195.85 |

**SUB-TOTALS FOR 057:** 47    5,067.68

**059 - Joy Randolph**

F:\Reports\CrossPeriod.rpt

| Ad Number | Account Number | Customer Name | Rate | Class Coa | Start Date | End Date | Total |
|-----------|----------------|---------------|------|-----------|------------|---------|-------|
| **059 - Joy Randolph** | | | | | | | |
| | | *Career Builder, Line Ads Online* | | | | | |
| 526379 | 123031 | RUSSELL LANDS INC ACCEPTINGAPPLICATION | 511 | 2557 | 02/24/200 | 3/1/2004 | 30 |
| | | *Maxwell-Gunter Dispatch* | | | | | |
| 528232 | 879487 | ARONOV-RESIDENTIAL-RENT MONTGOMERY2636CROSSG | 160 | 2633 | 02/29/200 | 3/5/2004 | 23 |
| | | *Montgomery Advertiser* | | | | | |
| 527218 | 20506 | BURTON CAMPERS INC. SOUTHWIND9936FTCLASS | 991 | 2770 | 02/26/200 | 3/1/2004 | 0 |
| 528232 | 879487 | ARONOV-RESIDENTIAL-RENT MONTGOMERY2636CROSSG | 1027 | 2633 | 02/29/200 | 3/5/2004 | 23 |
| | | | **SUB-TOTALS FOR 059:** | **4** | | | **77** |

*choose to kno'*

# Montgomery Advertiser

montgomeryadvertiser.com

## PERFORMANCE NOTICE

Employee Name: <u>Patricia Campbell</u>     Social Security #: _____
Job Title: <u>Recruitment Specialist</u>     Supervisor: <u>Jennifer Jensen</u>
Date Presented: <u>June 4, 2004</u>

- **Disciplinary Level**

    Verbal Warning              ☐ Written Warning          ☒ Final Warning
    Suspension with Pay         Suspension w/o Pay         Termination

- **Area of Concern/Opportunity for Improvement**

    ☒ Policy/Procedure                    Absenteeism and/or Tardiness
    Performance                           Safety
    Behavior/Conduct                      Other _____

- **Prior Performance Discussions/Contacts/Notifications**

    ☒ Verbal Date(s):    November 6, 2003
    Subject(s):  Discussed that all recruitment ads that cross billing periods must be split. (see attached)

    ☒ Written – see attached

- **Explanation/Reason(s) for Notice and/or Action**

In April, 2004, Pat had 4 recruitment ads that were not split. Additionally, in May, 2004, Pat had 6 recruitment ads that were not split. As discussed with Pat on November 5, 2003, and in a written warning on March 2, 2004, all recruitment ads that cross periods must be split. March 2, written warning attached.

- **Employee Comments**

_____

**DEFENDANT'S EXHIBIT 24**
PENGAD 800-631-6989

I acknowledge by signature that the information above has been discussed with me and I understand what is expected of me. I also understand that any violations of this or any other company policy and/or procedure will result in disciplinary action up to and including termination of my employment.

Employee's Signature Acknowledgment of Receipt: _____ Date _____
***Not required on verbal warning/contact***

Supervisor's Signature: _Kalaun_ Date: 6/7/04

Department Director: _____ Date: 6/9/04

6/7/04 Pat refused to sign

Ex. 24 - Page 1

Human Resources Director: _____    Date: _6-9-04_

**Ads Crossing Period End**
**Period End Date: 5/30/2004**

| Ad Number | Account Number | Customer Name | | Rate | Class Code | Start Date | End Date | Total Cos |
|---|---|---|---|---|---|---|---|---|
| **051 - Suzanne Parker** | | | | | | | | |
| *Montgomery Advertiser* | | | | | | | | |
| 545758 | 8245 | | BUTCHERBLOCKKITCHENI | 195 | 2257 | 05/22/200 | 5/31/2004 | 0.00 |
| 545762 | 8245 | | NORDICTRACKEXP1000XL | 195 | 2242 | 05/22/200 | 5/31/2004 | 0.00 |
| | | | SUB-TOTALS FOR 051: 2 | | | | | 0.00 |
| **057 - Pat Campbell** | | | | | | | | |
| *Career Builder Job Packs* | | | | | | | | |
| 544577 | 23007 | ALABAMA BOARD OF / | THESTATEOFALABAMABOA | ELOL | 2557 | 05/21/200 | 5/31/2004 | 405.14 |
| *Career Builder, Display Ads in Print, $42.50* | | | | | | | | |
| 544577 | 23007 | ALABAMA BOARD OF / | THESTATEOFALABAMABOA | 1197 | 2557 | 05/21/200 | 5/31/2004 | 405.14 |
| *Career Builder, Line Ads Online* | | | | | | | | |
| 546678 | 5234 | ENTERPRISE STATE J | POSITIONOPENATHLETIC | 510 | 2528 | 05/30/200 | 6/05/2004 | 354.64 |
| *Go! Montgomery (TMC)* | | | | | | | | |
| 544577 | 23007 | ALABAMA BOARD OF / | THESTATEOFALABAMABOA | 113 | 2557 | 05/21/200 | 5/31/2004 | 405.14 |
| *Maxwell-Gunter Dispatch* | | | | | | | | |
| 544577 | 23007 | ALABAMA BOARD OF / | THESTATEOFALABAMABOA | 163 | 2557 | 05/21/200 | 5/31/2004 | 405.14 |
| *Montgomery Advertiser* | | | | | | | | |
| 546692 | 129083 | BOMARK 100, INC | HERCULESBAGSINCISNOW | 545 | 2566 | 05/30/200 | 5/31/2004 | 130.56 |
| 538553 | 20732 | AVON | AVONSETYOUROWNHOURSI | 555 | 2563 | 05/06/200 | 6/02/2004 | 308.32 |
| 537956 | 21432 | THOMPSON, JIM | JIMSLAWNCAREVMOWINGV | 190 | 2263 | 05/29/200 | 6/11/2004 | 28.62 |
| 543530 | 22664 | | BARBECUERESTAURANTFO | 743 | 2305 | 05/25/200 | 6/03/2004 | 60.65 |
| 544577 | 23007 | ALABAMA BOARD OF / | THESTATEOFALABAMABOA | EL05 | 2557 | 05/21/200 | 5/31/2004 | 405.14 |
| 546716 | 23245 | CAPITOL DESIGN | ASSISTANTMANAGERMANA | 555 | 2578 | 05/30/200 | 6/02/2004 | 130.68 |
| 546729 | 23245 | CAPITOL DESIGN | ENTRYLEVELMGMTBUSINE | 555 | 2578 | 05/30/200 | 6/01/2004 | 92.00 |
| 546678 | 5234 | ENTERPRISE STATE J | POSITIONOPENATHLETIC | 545 | 2528 | 05/30/200 | 6/05/2004 | 354.64 |
| 542084 | 814571 | JOE SCOTT MOTOR CO | CHEVYIMPALALS2003WHI | 990 | 2825 | 05/05/200 | 6/03/2004 | 0.00 |
| 544043 | 814571 | JOE SCOTT MOTOR CO | CHEVYS10BLAZERLS2003 | 990 | 2845 | 05/15/200 | 6/13/2004 | 0.00 |
| 545528 | 814571 | JOE SCOTT MOTOR CO | BUICKLESABRECUSTOM19 | 990 | 2825 | 05/22/200 | 6/20/2004 | 0.00 |
| 545529 | 814571 | JOE SCOTT MOTOR CO | BUICKLESABRELIMITED2 | 990 | 2825 | 05/22/200 | 6/20/2004 | 0.00 |
| *News Record* | | | | | | | | |
| 544246 | 22968 | EXCALIBUR MARKETI | NEWCAREER12502800PER | 520 | 2563 | 05/19/200 | 6/05/2004 | 25.08 |
| 544577 | 23007 | ALABAMA BOARD OF / | THESTATEOFALABAMABOA | 563 | 2557 | 05/21/200 | 5/31/2004 | 405.14 |
| *Prattville Progress* | | | | | | | | |
| 544246 | 22968 | EXCALIBUR MARKETI | NEWCAREER12502800PER | 235 | 2563 | 05/19/200 | 6/05/2004 | 25.08 |
| 544577 | 23007 | ALABAMA BOARD OF / | THESTATEOFALABAMABOA | EL05 | 2557 | 05/21/200 | 5/31/2004 | 405.14 |
| | | | SUB-TOTALS FOR 057: 21 | | | | | 4,346.25 |
| **059 - LaShonda Harris** | | | | | | | | |
| *Montgomery Advertiser* | | | | | | | | |
| 547175 | 100385 | CENTURY 21/SILVER | FRIENDLYANDOUTGOINGR | 927 | 2515 | 05/30/200 | 5/31/2004 | 64.74 |
| 545157 | 11310 | CITY CHRYSLER-JEEP | OAUTOMOTIVEOTECHNICI | 130 | 2566 | 05/21/200 | 6/27/2004 | 905.76 |
| 546077 | 129488 | JACK INGRAM-HELP W | SERVICEADVISORNEEDED | 132 | 2566 | 05/26/200 | 6/08/2004 | 210.00 |
| 546095 | 129488 | JACK INGRAM-HELP W | SALESCAREERJACKINGRA | 132 | 2563 | 05/26/200 | 6/08/2004 | 203.00 |
| 546919 | 129600 | TIMBERLANDS | REALESTATESECRETARYP | 1026 | 2515 | 05/30/200 | 6/20/2004 | 69.80 |
| 546648 | 505676 | MOTOR MAX | ASSTMANAGERNEEDEDSAL | 130 | 2563 | 05/27/200 | 6/09/2004 | 114.24 |
| 542415 | 749486 | BOOTS LAMAR MOTO | DODGEDAKOTALTSEXTCAB | 990 | 2845 | 05/07/200 | 5/31/2004 | 0.00 |
| 544826 | 749486 | BOOTS LAMAR MOTO | CHRYSLERCONCORDE974D | 990 | 2825 | 05/19/200 | 5/31/2004 | 0.00 |
| 547373 | 8794 | ARONOV-FOXCROFT A | FOXCROFTAPARTMENTSOO | 1027 | 2606 | 05/29/200 | 6/27/2004 | 32.34 |
| 547536 | 9031 | SERRA MITSUBISHI | SERVICETECHNICIANNEE | 130 | 2566 | 05/29/200 | 5/31/2004 | 44.88 |
| | | | SUB-TOTALS FOR 059: 10 | | | | | 1,644.76 |
| **060 - Joe L. Howard Jr.** | | | | | | | | |
| *Maxwell-Gunter Dispatch* | | | | | | | | |
| 545703 | 14374 | | FIREPROOFSAFEWKEY30M | 195 | 2293 | 05/28/200 | 7/30/2004 | 0.00 |
| 545706 | 14374 | Ex. 24 - Page 3 | LAMPSOFATABLEWALNUTG | 195 | 2257 | 05/28/200 | 7/30/2004 | 0.00 |

