September 14, 2003


FOREWORD....


What started as a written response to my evaluation and write-up has instead turned into a "purging" of things I've wanted to say for some time. I feel compelled to do so now in light of these recent events. To my chagrin, it has taken awhile to find old documents and correspondences and I kept coming across things so the time grew longer. I apologize for the length of it, but it is all necessary to show you a pattern that has continued for years.



# MONTGOMERY ADVERTISER

## Performance Review and Appraisal
### NON-EXEMPT & HOURLY

**Name:** Pat Campbell

**Title:** Classified Recruitment Advertising Rep

**Dept:** 7/7/2003

**Date of Employment:** July 1988

**Date of Review:**



GANNETT

**Management Planning**

## Performance Appraisal/Non-Exempt

Confidential

| Name: Pat Campbell | Appraisal Period: July 2002 – June 2003 |
|---|---|
| Title: Inside Classified Recruitment Specialist | Date of this Review: July 28, 2003 |
| Department: Classified Advertising | Job Date: July 1988 |

### Report on Appraisal of Job Performance:

Summarize the individual's Overall Performance in Terms of Principal Responsibilities in the Position Description:

Pat has achieved her monthly total goal 10 of 12 months. She reached 118% overall to her total goal. She achieved 156% to goal in her weekly products and 127% to goal in online. Pat's performance has demonstrated her drive to succeed at reaching her revenue goal.
Pat has done very well in meeting expectations in achieving the revenue portion of her job. However, she has demonstrated an unwillingness and general "don't want to be bothered" attitude when she has been included in training sessions. Pat is reluctant to change and will typically fight change.
Pat continues to have confrontations with her peers. She has been coached on several occasions regarding her behavior and conduct on the floor and toward her peers, as well as her disregard for department policy. In July of 2003, Pat was formerly written up regarding these actions.

### Job Performance Rating:

☐ Exceptional    ☐ Superior    ☒ Commendable    ☐ Transitional    ☐ Change Needed

1. Change needed: Not getting the job done; excessive errors and delays.
2. Transitional: Needs close supervision; new employee and/or not fully competent.
3. Commendable: Work is done quickly and accurately; total job responsibilities are met.
4. Superior: Handles job with ease and does more; beyond expected performance.
5. Exceptional: Extraordinary mastery of job skills; stands out among peers.

| 1 | 2 | 3 | 4 | 5 | Ratings |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | Timeliness of Work |
| ☐ | ☐ | ☒ | ☐ | ☐ | Technical Skills |
| ☐ | ☐ | ☒ | ☐ | ☐ | Time Management |
| ☐ | ☐ | ☒ | ☐ | ☐ | Courtesy & Tact |
| ☐ | ☐ | ☐ | ☒ | ☐ | Telephone Manner |
| ☐ | ☐ | ☒ | ☐ | ☐ | Willingness to Help |
| ☐ | ☐ | ☐ | ☒ | ☐ | Creativity |
| ☐ | ☐ | ☒ | ☐ | ☐ | Prioritizing Work |
| ☐ | ☐ | ☒ | ☐ | ☐ | Initiative |
| ☐ | ☐ | ☐ | ☐ | ☒ | Self-Reliance |
| ☐ | ☐ | ☒ | ☐ | ☐ | Seeking Responsibility |
| ☐ | ☐ | ☐ | ☐ | ☒ | Self-Confidence |
| ☐ | ☐ | ☐ | ☒ | ☐ | Punctuality |
| ☐ | ☐ | ☒ | ☐ | ☐ | Accepting Direction |
| ☐ | ☒ | ☐ | ☐ | ☐ | Work Relationships |

**Comments:**

Pat has very good relationships with her external customers, but could work harder to improve her relationships with her co-workers and other departments. Pat spends a lot of valuable selling time on personal agendas. Pat would be more successful if she focused more of her energy on growing her book of accounts.

*even worthy of comment. Let it just suffice to say that he would come closer to gaining membership in Mensa than virtually anyone else in my department.*

## CHARACTERISTICS

CHECK BOX WHICH MOST CLOSELY DESCRIBES EMPLOYEE BEING RATED

| | | | | |
|---|---|---|---|---|
| **Accuracy** | Careless; makes recurrent errors. ☐ | Usually accurate; makes only average number of mistakes. ☐ | Requires little supervision; is exact and precise most of the time. ☒ | Requires absolute minimum of supervision; is almost always accurate. ☐ |
| **Volume of Work** | Does just enough to get by. ☐ | Volume of work is satisfactory. ☒ | Very industrious; does more than is required. ☐ | Superior work production record. ☐ |
| **Job Knowledge** | Gets by with present work. Could handle related work with careful training. ☐ | Handles job satisfactorily. Has some knowledge of related work. ☒ | Handles job very well and has also handled related work on occasion. Receptive to suggestions of further training. ☐ | Extensive knowledge of own job and related jobs. Eager to learn more. ☐ |
| **Cooperativeness** | Occasionally difficult to work with. Is easily annoyed by others' behavior. Prefers to work alone. ☒ | Willing to meet other halfway. Enters into the group spirit. Reserved, unoutgoing manner. ☐ | Cooperates well with others and actively participates in the group without supervisory prodding. ☐ | Very willing to cooperate with others. Doesn't complain under pressure. Friendly courteous manner. ☐ |
| **Work Effort and Initiative** | Requires extra supervision to finish task. Is concerned mainly with doing the minimal job requirement. ☐ | Normal supervision required. Can follow a designated task through to completion. Stays in the same groove. ☒ | Diligent work habits. Needs some help at the start of the new task, then can complete it with minimal help. ☐ | Takes on and completes new tasks on own initiative. Well-defined plan for own future. Takes job seriously. ☐ |
| **Skill, Ingenuity, Aptitude** | Is uneasy about work. Requires much supervisory guidance. Needs help to solve job problems. ☐ | Average skill and performance. Performs routine tasks well. Lacks ingenuity in problem solving. ☒ | Good at seeing what needs to be done and then doing it. Does work easily and confidently. ☐ | Imaginative and resourceful in solving work problems. Shows high skill level in work handling. ☐ |
| **Punctuality and Attendance** | Irregular attendance. Takes advantage of opportunities to be late or not come in. Has had several questionable absences. ☐ | Is tardy and absent infrequently but could be more regular. Usually has a good explanation. Makes an effort to improve. ☐ | Usually punctual and regular in attendance. Always has a good reason for being absent or tardy. ☒ | Is seldom late or absent and only when it is unavoidable. Promptly reports reason to company. ☐ |

## Describe the Individual's Principal Strengths on the Job:
(Consider: Job knowledge, initiative, results orientation, innovation, problem-solving, responsiveness to change, energy, drive, commitment, etc.)

Pat is very conscientious about her work and her external customers. She has extensive knowledge of the Montgomery Advertiser and the newspaper industry as a whole. Pat has very good communication and verbal skills.

## Strategies for Development:
Strategies for Improvement. Please elaborate (Include Dates for follow-up meetings):

☒ Training
☒ Coaching
☐ Job Redesign
☐ More Time on Job
☐ Special Project
☐ Reassignment

Other Comments: Pat's vast knowledge of the Montgomery Advertiser and the newspaper industry as a whole will continue to develop through coaching and participation in training classes as they are offered. Additionally, Pat will receive one-on-one coaching to improve sales, productivity and internal customer relationships.

## Career Recommendations

### According to Employee:

What Other Jobs Interest You? Pickings are slim. Am content doing what I do. Want to continue to excel in same and make a salary representative of my years of service and effort.

What Do you See As a Possible Next Assignment? Ditto.

What Is Your Long Range Career Goal? To be able to make a decent living and perhaps one day work in a managerial or supervisory/advisory capacity.

### According to Appraiser:

Next Assignment: Same

Long Range Assignment: Same

## Employee Comments:

SEE ATTACHED

Employee Signature/Date

Completed by: (Manager/date)  7/29/03

Reviewing Manager/Date  Kate Cullvont 7/29/03

PAT REFUSES TO SIGN THIS REVIEW 7-30-03

## ON MY EVALUATION:

Attached you will find a letter to Ron Davidson that I wrote after last year's evaluation. I got as far as the evaluation itself and stopped writing. If verification of authenticity is needed, I did share it with Bonita Dennis but it was very near the time that she was going to leave work at the Advertiser. At that time I had become somewhat disillusioned about even bothering to send it and chose not to thinking it was an exercise in futility since numerous people had talked to Kathryn's superiors (both current and past) about her personally and how she was running the department and nothing (that we could note) had been done. Terry Sullivan (Ron's predecessor) did try to right some of the wrongs that Kathryn had done to me personally. He did the math on the period of time that Kathryn had not evaluated me, gave me a check in excess of $900 back pay and put me back in the position of Contract/Recruitment that I had formerly held for 10 yrs. This was not to her liking.

I will mention (in order) aspects of this evaluation that I take issue with: They are much the same as last year.

## ON THE ISSUE OF TRAINING:

A few months back Glen King did a class on value selling, I believe. I had started coming down with a cold the night before and stopped to get medicine that morning. I went to the class and remember frequently leaning my head on my left hand in a supported position. I was sniffling and really not feeling well and probably feeling a little dozy from the medicine. Glen said in a rather unacceptable tone "Pat, if you're going to stay in the class I need you to participate". I told him that I was listening and taking notes but that I really didn't feel well. Later that day Kathryn called me into her office and asked if I felt that the training earlier was a waste of time. I asked her why and she indicated that Glen had apparently come to that conclusion. I told her that I had not felt well all day and indicated that I had taken the medicine that was still on my desk. She asked why I had not stayed home. I responded that I knew she didn't like sick call-ins on Mondays and I tried not to make them if I felt I could make it through the day. She thanked me for that. I did indicate to her that I felt Glen had been totally unprofessional in the tone that he addressed me and how dare he "tell" on me. This was childish, at best and it should have been I who was doing the "telling".

Earlier, after the meeting, Thomas Taylor had indicated, "I can't believe you let him get away with talking to you like that"; as Thomas knows, I normally will put anybody in check who speaks to me in an unacceptable manner. I expect the same respect that I give people. No more, but certainly no less. As I indicated in another of these pages, there are some here who feel that they are somehow better or more superior than others. Subtle, yes, but a quick mind catches it very easily.

Note to Glen King, Co-Op Manager who held training session.

**Campbell, Pat**

| | |
|---|---|
| **From:** | Campbell, Pat |
| **Sent:** | Monday, March 31, 2003 5:07 PM |
| **To:** | King, Glen |

I can't believe you went to Kathryn or Ron or whomever about the meeting this morning. If anyone was out of line or unprofessional it was you-not me. I actually was rather proud of myself for maintaing my cool after you spoke to me in the condescending fashion that you did.  Anyway, that was really small of you. Now you have something else to tell.

1

My opinion on all these "conclusions" about me and my behavior is that they are no more than products of small and diabolical minds. Because someone concludes something does not make it so. I would suggest you pay more attention to the purveyors of this mayhem.

As far as any other training goes: I signed up for several computer classes when an insert was placed in with our paychecks months ago. Only this past week have those classes commenced.

The only other training issue that I can recall is that when we first did MASS training, Kathryn trained everybody but me. I was off on the day she trained at desks and she never quite got around to it after that. I eventually asked Brenda to teach me and she did.

Regarding my reluctance to change: I think many people fear change sometimes. The fear of the unknown can sometimes cause distress. I am only resistant to change when I can't see that what is being changed is for the better. Some things that aren't broken often don't need fixing, they just need refining.

This business of confrontation with peers: That is sheer and utter poppycock. As I told Kathryn on last year when we discussed my evaluation, "I get along fine with everybody but you". I think I relate well with my co-workers and have great rapport as well with my customers. You may feel free to call any of my usual customers and they will give you nothing but glowing remarks about how well I take care of them and how professional and personable I am with them. Linda, I believe you can attest to same when I had the occasion to work with you in the capacity of customer on last year. If I have had issues with customers, it's because I may not have given them a particular rate that they think they qualify for or that one of my co-workers has previously given them erroneously. Generally because I try to do the job right and others sometimes fall short, I sometimes have to clean up their messes by not continuing to offer an incorrect rate. Some customers end up not being too happy about paying more. As far as my co-workers are concerned, I try to exhibit perfection and professionalism in my work and often challenge them to do the same. I assert that if we are in the communication business, we need to know how to effectively communicate-period. Also, that regardless of what a customer says on the phone, faxes or emails you, it is our responsibility to make it grammatically correct and share those "suggestions" with the customer. I believe in doing it right the first time and alleviating the possibility of having numerous charge-offs, thereby costing the company money. In our quest for the dollar, we have all but completely lost the standard of excellence that should be a part of any provider of service. Please note the attached emails sent to a couple of co-workers.
I try to give them constructive criticism and tell them that they need to be prepared to do the job. Too many people simply "get by" in life. I believe you need to constantly want to get better in areas of deficiency. In other words, I've tried (subtly) to show some leadership because there was little coming from anywhere else. To sum this up, I get along fine with the people in my department and in several other departments as well. Many of the younger people and others as well often seek me for counsel. That's a huge compliment to me and how I try to relate to people. All the rest of the insinuations and outright lies suggesting that I come just shy of being a raving maniac are no more than

that. What I am "not" causes me for more grief than what I am. I am someone who is extremely intelligent, competent and confident. I speak to people and am polite (as my mother taught me to be). I am very professional in my work relationships and have close friendships with several that I have known for years. I treat everybody the same, with respect and even high regard if that is in order. What I don't do is kiss up or suck up to gain favor with anyone, nor do I respect authority if authority does not respect me or the integrity of the company that entrusts that authority to them. I pay homage to but one King-period. It is not my job to help inflate egos that lack much substance otherwise and are little more than that. I also refuse to reside in the "place" that some want blacks to stay in, a place that is comfortable for them. Numerous of those (people) are relics of the past who suffer from what I term WPS (white privilege syndrome) and chose to call my demand for respect as a person "confrontational". To suggest that my immediate supervisors could "coach" me on my behavior and professional conduct is laughable. I am too much of what they aren't and therein lies much of the problem. There's an old saying about power and money being dangerous in the wrong hands. I've never seen a truer example of that than during Kathryn's tenure.

Note; I spend more time on the issue of confrontations in my notes regarding the recent write-up.

