## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **PATRICIA A. CAMPBELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 2:05-cv-615-MEF-CSC |
| **GANNET CO., INC., d/b/a** ) | |
| **MONTGOMERY ADVERTISER,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COMES NOW** the Plaintiff, Patricia A. Campbell, by and through her attorneys of record, and respectfully states as follows:

1. A face-to-face settlement conference was held today between the undersigned and Lynlee Wells Palmer, Esq., counsel for Defendant.

2. Settlement was not reached by the parties.

3. Defendant does not believe that mediation would be beneficial at this point.

4. Plaintiff is unopposed to mediation.

          **Respectfully submitted,**

          <u>/s/ Stephen J. Austin</u>
          **John D. Saxon**
          **Alabama Bar No. ASB-3258-071J**
          **Stephen J. Austin**
          **Alabama Bar No. ASB-4527-H57A**
          **Attorneys for Plaintiff**

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
**2119 Third Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 324-0223**
**Facsimile: (205) 323-1583**
**Email:  [saustin@saxonattorneys.com](mailto:saustin@saxonattorneys.com)**

**CERTIFICATE OF SERVICE**

 I hereby certify that I have served a copy of the foregoing Notice Concerning Settlement Conference and Mediation by filing same with the CM/ECF system, which will send electronic notice to:

Lynlee Wells Palmer, Esq.
John W. Sheffield, Esq.
**JOHNSTON, BARTON, PROCTOR & POWELL, LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

 **DONE** this the 2nd day of May, 2006.

          <u>/s/ Stephen J. Austin</u>
          **OF COUNSEL**