IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-615-MEF |
| ) | |
| GANNETT CO., INC., a corporation, ) | |
| d/b/a Montgomery Advertiser, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Continue (Doc. #17) filed on May 2, 2006, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response which shall include a brief and any required evidentiary materials on or before May 17, 2006. The defendant may file a reply brief on or before May 24, 2006.

DONE this the 3rd day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE