#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF ALABAMA
#### NORTHERN DIVISION

| | | |
|---|---|---|
| **PATRICIA A. CAMPBELL,** | ) | |
|     An Individual, | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:05cv615-F |
| | ) | |
| **GANNETT CO., INC., d/b/a THE** | ) | |
| **MONTGOMERY ADVERTISER,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Patricia A. Campbell ("Campbell") and Defendant The Advertiser Company, d/b/a The Montgomery Advertiser ("The Advertiser") jointly move the Court to enter the attached Protective Order. In support of this motion, the parties state as follows:

1. The parties have jointly agreed to the entry of the attached order.

2. The Plaintiff has requested that the Advertiser produce sensitive medical, financial, personal and/or employment information relating to some of its employees and former employees and documents pertaining to its business operations and procedures. These documents contain confidential and/or proprietary information. The attached protective order will preserve the confidentiality of these documents.

WHEREFORE, the parties jointly move the Court to enter the attached order.

| | |
|---|---|
| s/ Stephen J. Austin | s/ Lynlee Wells Palmer |
| Stephen J. Austin | Lynlee Wells Palmer |
| Counsel for Plaintiff | Counsel for Defendant |
| **JOHN D. SAXON P.C.** | **JOHNSTON BARTON** |
| 2119 3rd Avenue North | **PROCTOR & POWELL LLP** |
| Birmingham, AL 35203 | 2900 AmSouth/Harbert Plaza |
| | 1901 Sixth Avenue North |
| | Birmingham, Alabama 35203 |