IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PATRICIA A. CAMPBELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 2:05-cv-615-MEF-CSC |
| **GANNETT CO., INC., d/b/a** | ) | |
| **MONTGOMERY ADVERTISER,** | ) | **UNOPPOSED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO EXTEND DEADLINE FOR FILING EVIDENTIARY SUBMISSION UNDER SEAL BY ONE DAY

**COMES NOW** the Plaintiff, Patricia A. Campbell, by and through her attorneys of record, and respectfully moves this Honorable Court for an extension of one day to file her evidentiary submission in opposition to Defendant's motion for summary judgment. As grounds for this motion, Plaintiff states as follows:

1. The deadline to file Plaintiff's evidentiary submission in support of her response to the pending summary judgment motion in this matter is today.

2. Several documents that will be filed by Plaintiff must be filed under seal pursuant to this Court's protective order, and thus, such documents must be physically delivered to the clerk in the U.S. courthouse in Montgomery.

3. Plaintiff's counsel's office is in Birmingham, and John D. Saxon, lead counsel for the Plaintiff, will be at the Montgomery federal courthouse tomorrow morning for argument before a three-judge panel of the Eleventh Circuit in *Mack, et al. v. ST Mobile Aerospace Engineering*, No. 05-14695-JJ.

4. For the sake of economy, Plaintiff's counsel would prefer to file the evidentiary submission under seal herein at that time.

5. Defendant does not object to a one-day extension to file the aforementioned evidence under seal. Counsel for the parties have made arrangements for the evidence to be exchanged today, and Plaintiff's brief will be filed electronically today, on time.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff respectfully moves this Honorable Court for a one-day extension to physically file her evidence under seal in opposition to the Defendant's motion for summary judgment.

**Respectfully submitted,**

/s/ Stephen J. Austin
**John D. Saxon**
**Alabama Bar No. ASB-3258-071J**
**Stephen J. Austin**
**Alabama Bar No. ASB-4527-H57A**
**Attorneys for Plaintiff**

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
**2119 Third Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 324-0223**
**Facsimile:  (205) 323-1583**
**Email:** [saustin@saxonattorneys.com](mailto:saustin@saxonattorneys.com)

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing by filing same with the CM/ECF system, which will send electronic notice to:

Lynlee Wells Palmer, Esq.
John W. Sheffield, Esq.
**JOHNSTON, BARTON, PROCTOR & POWELL, LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**DONE** this the 17th day of May, 2006.

        /s/ Stephen J. Austin
        **OF COUNSEL**