IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GANNETT CO., INC., a corporation, )<br>d/b/a Montgomery Advertiser, )<br>)<br>Defendant. ) | CASE NO. 2:05-cv-615-MEF |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #22) filed on May 17, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 18th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE