IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 2:05-cv-615-MEF-CSC |
| GANNETT CO., INC., d/b/a | ) | |
| MONTGOMERY ADVERTISER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S EXHIBIT LIST**

**COMES NOW** the Plaintiff, Patricia A. Campbell, by and through her attorneys of record, and reserves the right to introduce the following exhibits at the trial of this matter:

1. Personnel file of Patricia A. Campbell;

2. Personnel file of Joe Howard;

3. Personnel file of Thomas Taylor;

4. Personnel file of Cornelius Jones;

5. Emails from Jennifer Jensen to Jean Robinson Smith, Thomas Taylor, Brenda Jackson, Cornelius Jones, and Joe Howard;

6. 2003 Salesperson of the Year Points for Campbell and Joe Howard;

7. 2004 Recruitment Cross-Over Ads;

8. 2004 Inside Sales Bonus Worksheet for Campbell;

9. Exhibits attached to the deposition of Patricia A. Campbell;

10. All documents produced by Plaintiff in this matter;

11. All documents produced by Defendant in this matter;

12. All pleadings or evidentiary submissions filed herein by either party, including documents and exhibits attached thereto;

13. Any exhibits listed by Defendant to which no objection has been made;

14. Any exhibits necessary for rebuttal or impeachment purposes; and

15. Enlargements ("blow ups") of certain of the above-listed exhibits.

**Respectfully submitted,**

**/s/ Stephen J. Austin**
**John D. Saxon**
**Alabama Bar No. ASB-3258-071J**
**Stephen J. Austin**
**Alabama Bar No. ASB-4527-H57A**
**Attorneys for Plaintiff**

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
**2119 Third Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 324-0223**
**Facsimile: (205) 323-1583**
**Email:** saustin@saxonattorneys.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Plaintiff's Exhibit List by filing same with the CM/ECF system, which will send electronic notice to:

Lynlee Wells Palmer, Esq.
John W. Sheffield, Esq.
**JOHNSTON, BARTON, PROCTOR & POWELL, LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

**DONE** this the 12th day of July, 2006.

                                        /s/ Stephen J. Austin
                                        **OF COUNSEL**