# Ads Crossing Period End
## Period End Date: 5/2/2004

| Ad Number | Account Number | Customer Name | | Rate | Class Code | Start Date | End Date | Total Cost |
|---|---|---|---|---|---|---|---|---|
| **057 –** | **Pat Campbell** | | | | | | | |
| | **Career Builder, Line Ads Online** | | | | | | | |
| 539622 | 18950 | | RETAILSERVICEPERSONT | ELOL | 2560 | 04/25/200· | 5/08/2004 | 256.47 |
| 539360 | 22304 | | BOOKKEEPERWANTEDRRRR | ELOL | 2503 | 04/25/200· | 5/08/2004 | 193.79 |
| | **Go! Montgomery (TMC)** | | | | | | | |
| 539622 | 18950 | | RETAILSERVICEPERSONT | 113 | 2560 | 04/25/200· | 5/08/2004 | 256.47 |
| | **Maxwell-Gunter Dispatch** | | | | | | | |
| 539622 | 18950 | | RETAILSERVICEPERSONT | 163 | 2560 | 04/25/200· | 5/08/2004 | 256.47 |
| | **Montgomery Advertiser** | | | | | | | |
| 541091 | 15820 | JANI KING | CONCERNEDABOUTYOURFU | 870· | 2310 | 05/02/200· | 5/30/2004 | 387.75 |
| 540636 | 16165 | | KINGSIZEBEDNEWMATTRE | 195 | 2257 | 04/30/200· | 5/09/2004 | 2.00 |
| 539622 | 18950 | | RETAILSERVICEPERSONT | EL05 | 2560 | 04/25/200· | 5/08/2004 | 256.47 |
| 534960 | 20732 | AVON | AVONSETYOUROWNHOURSI | 555 | 2563 | 04/01/200· | 5/05/2004 | 385.40 |
| 537954 | 21432 | THOMPSON, JIM | JIMSLAWNCAREVMOWINGV | 190 | 2263 | 05/01/200· | 5/14/2004 | 28.62 |
| 539360 | 22304 | | BOOKKEEPERWANTEDRRRR | EL05 | 2503 | 04/25/200· | 5/08/2004 | 193.79 |
| 538512 | 5578 | | 1978FORETRAVELMOTORH | 197 | 2770 | 04/21/200· | 5/04/2004 | 11.50 |
| 537958 | 814571 | JOE SCOTT MOTOR CO | TOYOTAAVALONXL1998CH | 990 | 2835 | 04/17/200· | 5/16/2004 | 0.00 |
| 538567 | 814571 | JOE SCOTT MOTOR CO | MERCURYCOUGAR02SILVE | 990 | 2825 | 04/21/200· | 5/20/2004 | 0.00 |
| 538569 | 814571 | JOE SCOTT MOTOR CO | CHEVYTAHOELT04BURGUN | 990 | 2845 | 04/21/200· | 5/20/2004 | 0.00 |
| 540152 | 814571 | JOE SCOTT MOTOR CO | LEXUSES300PLATINUMSE | 990 | 2835 | 04/29/200· | 5/28/2004 | 0.00 |
| | **News Record** | | | | | | | |
| 539622 | 18950 | | RETAILSERVICEPERSONT | 563 | 2560 | 04/25/200· | 5/08/2004 | 256.47 |
| | **Prattville Progress** | | | | | | | |
| 539622 | 18950 | | RETAILSERVICEPERSONT | EL05 | 2560 | 04/25/200· | 5/08/2004 | 256.47 |
| 539360 | 22304 | | BOOKKEEPERWANTEDRRRR | EL05 | 2503 | 04/25/200· | 5/08/2004 | 193.79 |
| | | | **SUB-TOTALS FOR 057:    18** | | | | | **2,935.46** |
| **060 –** | **Joe L. Howard Jr.** | | | | | | | |
| | **Montgomery Advertiser** | | | | | | | |
| 540488 | 1622 | SPEIGNER, DEBRA | JOHNSTOWNSUBDIVISION | 742 | 2624 | 04/30/200· | 5/06/2004 | 44.00 |
| 540404 | 1700 | | 5PIECEPADDEDSWIVELDI | 195 | 2257 | 04/29/200· | 5/08/2004 | 0.00 |
| 540790 | 18813 | | MISSINGCATALLGREYNEU | 195 | 2050 | 04/30/200· | 5/09/2004 | 0.00 |
| 540420 | 19641 | | CHRYSLERTOWNCOUNTRYL | 196 | 2865 | 04/29/200· | 5/12/2004 | 6.30 |
| 540519 | 21669 | | BEAUTIFULLIKENEW3BR2 | 742 | 2654 | 04/30/200· | 5/06/2004 | 44.00 |
| 540521 | 21669 | | HONDAREBEL25099ONLY2 | 195 | 2760 | 04/30/200· | 5/09/2004 | 0.00 |
| 541260 | 22101 | | MERCEDES300SE90BLACK | 197 | 2835 | 05/01/200· | 5/14/2004 | 11.50 |
| 540481 | 22233 | | WANTEDOLDAMERICANMAD | 195 | 2236 | 04/30/200· | 5/09/2004 | 0.00 |
| 540376 | 22538 | | LAKEMARTINRVRESORTLA | 742 | 2642 | 05/02/200· | 5/08/2004 | 49.30 |
| 541474 | 22592 | | POWERWHEELCHAIRBRUNO | 195 | 2267 | 05/01/200· | 5/10/2004 | 0.00 |
| 539534 | 5159 | | JEEPRANGERSPORT03RED | 198 | 2845 | 04/24/200· | 5/07/2004 | 16.75 |
| 539812 | 8534 | | HIGHYIELDCORRECTABLE | 195 | 2272 | 04/27/200· | 5/06/2004 | 0.00 |
| 539813 | 8534 | | DIGITAL50MP5IN1BRAND | 195 | 2227 | 04/27/200· | 5/06/2004 | 0.00 |
| 539814 | 8534 | | MARDIGRAS1996COLLECT | 195 | 2236 | 04/27/200· | 5/06/2004 | 0.00 |
| | | | **SUB-TOTALS FOR 060:    14** | | | | | **171.85** |
| **061 –** | **Jean Robinson-Smith** | | | | | | | |
| | **Career Builder Job Packs** | | | | | | | |
| 538434 | 130470 | DIXIE HOME CRAFTER: | IMMEDIATEOPENINGSFOR | 512 | 2578 | 04/20/200· | 5/03/2004 | 2,251.88 |
| | **Career Builder, Line Ads Online** | | | | | | | |
| 540277 | 19010 | CONNER INSURANCE C | SENIORLIFEINCCOLEADS | 510 | 2563 | 04/29/200· | 5/03/2004 | 133.04 |
| 541537 | 22593 | | NATIONALSUBPRIMEAUTO | 991 | 2563 | 05/01/200· | 5/06/2004 | 20.52 |
| | **Go! Montgomery (TMC)** | | | | | | | |
| 538434 | 130470 | DIXIE HOME CRAFTER: | IMMEDIATEOPENINGSFOR | 112 | 2578 | 04/20/200· | 5/03/2004 | 2,251.88 |
| 540315 | 445 | | TOYOTACAMRY02LOADEDI | 113 | 2835 | 04/29/200· | 5/12/2004 | 20.95 |
| 540317 | 445 | Ex. 24 - Page 4 | INFINITYG202000IMMAC | 113 | 2835 | 04/29/200· | 5/12/2004 | 19.31 |