JOB PERFORMANCE RATING:

I take strong issue with the "commendable" rating and feel that if I made 500% to goal instead of the 156% I made that it would still never be any more than commendable.

Technical Skills-I am able to perform all the technical skills necessary to my job.

Prioritizing Work, Time Management and Initiative-I think one could safely assume that I must be doing these things well in order to have achieved the success that I have. I am very conscientious about my job and how to achieve the goals set for me. I also have very high standards of excellence and wish that mindset was more prevalent among my peers and supervisors. I want to make goal and money for both myself and the company but I also care what our product looks like and it is very lacking in many respects that nobody seems to care much about. That is a constant concern for me. I have made suggestions for improvement until I was blue in the face. It was little more than wasted breath that I could have saved for the end of my life.

Seeking Responsibility and Willingness To Help-These are somewhat gray areas to me. As far as willingness to help, I have offered my services to be a back-up for weekend obits if any of the Transient Team members had conflicts and could not work. I did so because I am flexible on the weekends that I am in town and not visiting my mother. I have made efforts along the way to prod management to "tighten up" areas of rate interpretations, rules interpretations regarding acceptable abbreviations, procedures for weekly reports, and any number of others things that virtually everyone on the floor does a different way. Issues abound when customers are given different rates for the same type of ad by different reps. If we can ever get to a point where we all do the same thing the

same way, we would come across far more credibly to our customers. My suggestions for improvements are taken as personal attacks and I am deemed "difficult to work with" when I suggest things that aren't being done that need to be. My feeling is that I bring what I need to bring to this job and more. Others don't bring enough and the fact that I am so keenly aware of what they don't bring seems troublesome to them. I have never been one to accept being average IN ANY RESPECT. It is very simply not good enough for me. That it why I will never sign an evaluation that is not an accurate portrayal of how I do my job.

Accepting Direction-Please, Please, give me some! I promise, I'll take it.

Comments Section: I have no idea what the comment about a personal agenda is about. On the matter of growing my book of accounts, I only had about 30+ accounts when my new book was made some 3 ½ years ago. I have grown it to over 200. I think that's pretty damned good growth most especially since Kathryn was initially supposed to give me some accounts from my previous book (71), then and currently held by Ed Smith. It never happened.

Regarding my raises/hr. wage level:

Up until last year I was under the assumption that raise levels were standard. I only then came to know that there was a range. At that point it became clear why my evaluations never seemed to reflect my performance. I also came to know that there were at least two people making more on the hour than myself and my performance (goal wise) had been better than both in the last several years. At one juncture, one person was making 41 cents more. I was completely dumbfounded to learn that. I submit to the both of you, I think I am one of the brightest stars in the Classified Dept. and I should certainly be at or near the highest hr. wage level. Since I know that I am not, I can only attribute that as well to Kathryn's machinations and absolute refusal to be fair. We all started at the same $8.50/hr. approx. 4 ½ yrs. ago. My level of performance has been consistently good and your records should indicate that. Only when I made the comment on my self-evaluation this year did that level change somewhat. I am asking that you please review hourly wage levels in my department and bring me up to the point where I rightfully should be.

These are two e-mails to co-workers regarding errors I noted

The first was to Valerie regarding an obituary where she had used the word formally (Mr. John Doe, formally of Trenton, N.J.) instead of formerly. When I noticed that it was running again the next day, I brought it to her attention so that she could correct it. She commented that the funeral home had sent it in that way and she just typed what they sent in. I told her that it was our job to make it right before it hit the paper and thereby avoid a charge off.

With Cornelius, he had simply put an incorrect abbreviation in for the word management.

Regarding things like this: I feel it is my responsibility to help people when I can. I don't try to embarrass them or anything, I simply try to impress upon them that it is important to get it right and to be conscientious about their work. I believe in doing it correctly and wish that sentiment was shared. We are the major newspaper in town. We need to get it right.

**Campbell, Pat**

| | |
|---|---|
| From: | Campbell, Pat |
| Sent: | Tuesday, July 08, 2003 9:06 AM |
| To: | Adams, Valerie |
| Subject: | RE: OBIT |

Thanks. Just so you know I wasn't trying to be critical. I've done the weekend obit thing too so I know exactly what you mean.

-----Original Message-----
From:    Adams, Valerie
Sent:    Monday, July 07, 2003 3:51 PM
To:      Campbell, Pat
Subject: RE: OBIT

I appreciate you wanting to keep a professional attitude about the place.  When I do obits - as I had last weekend - completely loaded - I'm typing them as I see them - sort of going on "auto pilot" if you will.  If I had the time there are many errors - spelling & grammatical that need addressing however I was swamped.

-----Original Message-----
From:    Campbell, Pat
Sent:    Monday, July 07, 2003 3:44 PM
To:      Adams, Valerie
Subject: OBIT

Please don't get me wrong about my mentioning the misspelled word. I just have a thing about accuracy and professionalism in my work. I get incorrect faxes ALL THE TIME. I don't print them the way people send them in if they are not correct; that's part of our job.  We are in the communication business and it is our job as professionals to make it right if it isn't. I used to do obits also and most of the people who work at those places are not rocket scientists. Since people usually save obits and are also quite upset if they are done wrong, I was just noting this in case it was to run again. We all make mistakes on occasion. Me too!  I'm more than glad to hear constructive criticism if I mess up. The reader blames the newspaper-not the funeral home. I hope you understand where I'm coming from because you seemed to have taken my comment personally.

1

**Campbell, P: 1**

From:
Sent:
To:

Campbell, Pat
Thursday, March 27, 2003 10:50 AM
Jones, Cornelius

On the ad the lady called about killing, I was curious about your abbreviation for management. I believe it is mgmt. Please check.

1

# MONTGOMERY ADVERTISER

**200 WASHINGTON AVENUE • P.O. BOX 1000 • MONTGOMERY, ALABAMA • 36101 • 334-262-1611**

**MEMO**

**7/2/99**

**TO: Kathryn**
**FROM: Pat**
**RE: Bonus Sheets  1998**

As you may recall,  I requested of you  several months ago copies of my bonus sheets for 1998. You told me that you had them from June or July forward but you never did give them to me. I requested same from both Fred Villacampa and Jill but to this day have not received them. (Fred did provide Feb.-April, I believe). All I need is the copy of the front of them. While I am away, please get them for me. After all, for one who wants everything turned in in a timely fashion, you've been much like the shoe salesman on this one!

Thanks,

P



GANNETT

Sept. 3, 99

Learned that Kathryn had
adjusted goal for Laura
Hicks who had come back
to Classified after having
failed in position in Retail
Adv

This is the 3rd incident
of goals being changed for
Subordinates.

Jan. 30, 1998

Learned that newly hired employee Jonathan Villacampa (Human Resources Director's son) had a Jan. quota of $12,000+ that was later lowered to $8,000+.

I am in the same capacity as Jonathan but was given a quota of $19,950 — same as 2 other Black workers (one of whom is also a "new" employee). There remains still ~~this is~~ the ever present + not even subtle stench of racism. at every turn — around every corner.

This is a goal sheet from March of this year. As mentioned before, this was one of the many times that I ONCE AGAIN asked how the goal was derived. This after speaking with Brenda as to how her goal had been explained. I used the same formula Brenda said she was told and the numbers did not come out the same as Kathryn's. When I pressed her about the "formula" not working on my numbers, she changed them.

On one occasion I was told that the goal was derived by taking your Advertiser goal from last year, applying the + or – for the month according to corporate (?) and then adding the SBO's and product goals (which were changed on a whim and often new revenue). This, however, never worked any two months in a row.

# Inside Sales Bonus Worksheet

**Name: Pat Campbell**  *Period: 3/03*

*30,897*

| Revenue Goals | Actual | Goal | Variance | Variance % | Bonus Earned |
|---|---|---|---|---|---|
| Individual Goal | 34,753.01 | $32,866 | -$32,866 | 113 0% | |
| Adjustments | 28.04 | | $0 | #DIV/0! | |
| TOTAL | #34,628 $0 | $32,866 | -$32,866 | 0% $ | 1,200 |

*-259.66 KUDOS $*

| Product Goals | Actual | Goal | Variance | Variance % | |
|---|---|---|---|---|---|
| Advertiser | 30,706.68 | $27,108 | -$27,108 | 0% | |
| Hot Ticket | 26,188 | $100 | -$100 | 0% | |
| News Record | 132.04 | $200 | -$200 | 0% | |
| Prattville Progress | 1,416.32 | $1,458 | -$1,458 | 0% | |
| Dispatch | 43.14 | $100 | -$100 | 0% | |
| Online | 1,890 | $1,500 | -1500 | 0% | |
| Business & Service | 396.04 4,823 → | $1,850 | -1850 | 0% | |
| Job Source | 538.00 | $550 | -550 | 0% | |

| Sales Rep of Month Contest | | | | | |
|---|---|---|---|---|---|
| Total Revenue | Actual | Goal $32,866 | Variance | Variance % | Bonus Earned |
|  |  | 30,697 -$32,866 | -$32,866 | 0% | |
| Weeklies | 258.43 | $1,858 | -$1,858 | 0% | |
| Online Revenue | 1,890 | $1,500 | -$1500 | 0% $ | 189.00 |
| Ad Count | 4,536 | 453 | -453 | 0% | |
| New Active Accounts | 2 | 2 | -2 | 0% | |
| Contracts | 6 | 2 | -2 | 0% $ | 150.00 |
| Call-Backs Attempted | 100.45 | 3 | -3 | 0% | |
| ADQ Dollars | 28.04 | 95% | -$1 | 0% $ | 200.00 |
|  |  | $200 | -$200 | 0% | |

| Other Sales Goals | | | | | |
|---|---|---|---|---|---|
| Careerbuilder Job Packs | 5 | 3 | -3 | 0% | |
| Online Upsells | 126 | 80% | -0.8 | 0% | |

| Additional Spiffs | | Bonus Earned |
|---|---|---|
| Quarterly | | |
| Achived 123% | | |
| OVER Quarterly (5%) | | $400.00 |

*Total Bonus*   #4695   $0.00

| CAM | Ad Director | Controller | Publisher |
|---|---|---|---|



*1141.77*

*$ 1030*

## Inside Sales Bonus Worksheet

*Name: Pat Campbell*

*Period: 1/01*

*Kathryn*
*Should this*
*Goal have been*
*$23,532 ?*

*or*
*111%*

### Revenue Goals

|  | Actual | Goal | Variance | Variance % |
|---|---|---|---|---|
| Individual Goal | $26,316 | $24,814 | $1,502 | 106% |
| Adjustments |  |  |  |  |
| TOTAL | $26,316 | $23,532 | $0 | #DIV/0! |
|  | $26,316 | $23,532 | $2,784 | 112% |

### Product Goals

|  | Actual | Goal | Variance | Variance % | Complete? |
|---|---|---|---|---|---|
| Advertiser | $25,335 | $20,512 | $4,823 | 124% | Yes |
| Hot Ticket | $48.05 | $100 | -$52 | 48% | No |
| News Record | $69.58 | $100 | -$30 | 70% | No |
| Prattville Progress | $508.18 | $200 | $308 | 254% | Yes |
| Dispatch | $0.00 | $180 | -$100 | 0% | No |
| Online | $270.00 | $2,520 | -$2,250 | 11% | No |
| Special Projects | $85.00 | $2,500 | -$2,415 | 3% | No |

### Sales Rep of Month Contest

|  | Actual | Goal | Variance | Variance % | Bonus |
|---|---|---|---|---|---|
| Ad Count | 708 | 886 | -178 | 80% | No |
| Active Account | 48 | 44 | 4 | 109% | Yes |
| Contracts | 6 | 6 | 0 | 100% | Yes |
| Call-Backs | 2493 | $21,455 | -$18,962 | 12% | No |
| ADQ Dollars | 0 | $500 | -$500 | 0% | Yes |
| Online $10 upsells | 17 | 17 | -10 | 70% | Yes |

### Level Earned

|  | Revenue % | Bonus |
|---|---|---|
| Level One | 112% | $1,200.00 |
| Level Two |  |  |

### Spiffs

|  | Bonus |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total Bonus | $1,200 |

_____
Ad Director

_____
Controller

_____
Publisher

*This wouldn't affect the payout*
*but it will make a*
*difference on the quarterly*
*totals won't it?*
*Let me know*

Regarding the Performance Notice of 7/11/03:

On the "incident" with Shalawn: This "loud, verbal confrontation" consisted of one sentence each. On that occasion, Jennifer was doing a sales contest and had 10 tickets to the zoo. She said that she would give 5 tickets t o2 winners of contests. I suggested that she give 2 tickets of 5 winners and that way we would have more winners. Shalawn said "why don't you just go somewhere and sit down! I retorted, " why don't you stop being so selfish?"  End of story. A day or two later, Jennifer called me into the office and said that type of outburst on the floor was not acceptable. I thought it rather trivial so I suggested to her that those of us who have known and interacted with each other for several years often have little spats much as brothers and sisters would do. There was no love lost and neither Shalawn nor I had thought any more about it. We in the black community often chide each other this way and call it keeping each other in check. In other words, making sure that we don't get "too big for our britches". There was no harm and no foul.

On the "incident" with Cornelius:  On this occasion, Jennifer was sitting and working at Holly's old desk next to Cornelius. We were having a conversation and during the course of the conversation he said, "I could do wonders with your book".  I looked at him incredulously (since I have made goal every month) and said, "you can't even say your own name right". Jennifer said, "alright you two". It is an outright lie to say that she told me that that kind of behavior could not be tolerated. There were no ensuing conversations about that. Again, two sentences spoken; neither initiated by me. No one overheard the conversation but the three of us. It wasn't loud nor was it an argument. It happens that Cornelius almost always has to repeat his name to customers because he mumbles so; this from the salesperson of the month for the past 5 months. (see attached email regarding same)  It is worthy to note that since that time he takes care to enunciate a whole lot better.

On the issue with Joe:  It is again an outright lie to have been accused of trying to steal an account. I am the main one in the department who has tried to implore others to be honest in their dealings and to not seek a dollar at any cost. Many had turned to unscrupulous means since dollars were so hard to come by.  I figure it its meant for you, you'll get it. With that account I typed in the phone number and it didn't pre-fill in the system. I went about setting it up as a new account. I find it odd that this accusation came from the very person who has repeatedly stolen faxes from the fax machine after we had been admonished not to go near it. See accompanying email. My guess is that the golden boy doesn't have any such write ups in his file.