E:\Reports\CrossPeriod.rpt                    Run: 06/04/2004   3:34:05PM

*choose to kno*

# Montgomery Advertiser

montgomeryadvertiser.com

## PERFORMANCE NOTICE

Employee Name: __Pat Campbell__                    Social Security #: _____
Job Title: __Recruitment Specialist__              Supervisor: JenniferJensen
Date Presented: __June 7, 2004__                   _____

- Disciplinary Level

      Verbal Warning          ☒ Written Warning            Final Warning
      Suspension with Pay         Suspension w/o Pay        Termination

- Area of Concern/Opportunity for Improvement

      ☒ Policy/Procedure                      Absenteeism and/or Tardiness
        Performance                           Safety
      ☒ Behavior/Conduct                      Other _____

- Prior Performance Discussions/Contacts/Notifications

      Verbal Date(s): _____
      Subject(s): _____
                  _____

   ☒ Written – see attached ¶
     All reps were presented with the attached document on April 29, 2004, regarding customer
     relations. All reps were asked to sign the document and a copy was placed in their files in HR.
     Pat refused to sign the document, which is noted on her copy. The document deals with how to
     handle our customers. It states, "our goal is to service our customers to the best of our ability." ¶

- Explanation/Reason(s) for Notice and/or Action
On Friday, June 4, 2004, Kathryn Mount, Classified Manager, and Jennifer Jensen, Inside Sales
Supervisor, witnessed a phone conversation that Pat Campbell was having with a customer. Her tone
was rude and abrupt. She told the customer, "I don't care how you send the ad over at this point."
Furthermore, Kathryn Mount, witnessed a phone conversation earlier that day, where Pat told a
customer (who was calling for a price on an ad they had faxed earlier in the day), that she had not
gotten to their ad, but would call them when she types the ad with a quote. It is the policy of the
Montgomery Advertiser that customer service is priority. We are to always present ourselves in a polite
and helpful manner either on the phone or in person with customers at the time they are requesting our
assistance or services.
_____
_____

- Employee Comments                                    Ex. 25 - Page 1
_____
_____

DEFENDANT'S
EXHIBIT
25
PENGAD 800-631-6989

I acknowledge by signature that the information above has been disclosed with me and I understand what is expected of me. I also understand that any violations of this or any other company policy and/or procedure will result in disciplinary action up to and including termination of my employment.

Employee's Signature Acknowledgment of Receipt: _____ Date _____

***Not required on verbal warning/contact***

Supervisor's Signature: _____ Williams  Date: 6/7/04

Department Director: _____ RHatz  Date: 6/9/04

Human Resources Director: _____  Date: 6-9-04

6/7/04  Pat refused to sign

## Phone Guidelines

With the changes in the organization of the Inside Classified department, it has become necessary to outline, specifically, how the phones are & are not to be handled, as well as maintaining a professional atmosphere. You each need to place a copy of this in your binders.

**Recruitment Team:** Your responsibility is to handle the customers when the private party team is on their lines. Always find out what the customer needs, whether it is an ad, circulation, news, weddings, etc. If they need another department, you need to transfer them to that department. If a private party team member is **NOT** on their phone, you may transfer the call. If they **ARE** on their phone, you are to take the customer's ad **REGARDLESS** of whether it is a free ad or not. You **DO NOT** transfer calls to voice mail & you **DO NOT** put customers on hold until a private party rep is available. Our goal is to service our customers to the best of our ability. *There will be times when the private party reps need to be on "work" & therefore, are unavailable to accept calls. You will need to handle these customers.

**Private Party Team:** Your responsibility is to keep your phones open as much as possible. Your "work" time should be at a minimum. No more than 1 at a time should be on "work". If there are a lot of calls coming in, you need to take your phone off work & be available. If you receive a recruitment call, you are to transfer the call to the rep responsible for that customer. If the customer insists on being helped immediately, you need to handle the customer & inform the appropriate rep afterward.

**All:** Customers at the front counter are everyone's responsibility. If the customer is an obit, legal or wedding customer & the specific rep is not available, it is your responsibility to take care of that customer. All customers are OUR customers. It is the responsibility of every person on this team to ensure that every customer is handled.

I acknowledge by signature that the information above has been discussed with me and I understand what is expected of me. I also understand that any violations of this or any other company policy and/or procedure will result in disciplinary action up to and including termination of my employment.

Signature: _____          Date: _____

_____

Print Name

Pat Campbell refused to sign. She was included (present) in 2 department meeting where this document was discussed in depth. Meeting was held on 4-29-04 @ 2:15pm.

Ex. 25 - Page 3

# Montgomery Advertiser

 GANNE

2124    2400

## EMPLOYEE PROFILE

07/21/04

**CAMPBELL, PATRICIA A**
**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**

MONTGOMERY, AL

Advert/Classifi

POSTED 7/30/04

| | |
|---|---|
| NEXT REVIEW DATE | 07/29/04 |
| NEXT REV TYPE | Annual Appraisal |
| | Job Date |

CURRENT HIRE DATE  07/11/88
JOB TITLE  CONTRACT SALES REPRESENTATIVE    7/31/2000
FLSA STATUS  N
FULL/PART  F

---

### Personal

ADDRESS:  2231-D BONAPARTE BLVD.
MONTGOMERY, AL        36116

PHONE #  (334) 281-4331

### Job History

| CHANGE DATE | TITLE | CHANGE REASON |
|---|---|---|
| 07/31/00 | CONTRACT SALES REPRESENTATIVE | Intnrl/Promotion |
| 01/01/96 | CLASSIFIED INSIDE SALESPERSO | File Conversion |

---

### Salary Information

| LAST CHANGE DATE | HRLY RATE | PER PERIOD RATE | ANNUAL RATE |
|---|---|---|---|
| 07/29/03 | $10.23 | $818.40 | $21,278.40 |

| GRADE | | | | % OF RANGE |
|---|---|---|---|---|
| 08S | RANGEMIN | $19,500.00 | | 25.4% |
| | RANGEMID | $23,000.00 | | |
| | RANGEMAX | $26,500.00 | | |