Now to the coup de grace:

This is the one that brought me to tears and caused knots in my stomach for several days thereafter. On the issue with Beth: I received a call from Ron at AL Orthopaedic (my account) asking if I would take care of an ad for him and fax the proof to someone in his office as he was to be on vacation for the entire week. Upon receiving the ad I noticed

that it was a retail ad. After looking it up to see who to forward it to I noticed that Beth was the retail rep assigned the account. I remembered immediately that just several weeks ago I had seen ads running in the Health magazine for Alacare, which is my account. (Not being an avid reader of that section, I had not noticed it earlier) I considered it turn about fair play to show Beth how it felt to have someone sell your account. Also, to bring about dialog as to why some in the classified section could run ads in retail and others could not. I never expected to be able to count the revenue. We have always been told that retail accounts were "protected" but that same respect was often not given to our accounts and it didn't seem to worry Kathryn too much. I had brought up incidents before regarding Milt and Aventis Bioservices, the New Horizon account, Joe Scott Motors and a couple of others. With Aventis, though not a large account by any means, they were spending approx. $400 per month. Milt sold them in one of the weeklies for $40 a week and they stopped running their newspaper ad. I had a goal for the account but lost it because someone else called on them and sold them something cheaper. Also, the company lost $240...Had some parameters been clearly defined, perhaps the incident never would have occurred. Secondly, I wanted to understand why I could not run a retail ad for my account when others in my department had on a regular basis. Examples: Thomas was allowed to run an ad for Air Flow Awning in retail on a contract; Brenda has been allowed to run a once yearly non-employment ad in retail for at least two years; when Sherry Herring was in Classified, she was allowed to run ads for South College in retail that were not employment oriented. When I tried to do the same for New Horizons I was told that it was allowed because they were not on a contract. It didn't seem to matter that other such bulk contracts like Jackson Hospital and Baptist Hospital had both Classified and Retail reps??? Again, special considerations for "certain" people. The two references to "department policy" become meaningless because I DON'T KNOW WHAT DEPARTMENT POLICY IS. It depends on what day it is. Whatever is good for the goose should be good for the gander as well.

To get to the most hurtful part of this saga: Jennifer said in her write-up that "in a confrontational and threatening manner" Pat called Beth...My first question is, how would she know what manner I used if she did not hear either conversation? When Beth called me that morning to inquire about the ad, I told her that I had ordered it and explained why I had. I mentioned the Alacare account and pretty much stated what I said earlier about how Retail reps seem to have no regard for calling on our accounts and that we were not at all clear on our side as to the parameters regarding weeklies or special products. It was not at all a bad conversation. I mentioned to her my concerns about there not being clear parameters that everyone followed. I told her it had nothing to do with her personally and that I had nothing against her. I think I even recall saying that I liked her. After we talked a few minutes, I told her that when I got the proof, I would let her know. She gave me the cell number to call her when it was ready. We had talked, she was to get the ad and that was it as far as I was concerned. A couple of hours later Jennifer called me in to talk and asked what had happened about the ad. I told her all of the above. Was I irritated that Beth had seen a need to carry this further? Absolutely. We had a gentlewoman's understanding about the matter and I thought it over. I called Beth and said, " What happened Beth? I thought we had worked this out this morning? She replied, well, "I just talked to Ron about it". I said, oh, alright, that's all and hung up. Was it

sarcastic? Yes. Threatening? Absolutely not! I did not say "obviously not". If I had, I would have been both asking and answering the question. To say that this was either confrontational or threatening is a far stretch and while I take issue with the write up itself, I take greater issue with the strong language used. Why Beth thought his conversation to be threatening is something maybe she can explain. I certainly cannot. I can only tell you that she likely was operating on some conclusions she must have drawn about me from things others may have pumped into her. I have no control over the machinations of some of the small-minded people who work here. All I know is I've never been anything but pleasant to Beth. From the way this write-up reads, it's as if I am some raving maniac ready to go off if someone pushes the wrong button. I can honestly tell you that there is no button that ANYBODY could push to make me do anything harmful to anyone. This is a bad rap and has no place in my personnel file as it is totally baseless.

On the issue of the write-up of Feb. 2003:

As I recall, I asked to speak with Kathryn on the Thursday prior to this date. As anyone who really knows me will attest, I have a proclivity toward being brutally honest and frank in assessing any situation of which I am a part. This has on occasion cost me dearly but It is the only way I know to be. As far back as that, I have had problems with the way Kathryn was abusing her authority. At that time most of the instances of questionable behavior came along racial lines. I very pointedly told her of several instances where it was the perception that people were being treated differently and I didn't feel that was fair. I was very honest and very sure after the conversation that she was not happy with the things I had to say. I simply told her these things were on my mind and I needed to discuss them. There was no argument, no raised voices, nothing. She denied the accusations. She was off from work the following day. On the ensuing Monday, I was called down to HR and given a write-up. I was in total shock. Kathryn totally blew out of proportion a couple of incidents that were portrayed totally out of context. Mind you, if they had been major she certainly should have either discussed them with me or written me up about them prior to then. I think one of the things she mentioned had happened months earlier. I knew instantly that this was "payback" for having dared to question her. After she spoke and I began to tell Fred (Villacampa) my side of the story, he shook his head back and forth (in the negative) as if I was lying. I told him if he was already inclined to not hear my side of the story or believe it that I might as well stop telling it, which I did. From that day forward I had no more respect for him. This was one of many instances over the years that I had personally experienced the "wrath of Kathryn".

I feel that this whole issue was blown totally out of proportion and I certainly do not deserve a write-up for it. All I did was react to a situation, not overreact. I am human. I do get mad. For Jennifer to even refer to those conversations with Shalawn and Cornelius as if this is some "ongoing" problem is simply not the truth. Further, if there was no write-up and no occasion for either of them to have further mention of those conversations in any written form, then they certainly should not be mentioned in a write-up to try to make a case against me. To let Jennifer or Kathryn tell it, it's as if I'm out of control and that borders on the ridiculous. There is one among us who is out of control

but it certainly is not me.   My request is that the write-up be removed from my jacket as it is not warranted.

# FAX COVER SHEET

## ALABAMA SCHOOL OF MATHEMATICS & SCIENCE
### DANIEL LEONARD
### TELEPHONE: (251)441-2159
### FAX: (251)441-2194

**TO:**  Pat Campbell

**FROM:**  Montgomery Advertiser

**FAX #:**  334-261-1502

## PAGES INCLUDING COVER SHEET:  3

Please complete the attached W-9 form and fax back to me so that we can set the paper up as a vendor in our state accounting system. Also, when sending our bill, we will need a tear sheet to accompany the bill.

Thank You

Daniel Leonard
Director of Finance

## ON THE ISSUE OF RESTRUCTURE:

This change causes me distress for a number of reasons. The biggest of which is why we even have a need to do it. When Kathryn Mount went from an interim classified manager to manager, nothing much was as it had ever been before. We had two distinct teams that had two distinct sets of duties. The transient team basically did all transient ads along with duties of obits, weddings and legals. The recruitment team did recruitment ads. Anyone answering an incoming call would handle the call or transfer it to the appropriate team. Somewhere along the way, the transient team began taking employment ads and later became a "cutthroat" affair. So much so that from mid summer of 2002 through present, the "employment" team gets NO FAXES from new customers and are not on the fax rotation. They are rotated among the transient team??? On the phone rotation, we get incoming calls ONLY if none of the four transient lines are open??? The ONLY way that we get to "develop" new customers is if we are lucky enough to get 1 or 2 calls a day after all transient lines are busy. While I understand that my job includes soliciting business as well, it is mostly an upward climb to call a business to see if they need to hire anyone that day. The company has been adversely affected in that the transient team members generally give the customers exactly what they order, rarely selling them into weekly products and/or online. It then becomes a difficult task if a recruitment team member gets a call to renew that same ad and is not able to upsell the customer. At that juncture, they usually don't want to pay a penny more than they did the time before.

In my estimation, the only thing that needs fixing is that we need to be able to do all employment advertising since that is our job and we need to situate the incoming fax machine in an area that we will not be allowed to be in. Elementary, yes, but necessary after some co-workers continually choose not to abide by floor rules.

Some of the things mentioned thus far have included (1) dividing us into specialty areas (medical, education, etc.); assigning all new accounts by divided alphabets; converting the 076 (non assigned) accounts to salespeople; leveling out account books, etc. In my thinking, all of the above would provide a unique set of problems to include:

- Transferring accounts from one rep who made revenue on them during the current year to another rep with the chance that there will be less to no activity in the future; thereby saddling them with additional revenue to make up.
- If accounts are to be assigned by alphabet, it cripples my ability to be aggressive at contacting and establishing rapport with possible new businesses in the market before someone else does. It is too confining. Also, if a rep is the first to have contact with a new business by virtue of a call in and it is a potentially large account, it seems unfair to have to give it up to someone else because it is their alphabet. Most especially since we have people who spend hours a day on personal phone calls. If your line is tied up and you don't get any leads then you don't deserve any. If they will be given to you anyway because of an assigned alphabet then, to me, that's to easy. Too many elements of this are too confining

and it will not help all that is already wrong. It is far too controlled and would hinder initiative.

- 
- On the issue of leveling out accounts. Here are the problems I have with that: About 3 or so years ago when I came back to the employment team after a "forced" 1 year hiatus, I was given only about 30-35 accounts to start. I have since grown that book to over 200 accounts. At that time, Kathryn told me that she would be giving me some accounts from book # 71 which was my previous book. It never happened. I think I have done a great job at making lemonade of the lemons I was given in that deal. Since that time, which coincided with the beginning of our Salesperson Of The Year awards, I had the highest % the first year but Kathryn said I lost out because of my performance in weeklies??? I won the second year and was in the top three this past year with an honorable mention. Now that I have made that book successful for both myself and the company, I'm not anxious to see it tampered with, most especially since I don't trust the process for all the reasons mentioned throughout these pages. It is my hope that Ron will have a deep interest in looking at all aspects and ramifications of what is proposed, especially since one of my co-workers is offering up a few too many "solutions" to the problem-solutions that will make his life better since he has not made goal very often this year. After making goal 16 of the last 20 months, I will have serious questions if all of a sudden that is adversely impacted by something completely out of my control. To be honest, it is almost too broken to be fixed so I would implore you to have great insight into the recommended changes.

Email to Kathryn regarding the Salesperson of the Month award. This after Cornelius Jones had won the award for the 5th or 6th time in a row. My concern was that I had made goal every month for the year as well as 8 times on last year and never once got SOM. It just seemed really strange. The very same thing had gone on last year with Joe Howard. In my heart I felt that she was skewing the numbers to fall any way but my way. The monthly results were rarely put on the board for us to see unless someone repeatedly requested them. That remains the same. August is nearly over and we still don't have the SOM results posted for July.

**Campbell, Pat**

| | |
|---|---|
| **From:** | Campbell, Pat |
| **Sent:** | Tuesday, June 03, 2003 12:58 PM |
| **To:** | Mount, Kathryn |
| **Cc:** | Jensen, Jennifer |

For several months I have had the question as to why my ad count is so high. Isn't that supposed to reflect the previous year's totals as well?

Additionally, I still have problems with the Salesperson of the Month criteria and point system. I feel that some of the criteria should either be changed or deleted altogether. With the call rotation as it is, some people stand to fare better in some areas than others (by virtue of that) and I think that explains to some degree how some points come out consistently higher. It's not because they're "hungrier" or any more talented or capable than anyone else. There is a decided edge and I would very much appreciate your ability to see and change that. I made goal 7 or 8 mos. last year and have been consistent this year as well but have yet to get a SOM. It's one thing to earn something, it's quite another to be handed it on a silver platter. There is nothing personal about this. It's simply a matter of fairness. I get kinda tired of seeing people pumped up to be this or that with little else other than those "questionable" numbers to lend credence to same. In addition to making numbers, what about professionalism all around? What about knowing how to speak correct grammar on the phone? What about knowing how to spell and have good grammar/sentence structure on written communications as well as ads? The list goes on. There is a very small standard of excellence regarding any and everything but dollars. The real success happens when we have a quality product produced by quality people and not some who are just plain lucky and get by with far less than the total package.

1

**Campbell, Pat**

From:         Campbell, Pat
Sent:         Tuesday, July 08, 2003 3:18 PM
To:           Mount, Kathryn
Cc:           Jensen, Jennifer
Subject:      SOM

Regarding the Salesperson of the Month: When we met you asked for some suggestions. I've run it thru my head several times and I've come up with a couple of things you may consider. All I know is something needs to be adjusted and it should not be contingent upon the whole commission program changing if there are obvious problems NOW. These are the areas of concern:

Ad Count- Cornelius has two obvious advantages in this area. Both tha Ala-Scan ads as well as his taking the majority of the other transient ads. We take **very few** transient ads on the overflow calls. That category needs to be deleted altogether as it is not one that can give points fairly.

Contracts-Since there are few contracts signed and rare that anyone gets 3 in a month, perhaps you should consider giving points (1 or 2) for any contract signed.

New Accounts-as with several of the other areas, Cornelius has more of an opportunity to set up billing accounts for customers because of the sheer volume of calls answered and customers dealt with. No points should be given for overage. You either make the goal or you don't.

Since revenue is what this is all about in the end, I feel greater emphasis should be placed on the % over goal and only the 3 highest should get points; especially since this used to be the ONLY criteria.

There should also be something like "stellar" points awarded if anyone accomplishes something out of the ordinary during a particular month. The stellar accomplishment could be awarded with points as well.

Kathryn, these are just ideas off the top of my head. Perhaps with your own (and Jennifer's) as well as other input from staff maybe something better could be devised. As it now stands, too many variables tend to tip this thing one way and that is simply not fair to continue with these obvious problems. For someone (anyone) to win this 5 or 6 times in a row implies that it needs looking at. Of course I am unhappy about it because I have made goal every month and not gotten "the prize" even once. The same held true for last year as well. I am doing and have done a stellar job and I'm tired of seeing people who do no better being built up as something they're not because the process needs fixing. That's not fair to me. We all need to feel a little special sometimes and I'm past due! And, as always for me, overall standards of excellence should apply. If you cannot spell, form grammatically correct sentences, enunciate clearly when communicating with customers as well as speak correctly, then you're not a star and you should get no prizes. PERIOD. In my thinking, more emphasis should be placed on other tangible things that can be noted.