### Salary History

| CHANGE DATE | CHANGE AMOUNT/YR | CHANGE REASON | CHANGE % |
|---|---|---|---|
| 07/29/03 | $728.00 | Increase-Merit | 3.5 |
| 07/31/02 | $499.20 | Increase-Merit | 2.5 |

| YTD BONUS | YTD COMM |
|---|---|
| $29,828.12 | $0.00 |

| | LAST | PREVIOUS |
|---|---|---|
| DATE | 7/29/2003 | 11/4/2002 |
| RATING | 3 | 3 |

Ex. 26 - Page 1

DEFENDANT'S EXHIBIT 26    PENGAD 800-631-6989

---

### Change Information

| EFFECTIVE DATE | NEW SALARY | %CHANGE | CHANGE REASON | PERFORMANCE RATING |
|---|---|---|---|---|
| 7/26/04 | No change | | | Transitional |

| NEW TITLE | DEPARTMENT | PT/FT STATUS |
|---|---|---|
| | | |

| TERM DATE | EXPLANATION | REHIRE (Y/N) |
|---|---|---|
| | | |

| DEPT HEAD | DATE | HUMAN RESOURCES | DATE | PUBLISHER | DATE |
|---|---|---|---|---|---|
| 7/26/04 | | | 7-22-04 | | 7-22-04 |

# MONTGOMERY ADVERTISER

## Performance Review and Appraisal
### NON-EXEMPT & HOURLY

**Name:**   Patricia Campbell

**Title:**   Recruitment Specialist

**Dept:**   Advertising

**Date of Employment:**   July 1, 1988

**Date of Review:**   July 13, 2004



**GANNETT**

Management Planning                                                    Confidential
## Performance Appraisal/Non-Exempt

| Name: Patricia Campbell | Appraisal Period: 2004 |
|---|---|
| Title: Recruitment Specialist | Date of this Review: July 13, 2004 |
| Department: Advertising | Job Date:July, 1988 |

## Report on Appraisal of Job Performance:

Summarize the individual's Overall Performance in Terms of Principal Responsibilities in the Position Description:

Pat has achieved goal 9 of 12 months. While Pat is 122% to her total revenue goal for the year, she has not reached her online expectations, finishing at 87% to total revenue for the year. She was 114% to total revenue goal for weeklies for the year, however, Pat's performance in special sections/pages (flag pages, career fairs, business & service directory, etc.) is minimal at best.

Throughout the year, Pat has struggled in making her online goals. With the new expectations for online advertising rolled out in April, Pat continues to struggle. For April 2004, she was at 10% upsells for Job Packs and 77% overall online upsells. In May, 2004, she was at 10% Job Packs and 75% overall online upsells. It is critical that Pat bring her upsell percentages to the standard of 25% of all ads upsold into Job Packs. Her overall upsell percentage should be at 80% of all ads upsold into online per month. Pat should make immediate improvement so she will achieve the standard upsell percentages. Pat should be "upselling" every sell into one online product or the other. She will be re-evaluated on her upsell percentages in 60 days, if she is not meeting the minimum standard of 25% job packs and 80% upsells further disciplinary action will result.

Additionally, in the last few months, March, April & May, Pat has been written up and given final warning for not following the policy of "cross billing" that has been in place for several years and discussed and followed up in writing in November of 2003. Pat improved in June and should continue to check her ads ensuring they do not cross the billing period.

In April, 2004, we changed the organization of the recruitment team. The result was that Pat's book of accounts was increased to the same level of accounts her peers handle. The volume of ads dramatically increased. Pat has struggled to handle the additional work due to the lack of organization of her work, her desk and her time. Pat needs to focus on using her time wisely so that she can finish her work in a timely manner. She needs to make her work at hand a priority, rather than focusing on what others around her are or are not doing. Pat spends much of her time on non-productive activities, such as "policing" her co-workers. Pat has not responded positively to changes with the recruitment team. She often seeks out the negative in situations, sometimes creating it.

Pat must make sure that she always puts the customer first. Recently, Pat was written up (June 4, 2004) for being rude to a customer that called in. Pat's first responsibility is to the customer and providing the customer with the best possible service. Pat should always be conscientious of her demeanor and/or tone when she is dealing with external, as well as internal customers. Additionally, Pat has been written up for confrontations with co-workers (July 11, 2003) and has had several verbal discussions, November 2003 and April 2004. This is not acceptable and will not be tolerated, if it occurs again further disciplinary action will result.

## Job Performance Rating:

☐Exceptional     ☐Superior          ☐Commendable     ☒Transitional          ☐Change Needed

1. Change needed: Not getting the job done; excessive errors and delays.
2. Transitional: Needs close supervision; new employee and/or not fully competent.
3. Commendable: Work is done quickly and accurately; total job responsibilities are met.
4. Superior: Handles job with ease and does more; beyond expected performance.
5. Exceptional: Extraordinary mastery of job skills; stands out among peers.

| 1 | 2 | 3 | 4 | 5 | Ratings |
|---|---|---|---|---|---------|
| ☐ | ☒ | ☐ | ☐ | ☐ | Timeliness of Work |
| ☐ | ☐ | ☒ | ☐ | ☐ | Technical Skills |
| ☐ | ☒ | ☐ | ☐ | ☐ | Time Management |
| ☐ | ☒ | ☐ | ☐ | ☐ | Courtesy & Tact |
| ☐ | ☒ | ☐ | ☐ | ☐ | Telephone Manner |
| ☐ | ☒ | ☐ | ☐ | ☐ | Willingness to Help |
| ☐ | ☐ | ☒ | ☐ | ☐ | Creativity |
| ☐ | ☒ | ☐ | ☐ | ☐ | Prioritizing Work |
| ☐ | ☐ | ☒ | ☐ | ☐ | Initiative |
| ☐ | ☒ | ☐ | ☐ | ☐ | Self-Reliance |
| ☐ | ☒ | ☐ | ☐ | ☐ | Seeking Responsibility |
| ☐ | ☐ | ☐ | ☒ | ☐ | Self-Confidence |
| ☐ | ☐ | ☒ | ☐ | ☐ | Punctuality |
| ☒ | ☐ | ☐ | ☐ | ☐ | Accepting Direction |
| ☐ | ☒ | ☐ | ☐ | ☐ | Work Relationships |

**Comments:**

## CHARACTERISTICS          CHECK BOX WHICH MOST CLOSELY DESCRIBES EMPLOYEE BEING RATED

| | | | | |
|---|---|---|---|---|
| **Accuracy** | Careless; makes recurrent errors. | Usually accurate; makes only average number of mistakes. | Requires little supervision; is exact and precise most of the time. | Requires absolute minimum of supervision; is almost always accurate. |
| | ☐ | ☐ | ☒ | ☐ |
| **Volume of Work** | Does just enough to get by. | Volume of work is satisfactory. | Very industrious; does more than is required. | Superior work production record. |
| | ☐ | ☒ | ☐ | ☐ |
| **Job Knowledge** | Gets by with present work. Could handle related work with careful training. | Handles job satisfactorily. Has some knowledge of related work. | Handles job very well and has also handled related work on occasion. Receptive to suggestions of further training. | Extensive knowledge of own job and related jobs. Eager to learn more. |
| | ☐ | ☒ | ☐ | ☐ |
| **Coopera-tiveness** | Occasionally difficult to work with. Is easily annoyed by others' behavior. Prefers to work alone. | Willing to meet other halfway. Enters into the group spirit. Reserved, unoutgoing manner. | Cooperates well with others and actively participates in the group without supervisory prodding. | Very willing to cooperate with others. Doesn't complain under pressure. Friendly courteous manner. |
| | ☒ | ☐ | ☐ | ☐ |
| **Work Effort and Initiative** | Requires extra supervision to finish task. Is concerned mainly with doing the minimal job requirement. | Normal supervision required. Can follow a designated task through to completion. Stays in the same groove. | Diligent work habits. Needs some help at the start of the new task, then can complete it with minimal help. | Takes on and completes new tasks on own initiative. Well-defined plan for own future. Takes job seriously. |
| | ☐ | ☒ | ☐ | ☐ |
| **Skill, Ingenuity, Aptitude** | Is uneasy about work. Requires much supervisory guidance. Needs help to solve job problems. | Average skill and performance. Performs routine tasks well. Lacks ingenuity in problem solving. | Good at seeing what needs to be done and then doing it. Does work easily and confidently. | Imaginative and resourceful in solving work problems. Shows high skill level in work handling. |
| | ☐ | ☒ | ☐ | ☐ |
| **Punctuality and Attendance** | Irregular attendance. Takes advantage of opportunities to be late or not come in. Has had several questionable absences. | Is tardy and absent infrequently but could be more regular. Usually has a good explanation. Makes an effort to improve. | Usually punctual and regular in attendance. Always has a good reason for being absent or tardy. | Is seldom late or absent and only when it is unavoidable. Promptly reports reason to company. |
| | ☐ | ☐ | ☒ | ☐ |