Thanks

1

July 25, 2000

TO: Terry Sullivan
FROM: Pat Campbell
RE: Issues

Terry,

I am going to mention just a few things so that when we have our "one-on-one" we can discuss them and you'll have them in writing (hopefully) for future reference:

## GOALS:

This is a thing that I have asked on numerous occasions to have explained to our team so that we could have a better understanding of how goals are derived and how they change from month to month. We have been promised info/education on that but it has never happened. I think if one is paid on commission, the very least they should know is how the goals come about. Mark Logsdon said that there was no secret about it and we could have a meeting for that purpose, yet it has never happened. I have asked Kathryn on at least 3 other occasions over a 6 month or so period and have yet to have this explained. It would help me to know that there is a formula for computing goals and that they are not just off the top of someone's head. My understanding is that they are based on last year's numbers plus a percentage, but I don't know. The issue most recently came up again a week or so ago when I sent Kathryn the attached memo. (#1) If you will, please note that the previous goals for the first 6 months ranged from $24,875-$27,875. (#2) The goal for July was over $37,000. I think that certainly deserves some kind of explanation but we have gotten none to date. I asked for a meeting along with Terry Reagan but nothing more has been said about it. (#3) Please also ask me about Kristin's goal for July.

## COMMISSION PLAN:

I have heard from others that you are reviewing the commission plans. I truly hope that you will come up with something that allows us to make a decent amount of money when we make and exceed goal. The present plan leaves MUCH room for improvement. Most especially on the Transient side. We work very hard for this company and my personal opinion is that we are not properly compensated. I feel also that there should be some distinction in hourly wages for employees who have seniority here.

## VACATION TIME:

Please read paragraph 2 of the memo from Mark Logsdon. (#4) This is all great. But wouldn't it be ever so wonderful if we could take our vacation time when it best suited our needs? It doesn't help much to have vacation time if you can't take it when you want or need it. The policy of scheduling only one person off on a given day is totally unreasonable. Our contract and transient teams work totally independent of each other.

When someone is out on either team, their team members help their customers. We do not do contract ads, they do not do transient ads. Yet, we cannot schedule one person from each team off on the same day. This makes ABSOLUTELY no sense and severely limits the days we can schedule off. Also, the policy of limiting days off to 2 in Nov. & Dec. is also absurd. That is a busy time of year for Retail but not for Classified. It is also our slowest time of year. It therefore makes no sense that we be under the same stringent regiment as Retail. We could easily have much more flexibility and not adversely affect how the department is run. Some people enjoy summer vacations. Others of us have family reunions at Christmas time and would prefer to take OUR vacation at that time. Since scheduling is done by department and is not company wide, I ask that you please look at this and allow more flexibility where you can. You will find that much of what Mark Logsdon did was not necessarily for the good of the company, but was at best just mean spirited.

## FILLING VACANT POSITIONS:

I have some concerns about the way vacant positions are filled within our department. Occasionally a vacant position will be announced as open by Human Resources. More often, Kathryn simply "chooses" whom she wants to fill certain positions that become open within the department and does not allow for the application process.

## FREE ADS/WEEKEND OBIT HOURS:

I do not believe that the free ad program should allow for those ads to be taken on Fridays, which is our biggest money day. There is the danger of tying up the lines with no revenue calls and missing revenue both for the company and ourselves. Kathryn does not agree but it seems a wise business decision to me. Also, we take free ads when working obituaries on Sunday and the ads can't even run in the paper until Tuesday. They could just as easily be put in on Monday and we could then give our full attention to doing obits. Also, the former hours for weekend obits were 9-1 Saturdays and 2-4 Sundays. Mark Logsdon changed them to 9-4 Saturdays and 2-5 Sundays. The original hours were more than enough time to accomodate obits. We hardly get 10 other calls during the whole day which makes for a very boring day and a complete waste of time. Additionally, we have to take regular days off to compensate for the weekend time. The concern is that we miss possible revenue being off a full day when obits can be handled in 3-4 hours.

## EVALUATION:

I am due an evaluation since November of LAST year. I have asked Kathryn on no less than 3 occasions about same and have still not been evaluated. There is absolutely NO excuse for this.

## TEAMS/COUNTING TRANSIENT REVENUE:

See attached (#5).

This is a copy of my self-evaluation regarding my raise levels. It is important to note that the raise was better than previous ones but I am still not where I should be as relates to how well I have done my job and met the expectations given me.

**Describe the Individual's Principal Strengths on the Job:**
(Consider: Job knowledge, initiative, results orientation, innovation, problem-solving, responsiveness to change, energy, drive, commitment, etc.)

**Strategies for Development:**
Strategies for Improvement. Please elaborate (Include Dates for follow-up meetings):

☐ Training
☐ Coaching            Other Comments:
☐ Job Redesign
☐ More Time on Job
☐ Special Project
☐ Reassignment

**Career Recommendations**

**According to Employee:**

What Other Jobs Interest You?

What Do you See As a Possible Next Assignment?

What Is Your Long Range Career Goal?

**According to Appraiser:**

Next Assignment:

Long Range Assignment:

**Employee Comments:**

I, feel that my work has been exemplary over the past year. I have made goal every month thus far this year and I believe 9 month on last year. I have picked up on weeklies, which needed more attention, as well as become more computer literate and proficient. I ask that I be given

Employee Signature/Date _____

Completed by: (Manager/date) _____

Reviewing Manager/Date _____

an increase that is reflective of same. My raises have, for the most part, seemed at or near the minimum. I've never quite understood why.

This is a memo to Terry Sullivan (Ron's predecessor). This is just to show how the issues of today are not new issues. They have been there since the beginning and it seems to us that Kathryn is answerable to no one. It seems that same way to her as well.

This section has to do with vacation issues and something of a "come to Jesus" note that I wrote to Kathryn on last year. It describes how things were (I guess from my point of view) and how they remain today.  You have only to call people into your offices, make them feel that they can speak honestly without fear of retribution and I guarantee you will hear these same things over and over again. Trust me, this has been some ride and it has taken its toll on many of us. It's far more difficult than the job itself.

Contained herein you will also find evidence of the vacation policy being broken. I make reference to the fact that Shalawn Williams has been scheduled off on 3 dates that tie-in with holidays and has taken two of them. She was scheduled off on the day after Labor Day but gave that day up to Valerie. I later noticed that she is as well scheduled off on the day before Thanksgiving. (See highlighted calendar).

If asked, Kathryn will likely say that Jennifer handles the vacation calendar; but please know that she would not turn that over entirely to anybody. She is aware of and approving of any dates there. To not be would be losing some authority and a chance to make someone miserable.  She put far too much work in crafting it so as to not be pleasing to us. We sit around at Christmas and Thanksgiving with a near full house and no work to do. The floor could easily be handled  by 3-4 people there is so little going on.

## ON THE ISSUE OF GOALS:

Perhaps the most serious and far-reaching of Kathryn's behavior has been her changing of goals for people in her favor. This goes back to the beginning of her tenure and has continued for years. Also, if there are leads that are generated through her via phone or elsewhere, she will selectively give them to certain people rather than throw them in a hat or have a posted rotating lead list. There is rarely an instance of anything being fair or unquestionable and when that has been suggested often some dark fate awaited you for daring to do so.

While I am concerned about mentioning names and incidents in this matter, it is necessary to site them in order to lend credence to it. I may divulge things that were said to me that were not common knowledge but, at this point, I have no choice. It in no way reflects on my co-workers. The wrong lies with Kathryn and her choice to juggle numbers as she saw fit without regard to company policy and other members of the department. In no way is it acceptable to adjust one or two people's goals and not adjust goals throughout the department. That's too much power for anyone who does not own a company. It means essentially that she had the power to determine how much money one would make by adjusting goals. If they were consistently high, your chances for making overage percentage would be diminished. Conversely, if they were consistently lower than previous years' numbers, then certain people had the capacity to make more money. The stated policy (see attached) says that goals can be adjusted if a company is no longer in business and is at least 7% of your overall goal. There has been no written or verbal notice that it changed and therefore, any adjustments outside those confines are, in fact, contrary to policy. Technically, you are responsible for the numbers from last year (that you may have received bonus on) plus any percentage increase as designated by the company. If your numbers don't match in the ensuing year, that's the nature of the sales game. You simply have to get it from elsewhere. With the war and the economy having been major factors in dollars for the year, it was incumbent on the company to make adjustments department wise if they so chose, but not for Kathryn to make individually as it suited her and that is what happened.

I am attaching copies of notes from several years back regarding this same activity. You are welcome to see the originals for authenticity purposes. Initially these "favors" were along racial lines. Later, the make-up of the inside team was mostly black.

I have knowledge of Kathryn having changed goals for Brenda Jackson on at least 3 or 4 occasions in the past year or so. I also have knowledge of goals having been changed for Thomas Taylor on at least two occasions. I expect there were probably others. Most recently (July), Brenda's goal was decreased by an approx. $15,000 (for AID Training) without meeting the established criteria. That cannot be justified. And, in an unusual occurrence, we were all given a REVISED goal of –8% 3 days before the month ended. This directive was from corporate per Kathryn.

Early in the month of July, I asked Kathryn to discuss goals shortly after they were passed out. Once again, the formula that I thought I understood did not seem to pan out.

This was a note to Kathryn regarding a goal adjustment. I figured since goals were so frequently adjusted for others that I would request one as well since this one account made for 34% of my overall goal.

Please note our exchanges at the top.

**Campbell, Pat**

| | |
|---|---|
| From: | Mount, Kathryn |
| Sent: | Wednesday, April 17, 2002 5:52 PM |
| To: | Campbell, Pat |
| Subject: | RE: Tallassee Healthcare |

I'll discuss with Ron on Friday am and get back with you. They are not Out of business, just not advertising correct? Correct. Just as with Winn Dixie and some national accounts that you made adjustments for.

-----Original Message-----

| | |
|---|---|
| From: | Campbell, Pat |
| Sent: | Wednesday, April 17, 2002 6:27 PM |
| To: | Mount, Kathryn |
| Cc: | Spencer, Jeannine |
| Subject: | Tallassee Healthcare |

Please take a look at making an adjustment to my goal for Tallassee Healthcare. They advertised $10,365 on last year and make up approx. 34% of my goal. They have not advertised in 6 months and will not be advertising in our market anymore. The Director of Nursing, Bessie Morris, has indicated that the applicants from our area have never stayed on the job any longer than 3 months; that they usually work there only until they can find jobs in Montgomery that usually pay more and does not require travel. For that reason, they don't condsider it cost effective to advertise in our market anymore. For all practical purposes that is now a defunct account. I think the amount merits some adjustment. I am putting a copy of the spreadsheet in your door. Please address this in a timely fashion this time.

Thanks, ma'am.

1

**Campbell, Pat**

To:
Subject:

Mount, Kathryn
Vacations

I have several concerns regarding the stringent vacation policy. I will address them (in order) as they appear on the memorandum dated January 16, 2002.

First off, I don't see how ANY days could already be approved/not approved when all requests have not yet been submitted.
I was under the impression that no days would be scheduled until after March 1, 2002, the deadline for submission. This is what has been done in years past.

My first concern: There needs to be some distinction made on the years of service to include the word "continuous". While I understand and appreciate the fact that the company allowed more vacation days off on last year for people who had left the company and come back, in no way do I consider it fair to put someone who left the company In front of someone who has had continuous years of service. While the extra vacation was a plus, I don't feel Scott meant that in any other way. So, as far as I am concerned, I am second in seniority ONLY to Jean Robinson. If you don't concur, I will address it personally with Scott. That's the biggest issue.

The Friday Off Thing:

The policy of only one person being able to be off on Fridays is simply not necessary. We all have backup personnel and that is the purpose for that. As long as you and your backup person are not scheduled off together then where's the problem? That could easily be stretched to allowing two people off without any major problems. Even if a third calls in sick, we are not understaffed to the point of being in a chaotic state. You have simply overexaggerated this. Yes, it is our busiest day, but we've never had ANY kind of day that we didn't survive as a team. We all help each other when the need arises. Though you don't give us much credit for that, we always answer the call.

Friday 8 hr. Increments:

Again, you have overreacted in my opinion. There is absolutely nothing that happens in our department on a frequent enough basis that would necessitate this directive. Nothing! -

1

The handbook allows for 4 hr. increments and I disagree that it would upset the smooth running of the department to allow 4 hrs. on Friday. That's something you COULD allow, at least until it became problemous. I think if you would ever really try to work WITH us, you would see people would try very hard to do it the right way JUST BECAUSE you were willing to bend a little. My mom is 86 years old. I try my level best to go to visit her every other weekend. She is sickly but not bad off. You know that is important to me because I need to do my part in caring for and looking out for her, just as you do your children. She's my #1 priority. That's's sorta why I take the 4 hr. Friday thing the way I do-personally. As I stated, I didn't abuse that in any way. You worked with me and if you check time cards from last year you will see that I didn't. Nobody else has overused ½ day Fridays. We note and observe things just as you do.

Holiday Wrap:

We have 6 holidays off during the course of the year. If you were to allow two people off on the day before and the day after the holiday, it would be possible for us to wrap two holidays because generally we are not very busy at those times anyway. That would mean 24 possible wrap days and would not hurt a thing. This is especially true of Thanksgiving and Christmas and I'm sure you know that .