## Describe the Individual's Principal Strengths on the Job:

(Consider: Job knowledge, initiative, results orientation, innovation, problem-solving, responsiveness to change, energy, drive, commitment, etc.)

Pat is very knowledgable about the Montgomery Advertiser and the products we offer. She is very confident in her own abilities. She is accurate and precise in her ad copy and has very few adjustments.

## Strategies for Development:

Strategies for Improvement. Please elaborate (Include Dates for follow-up meetings):

☒ Training
☒ Coaching
☐ Job Redesign
☐ More Time on Job
☐ Special Project
☐ Reassignment

Other Comments: Pat's vast knowledge of the Montgomery Advertiser and the newspaper industry as a whole will continue to grow with Value Selling training and implementation and one-on-one coaching with her supervisor.

Because of the substandard performance issues in the following areas: online upsell percentages, job pack growth, customer service skills and interpersonal skills we will a 60 day Performance Improvement Plan to help Pat achieve success. If Performance Improvement Plan is not successfully completed in the next 60 days, further disciplinary action, up to and including termination, will result.

## Career Recommendations

### According to Employee:

What Other Jobs Interest You?

What Do you See As a Possible Next Assignment?

What Is Your Long Range Career Goal?

### According to Appraiser:

Next Assignment: To be Determined.

Long Range Assignment: To be Determined.

### Employee Comments:

*Pat does not agree with this review & refuss to sign. L.M.B. 7-26-04*

Employee Signature/Date _____

Completed by: (Manager/date) _____ 7/22/04 _____

Reviewing Manager/Date _____ 7/22/04 _____

## Performance Improvement Plan

Name:         Patricia Campbell         Date of this evaluation:   July 26, 2004
Appraised by:   Jennifer Jensen         Date PIP began:        July 27, 2004
Newspaper:    Montgomery Advertiser    Date of PIP completion:   September 27, 2004

**Rating Table:**
**1 – Poor**    **2 – Below Average**    **3 – Average**    **4 – Good**    **5 – Excellent**

### Basic Job Performance
A.  Upselling accounts and generating new business - **1**
B.  Provide quality service to all customers internal and external  – professional demeanor with coworkers and guests  - **1**
C.  Following policies and procedures – 1
D.  Organization of desk/work – 1

### Corrective Action:
During the next 60 days Pat should continually demonstrate a minimum rating of 3 (average) on each corrective action in order to successfully complete this performance improvement plan. During this performance improvement plan, we will meet every Monday at 9:30 to discuss the previous weeks progress and address issues that arise.

### A.  Upselling accounts and generating new business
1. Assume the sell of the online component (job pack or 7-day upsell) on all calls
2. Make calls weekly to new and inactive customers to grow existing accounts.
3. Utilize the value selling techniques to overcome objections to online.
4. Participation in special pages/sections.

### Comments:

Throughout the year, Pat has struggled in making her online goals. With the new expectations for online advertising rolled out in April, Pat continues to struggle. For April 2004, she was at 10% upsells for Job Packs and 77% overall online upsells. In May 2004, she was at 10% Job Packs and 75% overall online upsells. It is critical that Pat bring her upsell percentages to the standard of 25% of all ads upsold into Job Packs. Her overall upsell percentage should be at 80% of all ads upsold into online per month. Pat should make immediate improvement so she will achieve the standard upsell percentages. Pat should be "assuming" every sell into one online product or the other. She needs to take the time to investigate any objections and overcome them. Pat must call on new and inactive customers as a means to increase her revenues and account base. Pat must use the value selling techniques in all of her interactions with her customers. Additionally, Pat must turn in her call reports daily to show that she is calling on new and existing customers for recruitment ads as well as special pages/sections.

### Corrective Action:
Pat must increase her job pack sales to 25% of total ads and 80% of total ads upsold into online.

Pat must make a minimum of 20 outbound calls per week to new and inactive customers. She will need to discuss her list for each week with her supervisor during her weekly meeting on Mondays. She will need to provide results from the previous weeks calls as well as her target list for the upcoming week.

Pat must utilize the value selling process in all her calls. She will be much more successful increasing her closing ratio if the value selling process is used. Her supervisor will monitor a minimum of 3 calls per week and discuss them in her strengths and weaknesses in her weekly meeting.

### B.  Provide quality service to all customers internal and external
1. Present self in a cordial respective manner to internal and external customers



DEFENDANT'S EXHIBIT 27

2. Refrain from outbursts/comments on the sales floor.

**Comments:**
Pat must make sure that she always puts the customer first. Recently, Pat was written up (June 4, 2004) for being rude to a customer that called in. Pat's first responsibility is to the customer and providing the customer with the best possible service. Pat should always be conscientious of her demeanor and/or tone when she is dealing with external, as well as internal customers. Additionally, Pat has been written up for confrontations with co-workers (July 11, 2003) and has had several verbal discussions, November 2003 and April 2004.

**Corrective Action:**
Pat must present herself in a professional, friendly manner to her external and internal customers. She must not have any confrontations with internal or external customers.

Pat must not create and/or participate in any outbursts on the floor. Additionally, she should not make derogatory comments.

To assist Pat with controlling outbursts and confrontations, she must participate in mandatory "Anger Management" sessions with our EAP provider, the Family Guidance Center at 1284 Perry Hill Road. There will be 3 initial assessment sessions on:

Thursday, July 29th at 10:45
Thursday, August 5 at 11:00
Tuesday, August 10 at 11:00

After these sessions, the Family Guidance Center will make a recommendation on the course of treatment. Subsequent sessions and or treatment will be determined and the participation in such treatment will be mandatory.

### C. Following policies and procedures
1. All policies and procedures must be followed.

**Comments:**
It has been the policy of the Montgomery Advertiser for several years and was discussed and followed up in writing in November of 2003, that all ads crossing billing periods must be split. Pat has had difficulty with this in the last few months. In March, April & May, Pat was written up and given final warning for not following the policy. Pat improved in June and should continue to check her ads ensuring they do not cross the billing period.

**Corrective Action:**
Pat must not have more than (2) ads (considered acceptable) that cross the billing period in the next 60 days. At the end of each period, her supervisor will review the cross billing report with her.

### D. Organization of desk/work
1. Pat must organize her desk and work area.

**Comments:**
In April 2004, we changed the organization of the recruitment team. The result was that Pat's book of accounts was increased to the same level of accounts her peers handle. The volume of ads dramatically increased. Pat has struggled to handle the additional work due to the lack of organization of her work, her desk and her time. This has caused Pat to work overtime on many occasions. A neat and orderly desk is crucial in handling her book of accounts. Pat needs to focus on using her time wisely so that she can finish her work in a timely manner. She needs to make her work at hand a priority, rather than focusing on what others around her are or are not doing. Pat spends much of her time on non-productive activities, such as "policing" her co-workers.
Pat's desk is disorganized to the extent that it prohibits her from being efficient. The top of her desk consists of items that are not crucial to assisting in her everyday work. Her file drawers are not organized.