Holidays From Previous Year:
This is the one that probably causes me the most grief. Here's how I feel about that: Iam sick and tired of all the whiners who want things just because they want them. I have paid my dues for my seniority and I fully expect it to be honored. You forget, I worked my way through being third in line for seniority and had to choose my days after Jean and (at that time) Brenda. I didn't balk, I took my days when I could around those schedules. I then became second in line after Brenda left. As far as I'm concerned, I am still 2ⁿᵈ in line for seniority and that is the right thing. I think it would be most appropriate to amend the word ing to "continuous" years of service when saying "the employee who has been in the department the longest." Therefore, as I stated earlier, I am second only to Jean in seniority and will defend that to the end. I hope that won't be necessary though-it shouldn't be. Everybody here should have to pay their dues and GET WHAT'S DUE THEM WHEN THE TIME COMES. I did it and they are no better than I am. It's all about paying your dues. If it comes easy, then it's not worth having. Consider this as well. I have no family here-none. No, that's not anybody's problem but it should be something you should consider. Everybody needs to be with family at Christmas and it is purely selfish of those who live here and have family here to not give a little in that regard. Or, maybe you can just make some allowance especially for me-just as you have with the lunch hours for picking up kids and the adjusted hours for attending college, etc. It is all preferential, the needs are just not the same. Take yourself, for instance. You are always off with your girls on holidays that school closes on. Why? Because that's what suits your needs and makes your life flow smoothly. You need to have that same understanding toward us and how we can best use OUR vacation days to suit our lives. Otherwise, what's the purpose just to have a day off? Let us all try harder to LIVE AND LET LIVE. Life itself is hard enough without all the other unnecessary BS we put in the mix. Just let it flow, please . The job will get done, it always does. No ads will be left out of the paper. They never are.

As you may note, this was originally started back on February 12ᵗʰ. The other correspondence was started January 24ᵗʰ. As always, yes, I am the procrastinator of the worst kind. I have been trying to finish both of these for all this time but I was certainly

going to be finished by the time you indicated (March 1") as the deadline for vacation. Your words today were rather harsh in that "it was not good that I waited." If I make the deadline, I am not late. Because it suits YOU, then I have to turn this in today. That does not mean that I did anything wrong. My plan was to meet the deadline. That's what was required. You were in that "General" mode then and that is precisely what I spoke of earlier. Know something else? I wonder, with all the "executive" type things you have to do, why you would even bother yourself with vacation. Why is that not something Jeannine could handle since she is the "immediate" supervisor? You aren't even comfortable with her making the right decisions. That should tell you something in itself. Like I said earlier, we are, this is only a small part of a much larger entity. The world does not begin or end with the Classified Department of the Montgomery Advertiser. The sooner you realize that, the better for you and the better for us all.

# Memorandum

**To:**     Classified Sales Staff

**CC:**     J.Spencer, HR

**From:**   Kathryn Mount

**Date:**   1/16/02

**Re:**     2001 Vacations

---

**Happy New Year!**

The Montgomery Advertiser believes the wellness and performance of its staff are improved by annual vacations. Our vacation plan provides increasing time off in relation to years of service. It is strongly recommended that staffers take at least one continuous week of vacation each year.

In order for everyone to take their vacation during 2002 and for the classified department to be staffed when our customers need us the most the following guides will apply to vacation requests for 2002:

All vacations dates must be scheduled by March 1, 2002. Changes may be made to the dates two-weeks prior to the date you wish to be off. The change must be approved by Jeannine & myself. This change can not affect another classified staff member.

In the event that multiple people request the same time off the employee who has been in the classified department the longest will get the time off.

No more than one person form the inside team and one from the outside team may be off on Friday.

All Friday vacations MUST be taken in 8-hour increments.

In order to give as many people as possible time off around company observed holidays, you may only wrap one holiday. This means you may be off either the day before or the day after one of our company holidays. If you are requesting to be off around a holiday you took off last year and another staff member request the same days, the person who did NOT have the time off latest year will get the time off. This again gives more classified staff members the opportunity to have time off around holidays.

If you do not schedule your vacation by March 1, 2002, I will assign dates that are available for you to take your time off.

If you have any questions or concerns see me.

# May 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | **1** | **2** HS off w | **3** |
| | | | | | | |
| **4** sw | **5** BU off | **6** | **7** | **8** | **9** ES off HS | **10** |
| | JJ off AT 9-7 | VA 10-7 HS | 10-7 sw | 10-7 AT | 9-7 | |
| **11** HS | **12** PC | off sw | **13** | **14** | **15** VA | **16** |
| | | 9-7 VA | 10-7 HS | 10-7 AT | 10-7 | |
| **18** VA | **19** TT | **20** VA 3hs | **21** VA | off VA | **22** off | **23** VA off | **24** CJ |
| | VA 10-7 HS | 10-7 AT | 10-7 | | | |
| **25** CJ | | **27** sw | off HS 3hs | **28** | **29** VA off | **30** sw off | **31** |
| | VA 10-7 | Km off VA | Km off | Km | | |

# July 2003

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | **1** BJ VA OFF AM | **2** BJ OFF | **3** BJ OFF | **4** | **5** VA 7 |
| **6** | **7** SU OFF | **8** Pm 12:00 | **9** VA Pm 3hrs | **10** 1 hr sa | **11** | **12** VA |
| **13** VA | **14** | **15** SWRP | **16** VA Pm 3hrs | **17** | **18** | **19** OFF |
| **20** | **21** | **22** | **23** | **24** T | **25** OFF | **26** |
| **27** PP | **28** | **29** MT | **30** | **31** MT | | |

# September 2003



| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | 1 | 2 SW OFF | 3 | 4 | 5 | 6 VA |
| | | BS 10-7 PP | 10-7 SW 10-7 VA | | | 10-7 |
| 7 VF | 8 BS OFF | 9 BS OFF | 10 BS OFF | 11 | 12 | 13 |
| | VA 10-7 | 10-7 VF | | | | |
| 14 C- | 15 PC OFF | 16 | 17 | 18 | 19 | 20 SW |
| | VA 10-7 PS | 10-7 BS | 7 SW | 10-7 | | |
| 21 SW | 22 BS OFF | 23 | 24 | 25 | 26 | 27 PP |
| | VA 10-7 PS | 10-7 BS | 10-7 SW | | 7 | |
| 28 PC | 29 | 30 | | | | |
| | VA 10-7 PS | 10-7 | | | | |

# November 2003

| SEPTEMBER | | | | | | | OCT- |
|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S M T W |
| | 1 | 2 | 3 | 4 | 5 | 6 | 5 6 7 8 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 12 13 14 15 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 19 20 21 22 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 26 27 28 29 |
| 28 | 29 | 30 | | | | | |

| Sun | Mon | Tue | Wed | Thu | Fri | Sa |
|---|---|---|---|---|---|---|
| | | | | | | **1** VA |
| **2** VA | **3** | **4** | **5** | **6** | **7** W | **8** |
| **9** | **10** TT | **11** | **12** | **13** | **14** JC | **15** |
| **16** | **17** JC | **18** | **19** JX | **20** | **21** | **22** PP |
| **23** PP | **24** | **25** | **26** SW | **27** HOLIDAY CLOSED | **28** TT | **29** VA |
| **30** VA | | | | | | |

**Campbell, Pat**

| | |
|---|---|
| **From:** | Jensen, Jennifer |
| **Sent:** | Tuesday, August 12, 2003 8:21 AM |
| **To:** | Campbell, Pat |
| **Subject:** | RE: VACATION |

Sorry for the confusion!

-----Original Message-----
**From:** Campbell, Pat
**Sent:** Tuesday, August 12, 2003 8:21 AM
**To:** Jensen, Jennifer
**Subject:** RE: VACATION

Thanks

-----Original Message-----
**From:** Jensen, Jennifer
**Sent:** Monday, August 11, 2003 1:55 PM
**To:** Campbell, Pat
**Subject:** FW: VACATION

Pat,
Valerie has revised her vacation. You will be able to have the 22nd, 25th & 26th off. Sorry for the previous email. I sent it before Valerie came to me to revise hers.
Jennifer

-----Original Message-----
**From:** Jensen, Jennifer
**Sent:** Monday, August 11, 2003 8:21 AM
**To:** Campbell, Pat
**Subject:** RE: VACATION

I can do the 22nd, but Valerie has taken the 25th through the 28th. Brenda is off the 21st. Let me know if you would like some other days.
Jennifer

-----Original Message-----
**From:** Campbell, Pat
**Sent:** Friday, August 08, 2003 8:38 AM
**To:** Jensen, Jennifer
**Subject:** VACATION

I am requesting to have August 22nd, 25th and 26th off. Please advise.

Thanks

*This was a request for days off. As you can see two of the three days were originally denied. They were ok'd only after Valerie changed her dates. Just a week or two earlier Ed was off on military leave + Jean requested the same time off. She was allowed. I was not. ???*

**Pat Campbell**

| | |
|---|---|
| **From:** | Campbell, Pat [PCAMPBELL@montgome.gannett.com] |
| **Sent:** | Tuesday, October 21, 2003 10:05 AM |
| **To:** | patcamp@bellsouth.net |
| **Subject:** | FW: |

> -----Original Message-----
> From:     Davidson, Ron
> Sent:     Monday, October 20, 2003 3:50 PM
> To: Campbell, Pat
> Subject:
>
> Pat,
> This note is in response to our discussion of October 7.  You had two concerns:  1) You
said your goal for October was 67.9% above last year's revenue and you didn't understand
how goals are set and 2) you were unclear about vacation guidelines and how Shalawn could
have vacations on the weeks of Memorial Day, July 4th and the Wednesday before
Thanksgiving.
>
> Here's what I've found.
> 1)  The documentation you provided to show that your goal was approximately $16,000
above last year's revenue performance is in error.  This report is not one we use for goal
setting puproses.  Goal setting involves all areas of revenue responsibility, with
minimums required in some areas.  In October of 2002, your total revenue was $36,656, not
$24,082 as the report you submitted shows.  In looking back over the past months, you goal
this year was actually less than last year's revenue production in January, February,
March, April, May, July.  Jennifer tells me that she regularly reviews all goals and how
they're arrived with each individual.  Generally speaking, goals are determined by last
year's sales, minimum standards and budgeted revenues by area.  If you'd like to see the
reports used, we'd be glad to share.
>
> 2)  As for vacations, what I've determined is that all vacation requests are due by
March of each year.  Time taken around holidays is rotated according to seniroity; but if
no one requests those times at original submission, they're open.  Since no one requested
the time around the holidays you questioned, Shalawn was able to schedule. We also
schedule only one person for vacation at the same time.  I've asked Kathryn to observe
call volumes through this holiday season to see if we can allow more than one person to
schedule time off for the future.
>
>
> Ron Davidson
> Advertising Director
> Montgomery Advertiser
> 334.261.1571
> www.montgomeryadvertiser.com
>
> The information in this e-mail is private and confidential and for the recipient(s)
only.  This information can not be conveyed, reproduced or copied unless permission has
been given by The Advertiser Company, Inc., dba Montgomery Advertiser,
montgomeryadvertiser.com, Bulletin Board, Prattville Progress, Go! Montgomery, News
Record, Dispatch, Alabama's Job Source and The Bayonet.
>

1

June 28, 2002

## MEMO

**TO: Ron Davidson**

**FROM: Pat Campbell**

**RE: Vacation/Seniority Issues**

I have had the intention of trying to communicate w/you for several weeks now but have been too swamped to get t it. It is however, time to get back to the issue I brought to you some two months ago. At that time you told me that you would get back with me. I understand that you probably have bigger fish to fry but since half the year is gone, I really would appreciate your attention to the matter as I have not scheduled further vacation pending your direction/decision.

There are a few aspects that I feel very strongly about and will refresh your memory on:

I.     The handbook states that vacation will be awarded by seniority. A year or so ago Scott (as an incentive) gave added vacation time back to employees who had left the company but were not gone over a certain period of time. As best I could understand at the time it was for no reason other than for employees to have more time off. Scott alluded to same when we had an ensuing discussion about it prior to his giving this to you to resolve. He said he honestly hadn't thought about the aspect of "continuous" years of service. Here's my thinking... I feel it morally wrong to give any special perks to someone who left the company in search of something better (and found the grass wasn't necessarily greener on the other side) and give them status OVER someone who has given continuous service to the company. That is an unjust reward. It seems a no brainer to me. Probably only Kathryn took it a step further and surely not for any good reason. Further, the caveat she added about WHICH holidays one could have off and WHEN is as well unfair. What then is the purpose of having seniority? Why have the policy if you are going to allow individuals to change/manipulate it as they see fit?

I have worked here for 14 years. During each of those, there was always someone with more time in than me (except for the last 2 or 3 years). I adhered to that, worked, stayed and EARNED my turn. Now some want to change the rules of the game. Only Jean Robinson & Brenda Jackson had more time in than me. Brenda left and came back. I was second in line and am totally uncertain where I am at this point. As far as I am concerned, I still should be second in line. As for holidays, I feel the call that Kathryn made was not hers to make as to WHEN you could be off. The handbook states that management can make adjustments if they are geared toward more sufficient operation of the department. Who is off on one holiday or another has absolutely NOTHING to do with the running of the department. Ron, I've paid my dues and the others are no better than I. When you pay your dues, you should get what's due you. It's only fair.

II.    As I recall, vacation requests were due on March 31st. My request was turned in prior to that time but Jeannine had already begun okaying request dates (before the deadline). When I asked how she could possibly do that, she replied..."we'll work it out". So, at that point, the integrity of the process was already lost.

III.    Last but not least, if ANY policy is going to have any merit, it MUST be administered fairly-wouldn't you agree? I was told that I could not have Christmas off because I had the holiday off last year. Yet, as I write, Jean Robinson is on vacation and was off on this same holiday last year???

IV.    As a postscript, I once again ask that you look at the "no half day off Friday" caveat. I would bet a hefty sum that, if asked, every salesperson who has back-up duties (all of us) would much rather do only a half day of someone else's work as opposed to a full days' worth. That certainly makes for smoother operation of the department. Again, in my thinking, a no brainer.

V.    Seek, please, and you will find that much of what goes on in our department is of questionable motive. I wish you knew how much. Kathryn wants to control every aspect of our lives and will be totally overbearing if not monitored closely.

I appreciate your time Ron. Please consider the full text of this communication to be personal as Kathryn can be vindictive as well as retributive.  Get with me when you can.