**Corrective Action**

To work more efficiently, cut down on overtime and to be more productive, Pat must take the time to go through the items on top of her desk and in her drawers, and determine what should be kept and what should be discarded. The things she keeps should be filed in designated files in her drawers. She should establish an "In" box so that newly received ads/information can be deciphered quickly. Her inbox should be cleaned daily. Her desk should be left clean and free of unimportant items at the end of each day.

**Overall Comments:**

The above noted actions should show immediate improvement over the next 60 days. Failure to improve, and or failure to participate in the "Anger Management" program that is outlined by the Family Guidance Center will result in further disciplinary action up to and including termination.

_____          Date: __/__/__
Employee

_____          Date: __/__/__
Manager

_____          Date: __/__/__
Director

January 24, 2002

MEMO:
TO: Kathryn Mount
FROM: Pat Campbell
RE: Office Issues/Atmosphere, Understanding the need for change; Being a "people Person", paycheck/hrly. wage  issues, vacation policy (separate attachment), etc.

**MISSION STATEMENT:**

To address some issues that weigh on my mind, to bring some concerns to your attention that I feel are much in need of discussion and consideration; to suggest that  I speak not out of anger, rather of discontent and will do so as honestly as I know how for that is the only way I know. There is much virtue in honesty and I pride myself in that attribute. It doesn't always bode well for me, but it hurts more if I say nothing when I am troubled. It is very likely that I will say things that will not please  you, however, I hope you will accept them in the light that they are spoken and hopefully search yourself to find points of compromise and a willingness to reach out and meet us halfway-for once.

I should say also that while I make no attempt to speak for others, much of what I say echoes the sentiments on the floor and you would need only to have one-on-ones with each of us and I feel you pretty much know what the reactions would be. As I take this bold step, I do so without the fear of retribution from you (real or imagined) for speaking the truth- not  according to Pat, but according to the way it is. That is not what this is about. This is about a healing that needs to take place in the Classified Department. Since you are the head of it, you have a major part to play.

In case you  haven't noticed, the morale on the floor is as low as I've ever seen it. It is heavy with gloom and doom. You seem to be the largest part of that discontent and that is not a good thing for any of us. Any unit is only as good as the pieces that comprise it: a football team plays hard for its' coach as much as anything. If they like and respect him, they know the length of their association with him is only as long as they have winning seasons-TOGETHER; A platoon follows its' commander  into battle because it trusts him-it trusts that on his honor, he has vowed to make good and wise decisions so their objectives can be met with minimal to no losses-knowing that they fight side-by-side and have each other's backs. He does not set himself apart from them. He respects them in return and considers their opinions, thus building mutual respect, eventually trust. These become happy unions that tend to be more successful, no matter the endeavor. Now to the grit. These are some of the perceptions (from the inside staff) on the floor regarding you:

1. You are not greatly liked nor respected. Why? Because there is a feeling of distrust because you are not always forthcoming. You will often make negative comments about a particular behavior associated with one or more people in the group in an effort to lend credence to some mandate  you are handing down  instead of dealing with those persons in particular. We are all individuals and should be treated according to the way we present ourselves-not the way one person does this thing or that. Always know that we discuss things on the floor and there is little that you say to any one person that stays with them only-especially when it affects us all.



2. No one feels that you respect us or give a tinker's damn about us as people. You seem to try to portray that of late but it is, at best , only perfunctory.
3. You threaten more than encourage.
4. You seem to work more against us than WITH us-if we think one way, you are most certain to think the exact opposite. No matter the circumstance, it's a given.
5. You don't appear to trust us. You always seem to feel that we have ulterior motives and somehow try to "get over" on you. That is far from the truth.

You seem to think that you are the only committed person here. That the success or failure of the Classified Department rests squarely on your shoulders-it doesn't. Gannett is the largest newspaper company In the U.S. We are but one classified department of the vast number of newspapers that comprise this giant. A small part in the grand scheme of things. You take it all far too seriously. So much so that you lose sight of almost everything else along the way. You are a driven person and that in itself can sometimes cause an undoing. Consider this: I take my job as seriously as you do your own. This is my livelihood, this is my career. Of course I want to be successful. Of course I want our department to be successful but we are not working just to make Gannett successful. We give our personal best with the constant hope that we will be fairly compensated for our efforts; another thing you don't support us on. Of course we can't all be publishers, department heads, comptrollers, ad directors and the like. But, we all have a vested interest in making this venture successful and a part to play to make the whole successful. So yes, we are committed too. I often tell you to lighten up some. You walk around sometimes completely oblivious to the human element that surrounds you. We will often guess at an answer rather than ask you a question because you are often not even patient enough to listen or will answer before we even ask it. On other occasions, we will have to talk to the back of your head because you are walking away as we speak. This is just plain disrespectful. Then, after all this, the answer is inevitably NO! These are qualities that will not and does not endear anyone to you. You are obviously not trying to win any popularity contests but it does matter what we think of you and it should matter to you as well. You cannot be your most effective self when the communication divide is so wide and no one feels you are anyways attuned to our needs. You are not a general, we are not at war. We are all fully grown professionals who merely want to be treated as such. Scott has said that he wants his department heads to be "people persons" so it is obviously important to him as well.

You know we've had our differences but I have made a valiant effort to try to mend that and I know you have made some effort as well. I think we are doing better but we've all got a ways to go. I don't dislike you, nor does anyone else. It's just that you are somewhere in the clouds and you need to come back down to earth with us and realize that you have a good group of workers with great potential and we can do mighty things TOGETHER if the environment/atmosphere is conducive to same. It needs to be where we can all flourish and grow, where fairness prevails, where communication is the order of the day and where the ways of yesterday and even today and put aside for something new and exciting. It's all on you to begin the process and trust me, it needs to happen.

As I stated earlier, I mean none of this personally, but you really do need to take a good long look at things and try some different approaches lest we all become consumed by the prevailing  gloom and bitterness that  colors our every day.

P.S. I know you'll want your sewing machine right away now so I will bring it back next week. Have a good trip.

## Campbell, Pat

**To:**        patcampbell8@juno.com
**Subject:**   Vacations

I have several concerns regarding the stringent vacation policy. I will address them (in order) as they appear on the memorandum dated January 16, 2002.

First off, I don't see how ANY days could already be approved/not approved when all requests have not yet been submitted.
I was under the impression that no days would be scheduled until after March 1, 2002, the deadline for submission. This is what has been done in years past.

My first concern: There needs to be some distinction made on the years of service to include the word "continuous". While I understand and appreciate the fact that the company allowed more vacation days off on last year for people who had left the company and come back, in no way do I consider it fair to put someone who left the company in front of someone who has had continuous years of service. While the extra vacation was a plus, I don't feel Scott meant that in any other way. So, as far as I am concerned, I am second in seniority ONLY to Jean Robinson. If you don't concur, I will address it personally with Scott. That's the biggest issue.

The Friday Off Thing:

The policy of only one person being able to be off on Fridays is simply not necessary. We all have backup personnel and that is the purpose for that. As long as you and your backup person are not scheduled off together then where's the problem? That could easily be stretched to allowing two people off without any major problems. Even if a third calls in sick, we are not understaffed to the point of being in a chaotic state. You have simply overexaggerated this. Yes, it is our busiest day, but we've never had ANY kind of day that we didn't survive as a team. We all help each other when the need arises. Though you don't give us much credit for that, we always answer the call.

Friday 8 hr. increments:

Again, you have overreacted in my opinion. There is absolutely nothing that happens in our department on a frequent enough basis that would necessitate this directive. Nothing! Look at it this way. From the standpoint of a backup person, I would much prefer that someone come in for a half day and do most if not all their work than to have to do their entire day's work. It simply makes more sense. Also, I take it as something personal against me since you know that I may take one (Friday) half day per month in order to go home and travel in daylight hours. This is not something that I have abused.
You have made allowed people to adjust lunch hours to pick up children, to go to school and various other things. Therefore, I ask this consideration for myself because it fits what I need to do for those who are important in my life.