**Thanks**

The handbook allows for 4 hr. increments and I disagree that it would upset the smooth running of the department to allow 4 hrs. on Friday. That's something you COULD allow, at least until it became problemous. I think if you would ever really try to work WITH us, you would see people would try very hard to do it the right way JUST BECAUSE you were willing to bend a little. My mom is 86 years old. I try my level best to go to visit her every other weekend. She is sickly but not bad off. You know that is important to me because I need to do my part in caring for and looking out for her, just as you do your children. She's my #1 priority. That's's sorta why I take the 4 hr. Friday thing the way I do-personally. As I stated, I didn't abuse that in any way. You worked with me and if you check time cards from last year you will see that I didn't. Nobody else has overused ½ day Fridays. We note and observe things just as you do.

**Holiday Wrap:**

We have 6 holidays off during the course of the year. If you were to allow two people off on the day before and the day after the holiday, it would be possible for us to wrap two holidays because generally we are not very busy at those times anyway. That would mean 24 possible wrap days and would not hurt a thing. This is especially true of Thanksgiving and Christmas and I'm sure you know that .

**Holidays From Previous Year:**
This is the one that probably causes me the most grief. Here's how I feel about that: Iam sick and tired of all the whiners who want things just because they want them. I have paid my dues for my seniority and I fully expect it to be honored. You forget, I worked my way through being third in line for seniority and had to choose my days after Jean and (at that time) Brenda. I didn't balk, I took my days when I could around those schedules. I then became second in line after Brenda left. As far as I'm concerned, I am still 2ⁿᵈ in line for seniority and that is the right thing. I think it would be most appropriate to amend the wording to "continuous" years of service when saying "the employee who has been in the department the longest." Therefore, as I stated earlier, I am second only to Jean in seniority and will defend that to the end. I hope that won't be necessary though-it shouldn't be. Everybody here should have to pay their dues and GET WHAT'S DUE THEM WHEN THE TIME COMES. I did it and they are no better than I am. It's all about paying your dues. If it comes easy, then it's not worth having. Consider this as well. I have no family here-none. No, that's not anybody's problem but it should be something you should consider. Everybody needs to be with family at Christmas and it is purely selfish of those who live here and have family here to not give a little in that regard. Or, maybe you can just make some allowance especially for me-just as you have with the lunch hours for picking up kids and the adjusted hours for attending college, etc. It is all preferential, the needs are just not the same. Take yourself, for instance. You are always off with your girls on holidays that school closes on. Why? Because that's what suits your needs and makes your life flow smoothly. You need to have that same understanding toward us and how we can best use OUR vacation days to suit our lives. Otherwise, what's the purpose just to have a day off? Let us all try harder to LIVE AND LET LIVE. Life itself is hard enough without all the other unnecessary BS we put in the mix. Just let it flow, please . The job will get done, it always does. No ads will be left out of the paper. They never are.

As you may note, this was originally started back on February 12ᵗʰ. The other correspondence was started January 24ᵗʰ. As always, yes, I am the procrastinator of the worst kind. I have been trying to finish both of these for all this time but I was certainly

Sept. 14, '99

Turned in vacation request to Kathryn Mount. Was called in to office to discuss same and was told by several dates that I could not have off. I discovered that the "once no more than 1 person per team off" policy had been changed to only one person off period per day. I inquired why I could not have a particular day off since I could see on the vacation calendar that the same privileges was being allowed. (Thomas Taylor & Sherry Herring) Kathryn stated that she had allowed those two to be off because both days

had been requested before
the (un memoed) policy change.
Truth was that Thomas
had been asked only a
day or two before if he
would swap that day
off or rather reponse
if take another day of.
He refused saying he
had plans. They was
given the day off as
well. once again, rules
are bent or broken
for whites + strictly
enforced on for Blacks.

On these pages are additional items to support some of my accusations about Kathryn's capabilities as a manager. They are varied but include correspondences with Vaughan Healthcare about a contract that I've had no help with trying to procure; a total lack of professionalism regarding a presentation; a former request for goal sheets in an ongoing quest for accountability and honest of process; a note regarding a weekend I was "threatened" into working for Jonathan Villacampa (Fred's son) who did not work on Sundays even though it was a requirement for the job. He had worked out an arrangement with Melanie Humphrey who now works in Accounting to work all Sundays while he worked her Saturdays. There came a time when Melanie could not work for him and we were forced to draw lots to see who would work. This was totally against company policy and bordered on having legal ramifications. Lastly, there are some writing samples from Kathryn. Further comment is not needed on them. All I can say is that she has totally hoodwinked some people, but not those who work directly under her and have known her for a time.

Sept. 9, '99

Forced by new supervisor,
Maria Henderson, to pull
lots for Sunday work. Jonathan
Villacampa was scheduled to
work on Sun. 9/12/99. Before
that he had swapped
his Sunday w/ Melanie Humphrey
per an agreement they had.
    Maria had ~~the time~~ asked
for a volunteer to work
on Sunday. After there were
no takers, we were forced
to draw lots to work.
Unfortunately, I drew the
work slip. This was all
after Jonathan's weekend
Back-up, Thomas Taylor,
had indicated that he
had plans.
    When I protested
to Maria that I felt
that this was unfair, she
asked, "Are you saying

that you're not going to work?"
I answered, "No I'm
not saying that because you
probably could fire me. I'm
just saying that I don't
like it".

On this occasion, Rene in Marketing was putting on a presentation to the ad agencies. Since I did not have an agency, I thought I would sit in on the presentation just to see how it went. I came into the room and sat by Brenda and her client Sherry from Strategic Placement. Kathryn and Jennifer were in the back of the room. I saw Kathryn whisper something to Jennifer and she immediately came over and removed a grab bag from in front of me. When I asked Jennifer what she had said, she replied that Kathryn had asked her why I was there. I immediately got up and left-totally offended. I went back to my desk and wrote Jennifer the attached email.

**Campbell, Pat**

From:       Campbell, Pat
Sent:       Tuesday, April 08, 2003 9:13 AM
To:         Jensen, Jennifer
Subject:    THE PRESENTATION

In case you wonder why our morale is sometimes low and our spirit sometimes dampened, it's because of times like this morning. With several things that were "obviously" in need of attention, Kathryn seemed more concerned with why I was there. I was there because I wanted to see the presentation as I will not be here for the one next week. And moreso, because I am part of the team! Since you moved so swiftly to retrieve the "goody" bag after I saw her speak to you, it was obvious that something had transpired. (Even to one of the guests who commented how petty that was). You see, after many, many such episodes in the past, we spot them immediately and are never really surprised. Kathryn, in her limited thinking, probably thought that I came for a goody bag or something to eat. (I brought my breakfast this morning, as I do every day). Her thinking is like that. I had spoken with you about attending, had told Holly to come get me if the phones got heavy and that should have been the end of that! Until things like this cease to happen, we will never be the cohesive unit that we need to be in order to accomplish the goals set forth for us by this company.

1

These are correspondences with Vaughan Healthcare. I indicated earlier in the year that this customer was very interested in running in our paper but wanted a contract of some sort. They had spent a significant amount of money but needed it to be more cost effective. I had offered the only contract we had and approached Kathryn, Jennifer and Ron about a possible bulk contract. I have kept asking over nearly six months (at intervals) for some help so that we would not lose the business. The last mention was about a month or so ago. I was told by Jennifer for about the 6th time that she would get with Kathryn and get back to me. If either of them have, then so have you. This is just not acceptable to me. I still have a goal for them but my hands are tied because I am not authorized to come up with a contract on my own. If this is not money left on the table, I don't know what is.

**Campbell, Pat**

| | |
|---|---|
| **From:** | Campbell, Pat |
| **Sent:** | Monday, February 24, 2003 4:57 PM |
| **To:** | Mount, Kathryn |
| **Subject:** | FW: |

```
-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Thursday, February 20, 2003 5:41 PM
To: Campbell, Pat
Subject: Re:
```

Please run the same ad.

Pat,
I'm looking at some other advertising options.  However, prior to making
any changes, I would like to look at packages/contracts,etc. that would
lend better prices for my routine ads.  I have been running ads weekly for
the most part and would like to continue the same, however, I need to look
at options for price breaks.

I would like to get prices on weekly ads if I commit to run this same size
ad or larger for the next 12 months.  Can you get this information for me?
I want to decide before next week.  Thanks for all you do!

Bridget

| | | | |
|---|---|---|---|
| "Campbell, Pat" <PCAMPBELL@montgome.g annett.com> | | **To:** | <bmills@prhc.net> |
| | | **cc:** | |
| 02/20/2003 04:54 PM | | **Subject:** | |

I went ahead and ordered ad space for you. Please send your ad copy in the
morning.

Thanks

1

**Campbell, Pat**

| | |
|---|---|
| **From:** | Campbell, Pat |
| **Sent:** | Thursday, February 27, 2003 10:21 AM |
| **To:** | Mount, Kathryn |
| **Subject:** | Vaughan Healthcare |

What shall I tell Bridget from Vaughan Healthcare? That we are working on something or what? As you may recall, she wanted something by this week. I merely told her that I had passed the message on to management and we would be getting back with her.Please advise.

1

**Campbell, Pat**

From:
Sent:
To:
Subject:

Campbell, Pat
Thursday, February 27, 2003 12:08 PM
'bmills@prhc.net'
Advertising

Bridget,

I did share you email with my managers. They want to know if we could make an appointment to come visit you one day next week and discuss some options. We would not take up much of your valuable time (half hour or less). That doesn't do anything for THIS weekend, however. Sorry. Let me know if you want an ad for the weekend and if we could meet w/ you preferably Mon.-Wed. of next week.

Thanks,

Pat

1

**Campbell, Pat**

From:
Sent:
To:
Subject:

Campbell, Pat
Thursday, February 27, 2003 12:12 PM
Jensen, Jennifer
RE:

For the most part (in the past) they have run lengthy line ads. Lately, they've started to
do displays that are 2X4s or 2X5s. They have been running open rate at $5.30 line.

-----Original Message-----
From: Jensen, Jennifer
Sent: Thursday, February 27, 2003 11:48 AM
To: Campbell, Pat
Subject: RE

Pat,
What size ad do they usually run? What's their daily/Sun line rate.
Please let me know.
Jennifer

-----Original Message-----
From: Campbell, Pat
Sent: Monday, February 24, 2003 4:58 PM
To: Jensen, Jennifer
Subject: FW

-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Thursday, February 20, 2003 5:41 PM
To: Campbell, Pat
Subject: Re:

Please run the same ad.

Pat,
I'm looking at some other advertising options. However, prior to making
any changes. I would like to look at packages/contracts,etc. that would
lend better prices for my routine ads. I have been running ads weekly for
the most part and would like to continue the same, however, I need to look
at options for price breaks.

I would like to get prices on weekly ads if I commit to run this same size
ad or larger for the next 12 months. Can you get this information for me?
I want to decide before next week. Thanks for all you do!

Bridget

"Campbell, Pat"
<PCAMPBELL@montgome.g
annett.com>

To:            <bmills@prhc.net>
cc:
Subject:

1

**Campbell, Pat**

From:          Campbell, Pat
Sent:          Friday, February 28, 2003 8:41 AM
To:            Jensen, Jennifer
Subject:       FW: Advertising


I'm not quite sure what you are planning for us to "present" when we meet w/her. Very
clearly she simply wants better rates. We need to be armed with some type of bulk rate or
something to offer them. That is what she is expecting.
-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Thursday, February 27, 2003 5:15 PM
To: Campbell, Pat
Subject: Re: Advertising



I would love to.  Lets just skip this week until we can get some form of
contract/better pricing.

Thanks,
Bridget


                    "Campbell, Pat"
                    <PCAMPBELL@montgome.g          To:      <bmills@prhc.net>
                    annett.com>                    cc:
                                                   Subject:  Advertising
                    02/27/2003 12:07 PM



Bridget,

I did share your email with my managers. They want to know if we could make
an appointment to come visit you one day next week and discuss some
options. We would not take up much of your valuable time (half hour or
less). That doesn't do anything for THIS  weekend,  however. Sorry. Let me
know if you want an ad for the weekend and if we could meet w/ you
preferably Mon.-Wed. of  next week.

Thanks,

Pat


                                    1

I need to know if you're running the ad ASAP. They have a small amount of space left for Sunday.
But I will need to know soon. You can change the ad copy a couple of hours later but I must request the space. Let me know please.

Thanks

Pat


-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Thursday, March 06, 2003 9:57 AM
To: Campbell, Pat
Subject: Re




Let me get back with you with a confirmed time.  I would like for our new Marketing Director to come along.
I'll send info on the ad.

Thanks,
Bridget




|  | "Campbell, Pat" |  |  |
| --- | --- | --- | --- |
| <bmills@prhc.net> | <PCAMPBELL@montgome.g annett.com> | To: |  |
|  |  | cc: |  |
|  |  | Subject: |  |
|  | 03/06/2003 08:56 AM |  |  |




Bridget,

My supervisor is back to work, however, since today and tomorrow are our busiest days we would like to visit and talk with you perhaps on Tuesday or Wednesday of next week. (I'm off on Monday). Please confirm a time for me and also advise if you'll be running this weekend.

Thanks,
Pat


P.S. We'll probably need directions too!

4

Tuesday I have a training meeting from 9:30-12:30. Wednesday is clear all day. Thursday my supervisor has a seminar from 1:30-4:30. SOoooo, that leaves us Tuesday afternoon, anytime Wednesday (after 9am) and Thursday morning. Let me know.

Thanks

-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Friday, March 07, 2003 9:08 AM
To: Campbell, Pat
Subject: RE:

Pat,
I will just skip this week!  I will get back with you - running to a meeting.

Bridget

                    "Campbell, Pat"

                    <PCAMPBELL@montgome.g        To:
                    annett.com>
Bridget_Mills/Selma/phccorp<Bridget_Mills/Selma/phccorp@p
                                             rhc.net>
        03/07/2003 08:29 AM              cc:

                                    Subject:  RE:

I need to know if you're running the ad ASAP. They have a small amount of space left for Sunday.
But I will need to know soon. You can change the ad copy a couple of hours later but I must request the space. Let me know please.

Thanks

Pat

-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Thursday, March 06, 2003 9:57 AM
To: Campbell, Pat
Subject: Re

2

**Campbell, Pat**

From:           Campbell, Pat
Sent:           Friday, March 07, 2003 9:43 AM
To:             Jensen, Jennifer
Subject:        VAUGHAN HEALTHCARE

I had made an attempt to set up something for Tuesday or Wednesday of next week. Now that's limited to Wednesday or maybe Thursday because of the training.. She wants to do it and will get back with me. She also indicated that she wanted her new Marketing Director to be a part of the meeting.