1

Ex. 31 - Page 3

The handbook allows for 4 hr. increments and I disagree that it would upset the smooth running of the department to allow 4 hrs. on Friday. That's something you COULD allow, at least until it became problemous. I think if you would ever really try to work WITH us, you would see people would try very hard to do it the right way JUST BECAUSE you were willing to bend a little. My mom is 86 years old. I try my level best to go to visit her every other weekend. She is sickly but not bad off. You know that is important to me because I need to do my part in caring for and looking out for her, just as you do your children. She's my #1 priority. That's sorta why I take the 4 hr. Friday thing the way I do-personally. As I stated, I didn't abuse that in any way. You worked with me and if you check time cards from last year you will see that I didn't. Nobody else has overused ½ day Fridays. We note and observe things just as you do.

## Holiday Wrap:

We have 6 holidays off during the course of the year. If you were to allow two people off on the day before and the day after the holiday, it would be possible for us to wrap two holidays because generally we are not very busy at those times anyway. That would mean 24 possible wrap days and would not hurt a thing. This is especially true of Thanksgiving and Christmas and I'm sure you know that .

## Holidays From Previous Year:

This is the one that probably causes me the most grief. Here's how I feel about that: Iam sick and tired of all the whiners who want things just because they want them. I have paid my dues for my seniority and I fully expect it to be honored. You forget, I worked my way through being third in line for seniority and had to choose my days after Jean and (at that time) Brenda. I didn't balk, I took my days when I could around those schedules. I then became second in line after Brenda left. As far as I'm concerned, I am still 2nd in line for seniority and that is the right thing. I think it would be most appropriate to amend the word ing to "continuous" years of service when saying "the employee who has been in the department the longest." Therefore, as I stated earlier, I am second only to Jean in seniority and will defend that to the end. I hope that won't be necessary though-it shouldn't be. Everybody here should have to pay their dues and GET WHAT'S DUE THEM WHEN THE TIME COMES. I did it and they are no better than I am. It's all about paying your dues. If it comes easy, then it's not worth having. Consider this as well. I have no family here-none. No, that's not anybody's problem but it should be something you should consider. Everybody needs to be with family at Christmas and it is purely selfish of those who live here and have family here to not give a little in that regard. Or, maybe you can just make some allowance especially for me-just as you have with the lunch hours for picking up kids and the adjusted hours for attending college, etc. It is all preferential, the needs are just not the same. Take yourself, for instance. You are always off with your girls on holidays that school closes on. Why? Because that's what suits your needs and makes your life flow smoothly. You need to have that same understanding toward us and how we can best use OUR vacation days to suit our lives. Otherwise, what's the purpose just to have a day off? Let us all try harder to LIVE AND LET LIVE. Life itself is hard enough without all the other unnecessary BS we put in the mix. Just let it flow, please . The job will get done, it always does. No ads will be left out of the paper. They never are.

As you may note, this was originally started back on February 12th. The other correspondence was started January 24th. As always, yes, I am the procrastinator of the worst kind. I have been trying to finish both of these for all this time but I was certainly

going to be finished by the time you indicated (March 1ˢᵗ) as the deadline for vacation. Your words today were rather harsh in that "it was not good that I waited." If I make the deadline, I am not late. Because it suits YOU, then I have to turn this in today. That does not mean that I did anything wrong. My plan was to meet the deadline. That's what was required. You were in that "General" mode then and that is precisely what I spoke of earlier. Know something else? I wonder, with all the "executive" type things you have to do, why you would even bother yourself with vacation. Why is that not something Jeannine could handle since she is the "immediate" supervisor? You aren't even comfortable with her making the right decisions. That should tell you something in itself. Like I said earlier, we are, this is only a small part of a much larger entity. The world does not begin or end with the Classified Department of the Montgomery Advertiser. The sooner you realize that, the better for you and the better for us all.

August 1, 2003

MEMO:

TO: Ron Davidson, Advertising Director &
     Linda Browder, HR Director

FROM: Pat Campbell
RE: Kathryn Mount/Classified Dept.

The events of the last several weeks, notably the write up of July 11th and my most recent employee evaluation, cause me once again to ask that you please evaluate (realistically) the running of the Classified Department and how it in no way exemplifies what this company has set forth in its goals. Kathryn's agenda is her own, not Gannett's. I have felt that my job was "in jeopardy" for a long time now and for no reason under the sun. With the very strong wording of the write up, I feel it necessary at this point to try to make sure that I am not ever terminated for anything less than a terminating offense. Not something Kathryn blows out of proportion or makes a case of. While I know that Jennifer's name is on the write up, there is no doubt in my mind that it was produced and directed by Kathryn.

At the risk of rambling, I will address each incidence of concern separately as well as provide documents that more than lend credence to these same concerns having spread from the beginning of Kathryn's tenure until now. I stand behind everything I say as true and stand ready to provide names of people (both here and no longer here) who will attest to same. As much as is mentioned here (incidents), there are innumerable others. It became so commonplace that after awhile I figured, what's the use? I simply tried to continue to make the best of a bad situation and have done well in spite of it. It has, however, been no easy task.

I am hopeful that after going over this information you will understand that a change is needed in order for this department to be all that it can be. What we have to accomplish in these challenging times cannot be done in the atmosphere we are forced to work in because it is in no way conducive to much of anything good. This is nothing more than a bully pulpit. There is no leadership, there is no fairness, no encouragement. I submit to you, if I have done as well as I have under these very adverse circumstances, imagine what I (and others) could do with good leadership? How many must be sacrificed for the one??? You do yourselves (this company) and us an injustice by allowing it to continue.

I ask that you review the information that I am submitting. It pretty much speaks for itself. I appreciate your time.

Respectfully,

Pat Campbell



DEFENDANT'S
EXHIBIT
32
PENGAD 800-631-6989

Jan. 30, 1998

Learned that newly hired employee
Jonathon Villacampa (Human Resources
Director's son) had a Jan. quota
of $12,000+ that was later
lowered to $8,000+.

I am in the same capacity
as Jonathon but was given
a quota of $19,950 — same
as 2 other block workers
(one of whom is also a "new"
employee). There remains still
~~the~~ the ever present +
not even subtle stench of
racism. at every turn — around
every corner

Ex. 32 - Page 2

Tuesday, divulged
e crew, headed by
ess, would be repri-

alls have to be made
with a single view
d action," Swofford
with the aid of slow
various camera an-
l calls are still incon-
o whether they were
the correct ones or
fford, conceded, "as
es, there were a few
s that affected both

d there was nothing
rule with the ACC of-
es, however, want to
contrast with Florida
ating its officials from
conference. The cur-
acts which expires
easch, calls for a crew
nference at the visit-
call the game.

ers' talents.

"You're restricted to two
backs and one formation," said
Pruett, noted for his wide-open
offensive scheme, "but within
that you can be creative and flip
the ball around and make it ex-
citing for the guys."

The game often hinges on the
play of its quarterbacks. The
Gray features two athletic signal
callers in Louisiana Tech's Luke
McCown and Jackson State's
Robert Kent. Moroz, on
Tuesday evening he said not set-
tled on a rotation among the two.

"I think both our quarter-
backs look good," he said. "Both
run the ball well, both are ath-
letic and move well. We'll kind of
let them settle it themselves."

The Blue will counter with
San Jose State's Scott Rislov and
Brad Mitchell, an unknown com-
modity from the tiny NAIA pro-

Gray defense.

"The coaches have done a
wonderful job of bringing us to-
gether and teaching us the ba-
sics again," said Wake Forest of-
fensive lineman Mark Moroz,
who joins Alabama's Naulyn
McKay-Loescher as two Cana-
dians in the game. "It says a lot
for the guys we have here. Some
of us haven't played for a
month. It's just amazing how
quickly and smoothly this pro-
cess has been."

McKay-Loescher is one of six
Alabama players on the Gray
squad, joining receivers Tri
Pridham and coach Fletcher, de-
fensive tackle Atlas, Harrion
and David Alexander and line-
backer Derrick Pope.