1

Subject:  FW:

03/11/2003 08:40 AM

Are you thinking on this?

Pat
-----Original Message-----
From: Campbell, Pat
Sent: Friday, March 07, 2003 9:50 AM
To: 'Bridget_Mills/Selma/phccorp@prhc.net'
Subject: RE

Bridget,

Tuesday I have a training meeting from 9:30-12:30. Wednesday is clear all
day. Thursday my supervisor has a seminar from 1:30-4:30. SOooooo, that
leaves us Tuesday afternoon, anytime Wednesday (after 9am) and Thursday
morning. Let me know.

Thanks

-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Friday, March 07, 2003 9:08 AM
To: Campbell, Pat
Subject: RE

Pat,
I will just skip this week!  I will get back with you - running to a
meeting.

Bridget

"Campbell, Pat"

<PCAMPBELL@montgome.g          To:
annett.com>
Bridget_Mills/Selma/phccorp<Bridget_Mills/Selma/phccorp@p
                                          rhc.net>
03/07/2003 08:29 AM           cc:

                              Subject:  RE:

3

**Campbell, Pat**

From:            Campbell, Pat
Sent:            Wednesday, March 12, 2003 10:44 AM
To:              'Bridget_Mills/Selma/phccorp@prhc.net'
Subject:         RE: FW:

Bridget,
When you say come over does that mean you were coming to us or what? That would be great!
You'd get a chance to say hi to Linda. Thursday am is still fine. My supervisor has a
seminar in the afternoon. Friday we are kinda busy to travel but could see you here.
Otherwise we can set up something for early next week but that's provided you run an ad
this weekend. (smile). I'll be looking for that by tomorrow, OK? (smile)

Thanks. Let me know.

Pat

-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Wednesday, March 12, 2003 8:39 AM
To: Campbell, Pat
Subject: Re: FW:


Yes, I have   In fact me and our new marketing director decided that we
would try to come over this afternoon.  However, that is not going to work
at this point.  Things are really busy as we are preparing for a huge mock
audit.  Can we try for the end of the week or first of next week? Let me
know what is good.

Thanks,
Bridget



                         "Campbell, Pat"
                         <PCAMPBELL@montgome.g
                         annett.com>              To:        <bmills@prhc.net>
                                                  cc:
                         03/11/2003 08:40 AM      Subject:   FW:



Are you thinking on this?

Pat
-----Original Message-----
From: Campbell, Pat
Sent: Friday, March 07, 2003 9:50 AM
To: 'Bridget_Mills/Selma/phccorp@prhc.net'
Subject: RE:


Bridget,

1

**Campbell, Pat**

From:                    Campbell, Pat
Sent:                    Thursday, March 13, 2003 12:26 PM
To:                      Jensen, Jennifer
Subject:                 FW: FW:


This is from Bridget at Vaughan Healthcare. Exactly what are we going to be doing with
them next week?

-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Thursday, March 13, 2003 11:56 AM
To: Campbell, Pat
Subject: RE: FW:




I'll get back with you on an exact date.

Unfortunately, I'm going to wait until we get together before running any
additional ads. I've looked at the $s spent and I'm not getting the
results. I'm having to pinch a little tighter right now. If we meet the
first of next week and come up with a mutually agreeable agreement, we wont
have to worry about this. I want to have a consistent advertising plan.

Look to hear from me soon.

Bridget



                          "Campbell, Pat"
                          <PCAMPBELL@montgome.g
                          annett.com>               To:
                                                    Bridget_Mills/Selma/phccorp
<Bridget_Mills/Selma/phccorp@p
                                                    rhc.net>
                          03/13/2003 08:42 AM       cc:
                                                    Subject:  RE: FW:




Anytime early next week would be great. Friday is bad, however. Just let me
know when. Can I PLEASE set up an ad for you for this weekend? You're going
to have me eating peanut butter for dinner pretty soon. Ha!

-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Wednesday, March 12, 2003 3:35 PM
To: Campbell, Pat
Subject: RE: FW:


1

Unfortunately, I am on vacation that week but we'd still love for you to come and Jennifer will spend time with you in my absence. Please R.S.V.P. by wednesday noon. If you can't make it, we can still schedule a trip to visit you or you may come to see us at another time. I would hope, however, that it would be soon. Let me hear from you.

Thanks

-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Friday, April 04, 2003 5:30 PM
To: Campbell, Pat
Subject: Re:

Pat,

I haven't abandoned you! Things have been extremely busy and I've had to spend time at other locations. Hopefully, things will calm down next week. I'll get back with you.

Bridget

| | "Campbell, Pat" | |
| <bmills@prhc.net> | <PCAMPBELL@montgome.g | To: |
| | annett.com> | cc: |
| | | Subject: |
| | 04/03/2003 05:20 PM | |

If you need anything for the weekend, I can take it up until 10:30 am Friday if a display, and up until 3:30 if a line ad.

Thanks,

Pat

2

**Campbell, Pat**

| | |
|---|---|
| From: | Campbell, Pat |
| Sent: | Tuesday, April 22, 2003 12:36 PM |
| To: | 'Bridget_Mills/Selma/phccorp@prhc.net' |
| Subject: | RE: FW: |

Can we still get together for a brief visit to discuss your advertising needs, plans, etc? As before, Mon.-Wed. is better for us but we're flexible. Next week maybe? Let me know.

Thanks,

Pat
-----Original Message-----
From: Bridget_Mills/Selma/phccorp@prhc.net
[mailto:Bridget_Mills/Selma/phccorp@prhc.net]
Sent: Wednesday, April 09, 2003 2:22 PM
To: Campbell, Pat
Subject: Re: FW:

Hi Pat,

It sounds great, but I wont be able to make it.  However, I do want to go with the original plan to have our advertising history reviewed and recommendations for a contract of sorts.

Thanks,
Bridget

| | |
|---|---|
| "Campbell, Pat" <PCAMPBELL@montgome.g annett.com>  04/09/2003 12:47 PM | To:    <bmills@prhc.net> cc: Subject:  FW: |

Please advise on this.

Thanks

-----Original Message-----
From: Campbell, Pat
Sent: Monday, April 07, 2003 12:28 PM
To: 'Bridget_Mills/Selma/phccorp@prhc.net'
Subject: RE:

Bridget,

Glad to know you're still alive and well! Smile. You know that meeting we've been trying to have? Well, we've decided to have an in-house presentation on next Tuesday, April 13th, at 8:30 a.m. Continental breakfast will be served and a short tour of the building will follow.

1

Ex. 33 - Page 73

Campbell, Pat

From:
Sent:
To:
Subject:

Campbell, Pat
Tuesday, July 22, 2003 11:46 AM
Jensen, Jennifer
RE: VAUGHAN HEALTHCARE

We did Jennifer. That was for June, however. This is for July.

    -----Original Message-----
**From:**    Jensen, Jennifer
**Sent:**    Tuesday, July 22, 2003 10:56 AM
**To:**    Campbell, Pat
**Subject:**    RE: VAUGHAN HEALTHCARE

Pat,
I thought we did meet about your goal & salesperson of the month. Let me know if I'm mistaken.

I will get with Kathryn regarding Vaughan & let you know.

Great email! Let me know what her response is.
Jennifer

    -----Original Message-----
**From:**    Campbell, Pat
**Sent:**    Tuesday, July 22, 2003 10:06 AM
**To:**    Jensen, Jennifer
**Subject:**  VAUGHAN HEALTHCARE

Jennifer,
This is an email I want to send to Bridget at Vaughan Healthcare. I feel that this is a potential big dollar account that we are "allowing" to slip away. I need to know if there is something we can put on paper (even if hypothetical) to offer them. What is the minimum dollar volume contract amount available? Also, at this stage of the game can we not just come up with an amount as they do with accounts like Jackson, Baptist, Career Personnel and the like? I feel the urgency to do something. This could be a much needed plus for us right now.

Thing # 2

I sent Kathryn an email regarding my goal at the beginning of the month. She did ask if I wanted to meet w/her or wait for you to return from your vacation. I opted for the 2nd choice since that has been her preference in former meetings. Well, you're back a long time now and we've still not had the meeting. I guess it's on me to remind someone so consider this the reminder.

Thank You

Bridget,

What's going on with you? You didn't think I had gone away did you? (smile). I communicated a couple of times with your Mr. Bowline from the ad agency but I never heard anything further from him.

Bridget, we are still very much interested in doing business with you and coming up with a bulk contract that will hopefully provide rates more amenable to you. When I inquired earlier about your budget, it was to get some idea of what we would be looking at dollar wise and to do a needs assessment. We are willing to come and meet with you and/or your agent. Also, be reminded that we have a creative staff of professionals who can create spec ads for your approval working on any concept you provide.

Let me hear from you.

Thanks,

Pat

1

## Campbell, Pat

| | |
|---|---|
| **From:** | Campbell, Pat |
| **Sent:** | Friday, July 25, 2003 10:17 AM |
| **To:** | Jensen, Jennifer |
| **Subject:** | RE: VAUGHAN HEALTHCARE |

Can we please discuss the Vaughan Healthcare issue on next week? I'm holding off on sending the email until I know if we can do anything on a bulk contract.
Thanks

----Original Message----
| | |
|---|---|
| **From:** | Jensen, Jennifer |
| **Sent:** | Tuesday, July 22, 2003 12:25 PM |
| **To:** | Campbell, Pat |
| **Subject:** | RE: VAUGHAN HEALTHCARE |

Ok, I'm sorry, we met the 2nd week of July, I got it confused.
I can't meet today or tomorrow, how about Thursday? I'll check with Kathryn & see if we can meet first thing.
Jennifer

-----Original Message----
| | |
|---|---|
| **From:** | Campbell, Pat |
| **Sent:** | Tuesday, July 22, 2003 11:46 AM |
| **To:** | Jensen, Jennifer |
| **Subject:** | RE: VAUGHAN HEALTHCARE |

We did Jennifer. That was for June, however. This is for July.
-----Original Message----
| | |
|---|---|
| **From:** | Jensen, Jennifer |
| **Sent:** | Tuesday, July 22, 2003 10:56 AM |
| **To:** | Campbell, Pat |
| **Subject:** | RE: VAUGHAN HEALTHCARE |

Pat,
I thought we did meet about your goal & salesperson of the month. Let me know if I'm mistaken.

I will get with Kathryn regarding Vaughan & let you know.

Great email! Let me know what her response is.
Jennifer

----Original Message----
| | |
|---|---|
| **From:** | Campbell, Pat |
| **Sent:** | Tuesday, July 22, 2003 10:06 AM |
| **To:** | Jensen, Jennifer |
| **Subject:** | VAUGHAN HEALTHCARE |

Jennifer,
This is an email I want to send to Bridget at Vaughan Healthcare. I feel that this is a potential big dollar account that we are "allowing" to slip away. I need to know if there is something we can put on paper (even if hypothetical) to offer them. What is the minimum dollar volume contract amount available? Also, at this stage of the game can we not just come up with an amount as they do with accounts like Jackson, Baptist, Career Personnel and the like? I feel the urgency to do something. This could be a much needed plus for us right now.

Thing # 2

I sent Kathryn an email regarding my goal at the beginning of the month. She did ask if I wanted to meet w/her or wait for you to return from your vacation. I opted for the 2nd choice since that has been her preference in former meetings. Well, you're back a long time now and we've still not had the meeting. I guess it's on me to remind someone so consider this the reminder.

1

Kathryn's writing samples.

**Campbell, Pat**

| | |
|---|---|
| **From:** | Mount, Kathryn |
| **Sent:** | Monday, July 15, 2002 10:57 AM |
| **To:** | Campbell, Pat; Jackson, Brenda; Howard, Joe L., Jr.; Smith, Ed; Smith, Jean Robinson; Taylor, Thomas; Searcy, Melissa; Williams, Shalawn; Thompson, Holly |
| **Cc:** | Spencer, Jeannine |
| **Subject:** | FW: Incorrect Email Address |

Please check to see if this is your ads. If it is please correct it before it runs again and call the customer if necessary.

-----Original Message-----
**From:** Mitchell, David
**Sent:** Monday, July 15, 2002 9:55 AM
**To:** Mount, Kathryn
**Subject:** Incorrect Email Address

In July 11th Classified section under Professional, there was an ad for a part time researcher/ writer which gives an email address. A customer has contacted us informing that the address doesn't work. Could you help check this to make sure we are printing the correct address?

**David Edward Mitchell**
**Sr. Human Resources Administrator**
*The Montgomery Advertiser*
**Office: 334-261-1572**
**Fax: 334-261-1587**
**E-mail: dmitchell3@ad.gannett.com**

The information in this E-Mail is private & confidential and for the recipient(s) only. This information can not be conveyed, reproduced or copied unless permission has been given by The Advertiser Company, Inc., dba Montgomery Advertiser, montgomeryadvertiser.com, Bulletin Board, Prattville Progress, GO! Montgomery, News Record, Dispatch, Alabama's Best Source and The Bayonet..

Mitchell, David.vcf

1

# MEMO

**October 9, 2002**

To: Classified Staff
From: Kathryn Mount

Attached you will find a list of accounts that are assigned to you. Please go thru the list;

- if there are accounts that are Out of Business put OBO in the blank after the name of the account,
- if there are multiple account numbers and some are not being used put Delete in the blank after the name of the account,
- If the account is not yours put the sales # of the person who's account it is in the blank after the name of the account.

The packages are due back to me by Tuesday, October 15, 2002 at end of day. Thanks for your help on this.

**Campbell, Pat**

| | |
|---|---|
| From: | Mount, Kathryn |
| Sent: | Thursday, July 18, 2002 12:52 PM |
| To: | MGM-ADVERTISING; MGM-ACCOUNTING |
| Cc: | MGM-OPERCOMM |

I will be on vacation July 19th thru July 28th. Should you need assistants during this time Fred Ellison with be in charge of the outside team (ext. 541) and Jeannine Spencer will be in charge of the inside team (ext. 588).