"You want to represent your
school," Pridham said. "So put
on the Alabama helmet for the
last time. Puts a smile all over
your body. There are some sen-

bama State defensive back Mar-
cus Winn, Troy State offensive
lineman Branden Hall and Tro-
jan defensive back Brashun
Reed and Montgomery native
Jonathan Barrell, a linebacker
from Northern Iowa.

All-star contests frequently
includes long stretches of defen-
sive-dominated play broken up
occasional offensive outbursts
because of the difficulty in as-
sembling a cohesive offense in
one week of practice, but Pruett
isn't making any predictions.

"You only have four prac-
tices, so it's usually who has the
hot quarterback," he said. "Win-
ning or losing is important, but
in this game, it's all about the
kids."

rabl
gam
tho
Co
"He
son
boy
roo
he
day
eve
gam
sto
fan
we
old

Bru
and
ley
dur



Insight
BOWL

receiver
ably out
owl game



Screen Enclosure For Your Pool

AIRFLOW
AWNING CO., INC.
263-4019
4720 Birmingham Highway
Montgomery, Alabama 36108



90 DAYS
Since 1984
BIG
YEAR

SALE NOW THROUGH SATU

OUR LOWEST
PRICED RADIAL!

50%

ALL SEASON FOR
DOMESTIC CARS

4 FOR
$49

14"... 4 FOR

SALESPERSON OF THE YEAR POINTS
2003

| | Jan. | Feb. | Mar | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| oe Howard | 113 | 109 | 101 | 108 | 106 | 0 | 109 | 105 | 114 | 125 | 138 | 118 |
| | | | | | | | | | | TOTAL: 1,246 | | |
| Myself | 117 | 140 | 113 | 116 | 117 | 138 | 130 | 132 | 119 | 0 | 108 | 144 |
| | | | | | | | | | | TOTAL: 1,374 | | |

above are point totals for salesperson of the year. Though I won in actual points, the award of $2,500 was given to Joe Howard. At the time I was out on approved medical leave after surgery. I had done all the set-up work on my accounts before leaving for that period. When I inquired how it was that I did not win the award, I was told by Kathryn Mount that I could not receive points though my book of accounts made goal. We had a partner system in place where backup would input your ads in your absence; which means, in effect, we all have "extra" duties when our partner is out. If a person is on vacation for a week, it is not considered if their book makes the month. They are paid a bonus and there is no "punishment" for having been out. Conversely, when I was out on "approved" medical leave, they arbitrarily decided to "punish" me and therefore gave the award and money to someone else. There was no written precedent for that action and there was nothing in writing that addressed what would be done in such situations. When I took the matter to the Advertising Director, Ron Davidson, he backed Kathryn up, as usual. I suggested to him at that time that something in writing with our bonus plans would address certain possible scenarios as this one. Otherwise, they can continue to make it up as they go along. Up until my departure date, nothing had been put in writing. There were always rules for the group and a separate set of rules for me.

1999 (I believe) I made a bonus of $4,700. The then Ad Director, Mark Logsdon simply said to me, "we can't pay you that". He forced then Classified Mgr. Nora Jones to say that she had made a mistake figuring up my goal and I was only paid $3,000. Mark simply said that if I had problems with that that I could see Fred Villacampa in Human Resources. It was unheard of that you would change a goal when the month had ended. They very simply took $1,700 away from me.

DATE: 9/03/01
REPORT: ARRS56
ASSIGNED

SALESPERSON 0057   CAMPBELL, PAT

FIRST PAGE

RETAIL

MONTGOMERY ADVERTISER
SALESPERSON SALES ACTIVITY REPORT
08/06/01 THRU 09/02/01

CA: G   DEPT: R

TIME: 1:55:32
REPORT: ARRS56
MEAS: I   TRANSIENT: N
SUBACCT: N

*Show where we while — allowed to run while in account.*

DEPARTMENT: RETAIL
------- AVERAGE -------

| | CUST NO. | AD COUNT | MEASURED LINAGE +/- | NET REVENUE +/- % | DISCOUNTS | PREMIUMS | RATE | REVENUE | SIZE |
|---|---|---|---|---|---|---|---|---|---|
| ALABAMA GAS GRILL RETAIL | 510203 | | | | | | | | |
| R-DAILY SP | | | | | | | | | |
| WK3 08/01 | | 3 | 25.00 | 400.20 | .00 | .00 | 16.01 | 133.40 | 8.33 |
| WK4 08/00 | | 3- | 25.00- | 400.20- | .00 | .00 | 16.01- | 133.40- | 8.33- |
| +/- | | | +++ | +++ | .00 | .00 | | | |
| NEWSRECORD | | | | | | | | | |
| PRATTVILLE | | | | | | | | | |
| WK1 08/01 | | 1 | 8.00 | 134.40 | .00 | .00 | 16.80 | 134.40 | 8.00 |
| WK1 08/00 | | 1- | 8.00- | 134.40- | .00 | .00 | 16.80- | 134.40- | 8.00- |
| +/- | | | +++ | +++ | .00 | .00 | | | |
| DISPATCH ( | | | | | | | | | |
| WK1 08/01 | | 1 | 9.00 | 23.85 | .00 | .00 | 2.65 | 23.85 | 9.00 |
| WK2 08/00 | | | 9.00 | 23.85 | .00 | .00 | 2.65 | 23.85 | 9.00 |
| WK3 08/01 | | 1 | 9.00 | 23.85 | .00 | .00 | 2.65 | 23.85 | 9.00 |
| WK4 08/00 | | | 9.00 | 23.85 | .00 | .00 | 2.65 | 23.85 | 9.00 |
| +/- | | | +++ | +++ | .00 | .00 | | | |
| WK1 08/01 | | 1 | 9.00 | 23.85 | .00 | .00 | 2.65 | 23.85 | 9.00 |
| WK2 08/00 | | | 9.00 | 23.85 | .00 | .00 | 2.65 | 23.85 | 9.00 |
| WK3 08/01 | | 1 | 9.00 | 23.85 | .00 | .00 | 2.65 | 23.85 | 9.00 |
| WK4 08/00 | | | 9.00 | 23.85 | .00 | .00 | 2.65 | 23.85 | 9.00 |
| +/- | | | +++ | +++ | .00 | .00 | | | |
| WK1 08/01 | | 1 | 9.00 | 11.25 | .00 | .00 | 1.25 | 11.25 | 9.00 |
| WK2 08/00 | | | 9.00 | 11.25 | .00 | .00 | 1.25 | 11.25 | 9.00 |
| +/- | | | +++ | +++ | .00 | .00 | | | |

ALA ORTHOPAEDIC SPECIAL RETAIL

| | CUST NO. | AD COUNT | MEASURED LINAGE +/- | NET REVENUE +/- % | DISCOUNTS | PREMIUMS | RATE | REVENUE | SIZE |
|---|---|---|---|---|---|---|---|---|---|
| DAILY RETA | 123121 | | | | | | | | |
| WK2 08/01 | | 1 | 8.00 | 432.64 | .00 | .00 | 54.08 | 432.64 | 8.00 |
| WK2 08/00 | | 1- | 8.00- | 432.64- | .00 | .00 | 54.08- | 432.64- | 8.00- |
| +/- | | | 100- | 100- | .00 | .00 | | | |
| SUNDAY/HOL | | | | | | | | | |
| WK1 08/01 | | 1 | 8.00 | 513.60 | .00 | .00 | 64.20 | 513.60 | 8.00 |
| WK1 08/00 | | 1- | 8.00- | 513.60- | .00 | .00 | 64.20- | 513.60- | 8.00- |
| +/- | | | 100- | 100- | .00 | .00 | | | |
| TOTAL | | | | | | | | | |
| WK1 08/01 | | 1 | 8.00 | 513.60 | .00 | .00 | 64.20 | 513.60 | 8.00 |
| WK2 08/00 | | 1- | 8.00- | 513.60- | .00 | .00 | 64.20- | 513.60- | 8.00- |
| +/- | | | 100- | 100- | .00 | .00 | | | |
| WK2 08/01 | | 0 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| WK2 08/00 | | 1- | 8.00- | 432.64- | .00 | .00 | 54.08- | 432.64- | 8.00- |
| +/- | | | 100- | 100- | .00 | .00 | | | |