The information in this E-Mail is private & confidential and for the recipient(s) only. This information can not be conveyed, reproduced or copied unless permission has been given by The Advertiser Company, Inc., dba Montgomery Advertiser, montgomeryadvertiser.com, Bulletin Board, Prattville Progress, GO! Montgomery, News Record, Dispatch, Alabama's Job Source and The Bayonet.

**Campbell, P at**

| | |
|---|---|
| **From:** | Mount, Kathryn |
| **Sent:** | Wednesday, June 18, 2003 12:18 PM |
| **To:** | Adams, Valerie; Campbell, Pat; Demorrow, Jolynn; Griffin, Connie; Howard, Joe L., Jr.; Jackson, Brenda; Jones, Cornelius; Mann, Judy; Manning, Sharon; Portis, Pam; Searcy, Melissa; Smith, Jean Robinson; Smith, Ed; Taylor, Kimberly; Taylor, Thomas; Williams, Shalawn |
| **Cc:** | Jensen, Jennifer |
| **Subject:** | Credit hold list |

In an effort to try-to get as many of these customer's off credit hold and back in the paper as soon as possible, I will be meeting with each of you to help you get your customer back in the paper. I have scheduled some time with each of you if you have a conflict please see me. Thanks

6/18
Joe 3:00
Ed 3:45
Pat 4:15
Brenda 4:30
Judy 4:45
Jolynn 5:00
Connie 5:15

6/19
Thomas 11:30
Pam 11:45
Cornelius 2:00
Shalawn 2:15
Valerie 2:30
Kimberly 4:30
Sharon 4:45
Melissa 5:00

Jean we will me *n* when you get back on Monday.

The information in this  -Mail is private & confidential and for the recipient(s) only. This information can not be conveyed, reproduced or copied unless permission has been given by The Advertis  Company, Inc., dba Montgomery Advertiser, montgomeryadvertiser.com, Bulletin Board, Prattville Progress, GO! Montgomery, News Record, Dispatch, Alabama's    Source and The Bayonet.

1

**AFTERWORD:**

September 16, 2003

It is with a lightened heart that I pass this volume of truth on to you for your action or inaction. I hope that you will understand that I am grieved by the need to have called names regarding some of the incidents here. It was necessary to let you know that everything I've said is true and verifiable.

I understand that I work here totally at the pleasure of this company. No one owes me anything. I do, however, owe it to you to let you know of those things that thwart my productivity and cripple my ability to do even better than I have. I consider it a great opportunity to work here and have tried to the best of by ability and consider myself to be a very solid worker. My successes have far outnumbered my failures and I have consistently had a proven performance, even through all the obstacles Kathryn has put in my way. We have all, however, tired of all the drama that goes with working for Kathryn. You might ask, "why not leave if you're so unhappy"? The answer is that I've invested too much here to let it go on a whim. This is my career and it means something to me. Also, because I'm not the only one who feels this way. And, lastly, I've sat out 6 or 7 other managers so there is still hope.

I will continue to do the best job that I can and hope to survive the diabolical cloud of Kathryn that sucks a little joy out of me each day. I've survived greater things. It's just a shame to have to use good energy for that.

From this, I am seeking to have the write-up removed from my file; to have my hourly wage looked at and adjusted as I think is in order and that you monitor closely the departmental changes that are forthcoming as Kathryn cannot ever be fair and I don't trust any process she has a hand in. I've been her victim too many times. Please as well check into the salesperson of the month numbers and process as I think she has deliberately not considered me for the last 16 of 20 months; please, please check into the goals and the changes that she makes at will.

It is my hope that this will not put me in a precarious position. As a matter of fact, I am choosing today not to worry about it anymore. I have too many health problems that it exacerbates.

I appreciate the time you've had to spend pouring over this. I hope the two of you can find some answers that will serve us all well.

*9*

**Pat Campbell**

| | |
|---|---|
| **From:** | Campbell, Pat [PCAMPBELL@montgome.gannett.com] |
| **Sent:** | Thursday, September 23, 2004 1:16 PM |
| **To:** | patcamp@bellsouth.net |
| **Subject:** | crossover ads |

Informed by Pam Portis today that Jennifer had called her in to advise that she had
several ads set to crossover this weekend and she needed to fix them so she would not have
to write her up.

**DEFENDANT'S EXHIBIT**
56

─── *choose to know* ───

# Montgomery Advertiser

montgomeryadvertiser.com

## PERFORMANCE NOTICE

Employee Name:   Patricia Campbell                Social Security #: _____
Job Title:           Recruitment Specialist           Supervisor:         Jennifer Jensen
Date Presented:  September 27, 2004

- **Disciplinary Level**

  Verbal Warning                  ☐ Written Warning              ☐ Final Warning
  Suspension with Pay             Suspension w/o Pay             ☒ Termination

- **Area of Concern/Opportunity for Improvement**

  ☒ Policy/Procedure                            Absenteeism and/or Tardiness
  Performance                                    Safety
  Behavior/Conduct                               Other _____

- **Prior Performance Discussions/Contacts/Notifications**

  ☒ Verbal Date(s):   November 6, 2003
  Subject(s):   Discussed that all recruitment ads that cross billing periods must be split. (see attached) _____
  _____

  ☒ Written – see attached

- **Explanation/Reason(s) for Notice and/or Action**

In July 2004, Pat was placed on a Performance Improvement Plan (PIP). We are at the completion of the PIP and she has not successfully completed the PIP in the areas of:
1. Filling out daily call reports
2. Making weekly target call lists
3. Policy/Procedure (Recruitment ads crossing the billing period)
The most significant is the violation of policy and procedure of not splitting recruitment ads. In August 2004, Pat had 4 recruitment ads that were not split (see attached). As a result, we are terminating her employment at this time.
As discussed with Pat on November 6, 2003 in a Verbal Warning, then in a Written Warning on March 2, 2004, in April 2004 Pat had 4 recruitment ads that were not split, in May 2004, Pat had 6 recruitment ads that were not split, which resulted in a Final Written Warning in June 2004, all Warnings reiterated the same policy, that recruitment ads that cross billing periods must be split.

- **Employee Comments**

  _____
  _____
  _____

DEFENDANT'S
EXHIBIT
38
PENGAD 800-631-6989

Ex. 38 - Page 1

I acknowledge by signature that the information above has been discussed with me and I understand what is expected of me. I also understand that any violations of this or any other company policy and/or procedure will result in disciplinary action up to and including termination of my employment.

Employee's Signature Acknowledgment of Receipt: _____     Date _____

Supervisor's Signature: _____     Date: _____

Department Director: _____     Date: _____

Human Resources Director: _____     Date: _____

# Ads Crossing Period End
## Period End Date: 8/29/2004

| Ad Number | Account Number | Customer Name | | Rate | Class Code | Start Date | End Date | Total Cos |
|---|---|---|---|---|---|---|---|---|
| **051 – Suzanne Parker** | | | | | | | | |
| *Montgomery Advertiser* | | | | | | | | |
| 563210 | 10499 | HINES REAL ESTATE | DALLASCOUNTYTYLERARE | 1026 | 2648 | 08/22/200 | 9/05/2004 | 19.6 |
| | | | SUB-TOTALS FOR 051:  1 | | | | | 19.6 |
| **057 – Pat Campbell** | | | | | | | | |
| *Career Builder, Display Ads in Print, $42.50* | | | | | | | | |
| 563618 | 25274 | DIVERSIFIED STEEL FA | EXPERIENCEDWELDERSVV | 1195 | 2566 | 08/22/200 | 9/03/2004 | 253.01 |
| *Career Builder, Line Ads Online* | | | | | | | | |
| 563618 | 25274 | DIVERSIFIED STEEL FA | EXPERIENCEDWELDERSVV | 510 | 2566 | 08/22/200 | 9/03/2004 | 253.01 |
| 564274 | 25346 | FOCUS ON KIDS | SCHOOLPHOTOGRAPHEREX | 991 | 2566 | 08/27/200 | 9/02/2004 | 20.90 |
| 564496 | 5833 | WOERNER TRANSPOR | LOCALREGIONALFLATBED | 510 | 2575 | 08/26/200 | 8/30/2004 | 245.84 |
| *Go! Montgomery (TMC)* | | | | | | | | |
| 565571 | 1858 | RESPESS, MICHAEL | GMCSAFARI1999REARAND | 113 | 2865 | 08/28/200 | 9/11/2004 | 18.98 |
| 563618 | 25274 | DIVERSIFIED STEEL FA | EXPERIENCEDWELDERSVV | 113 | 2566 | 08/22/200 | 9/03/2004 | 253.01 |
| 564274 | 25346 | FOCUS ON KIDS | SCHOOLPHOTOGRAPHEREX | 113 | 2566 | 08/27/200 | 9/02/2004 | 20.90 |
| *Maxwell-Gunter Dispatch* | | | | | | | | |
| 565571 | 1858 | RESPESS, MICHAEL | GMCSAFARI1999REARAND | 161 | 2865 | 08/28/200 | 9/11/2004 | 18.98 |
| 563618 | 25274 | DIVERSIFIED STEEL FA | EXPERIENCEDWELDERSVV | 163 | 2566 | 08/22/200 | 9/03/2004 | 253.01 |
| 564274 | 25346 | FOCUS ON KIDS | SCHOOLPHOTOGRAPHEREX | 163 | 2566 | 08/27/200 | 9/02/2004 | 20.90 |
| *Montgomery Advertiser* | | | | | | | | |
| 565571 | 1858 | RESPESS, MICHAEL | GMCSAFARI1999REARAND | 196 | 2865 | 08/28/200 | 9/11/2004 | 18.98 |
| 565116 | 18765 | | RECLINERBLUEALLLEATH | 195 | 2257 | 08/27/200 | 9/05/2004 | 0.00 |
| 565114 | 21194 | | POWERGLIDEEXERCISERB | 195 | 2242 | 08/27/200 | 9/05/2004 | 0.00 |
| 562406 | 21432 | THOMPSON, JIM | JIMSLAWNCAREVMOWINGV | 190 | 2263 | 08/28/200 | 9/10/2004 | 22.02 |
| 563618 | 25274 | DIVERSIFIED STEEL FA | EXPERIENCEDWELDERSVV | EL04 | 2566 | 08/22/200 | 9/03/2004 | 253.01 |
| 564274 | 25346 | FOCUS ON KIDS | SCHOOLPHOTOGRAPHEREX | EL04 | 2566 | 08/27/200 | 9/02/2004 | 20.90 |
| 565497 | 4040 | GENPAK LLC | MACHINEOPERATORSXXXX | EL04 | 2566 | 08/28/200 | 9/03/2004 | 386.89 |
| 565497 | 4040 | GENPAK LLC | MACHINEOPERATORSXXXX | EL04 | 2566 | 08/28/200 | 9/03/2004 | 386.89 |
| 564567 | 4604 | | BROWNINGSWEET16AUTOM | 195 | 2750 | 08/26/200 | 9/04/2004 | 0.00 |
| 564572 | 4604 | | GOLFMOTORCADDYKANGAR | 195 | 2780 | 08/26/200 | 9/04/2004 | 0.00 |
| 564496 | 5833 | WOERNER TRANSPOR | LOCALREGIONALFLATBED | EL05 | 2575 | 08/26/200 | 8/30/2004 | 245.84 |
| 559853 | 814571 | JOE SCOTT MOTOR CO | CHEVYTAHOELT04BURGUN | 990 | 2845 | 08/01/200 | 8/30/2004 | 0.00 |
| 560109 | 814571 | JOE SCOTT MOTOR CO | TOYOTA4RUNNERSR59919 | 990 | 2845 | 08/03/200 | 9/01/2004 | 0.00 |
| 563160 | 814571 | JOE SCOTT MOTOR CO | CHEVYMALIBU03SILVERG | 990 | 2825 | 08/19/200 | 9/17/2004 | 0.00 |
| 563161 | 814571 | JOE SCOTT MOTOR CO | JEEPGRANDCHEROKEELTD | 990 | 2845 | 08/19/200 | 9/17/2004 | 0.00 |
| 564331 | 814571 | JOE SCOTT MOTOR CO | CHEVYTAHOELT04BURGUN | 990 | 2845 | 08/25/200 | 9/23/2004 | 0.00 |
| 564904 | 814571 | JOE SCOTT MOTOR CO | CHEVYAVALANCHE02FORE | 990 | 2860 | 08/26/200 | 9/24/2004 | 0.00 |
| 565117 | 8534 | | CANONELPH35MMAPSFILM | 195 | 2227 | 08/27/200 | 9/05/2004 | 0.00 |
| *News Record* | | | | | | | | |
| 565571 | 1858 | RESPESS, MICHAEL | GMCSAFARI1999REARAND | 530 | 2865 | 08/28/200 | 9/11/2004 | 18.98 |
| 563618 | 25274 | DIVERSIFIED STEEL FA | EXPERIENCEDWELDERSVV | 563 | 2566 | 08/22/200 | 9/03/2004 | 253.01 |
| 564274 | 25346 | FOCUS ON KIDS | SCHOOLPHOTOGRAPHEREX | 563 | 2566 | 08/27/200 | 9/02/2004 | 20.90 |
| *Prattville Progress* | | | | | | | | |
| 565571 | 1858 | RESPESS, MICHAEL | GMCSAFARI1999REARAND | 261 | 2865 | 08/28/200 | 9/11/2004 | 18.98 |
| 563618 | 25274 | DIVERSIFIED STEEL FA | EXPERIENCEDWELDERSVV | EL05 | 2566 | 08/22/200 | 9/03/2004 | 253.01 |
| | | | SUB-TOTALS FOR 057:  33 | | | | | 3,257.95 |
| **059 – LaShonda Harris** | | | | | | | | |
| *Montgomery Advertiser* | | | | | | | | |
| 564073 | 497061 | FOSHEE BUILDERS | CARPENTERNEEDEDFULLT | 927 | 2578 | 08/24/200 | 8/30/2004 | 114.80 |
| | | | SUB-TOTALS FOR 059:  1 | | | | | 114.80 |
| **060 – Joe L. Howard Jr.** | | | | | | | | |
| *Career Builder, Line Ads Online* | | | | | | | | |
| 565594 | 25466 | MARK SMOAK & ASS | BETHEJUDGEYOUCANEARN | 991 | 2563 | 08/28/200 | 9/02/2004 | 293.76 |

Ex. 38 - Page 3