IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 2:05-cv-615-MEF-CSC |
| GANNETT CO., INC., d/b/a | ) | |
| MONTGOMERY ADVERTISER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S WITNESS LIST**

**COMES NOW** the Plaintiff, Patricia A. Campbell, by and through her attorneys of record, and reserves the right to call the following witnesses at the trial of this matter:

1.  Patricia A. Campbell
    c/o John D. Saxon, P.C.
    2119 Third Avenue North
    Birmingham, AL 35203
    Tel.: (205) 324-0223

2.  Ronald Davidson
    c/o Johnston, Barton, Proctor & Powell, LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, AL 35203
    Tel.: (205) 458-9400

3.  Jennifer Jensen
    c/o Johnston, Barton, Proctor & Powell, LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, AL 35203
    Tel.: (205) 458-9400

4.  Kathryn Mount
    c/o Johnston, Barton, Proctor & Powell, LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, AL 35203
    Tel.: (205) 458-9400

5.  Annetta Hill
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

6.  Brenda Jackson
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

7.  Pamela Portis
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

8.  Margie-Jean Robinson-Smith
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

9. Shalawn Williams
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

10. Suzanne Parker
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

11. Melissa Searcy
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

12. Sharon Waid
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

13. Lashonda Harris
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

14. Cornelius Jones
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

15. Thomas Taylor
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

16. Frank Crook
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

17. Sara Williams Cobb
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

18. Linda Browder
    c/o Johnston, Barton, Proctor & Powell, LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, AL 35203

19. Joe L. Howard, Jr.
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

20. Ken Roach
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

21. April Kelly
    Montgomery Advertiser
    425 Molton Street
    Montgomery, AL 36104
    Tel.: (334) 262-1611

22. Linda B. Cates
    Family Guidance Center
    1284 Perry Hill Road
    Montgomery, AL 36109
    Tel.: (334) 270-4100

23. Scott Brown
    c/o Johnston, Barton, Proctor & Powell, LLP
    2900 AmSouth/Harbert Plaza
    1901 Sixth Avenue North
    Birmingham, AL 35203
    Tel.: (205) 458-9400

24. Fred Villacampa
    Address Unknown

25. Bonita Dennis
    Address Unknown

26. Jeanine Spencer
    Address Unknown

27. Terry Sullivan
    Address Unknown

28. Valerie Adams
    Address Unknown

29. Yolanda Franklin
    Address Unknown

30. Jonathan Villacampa
    Address Unknown

31. Any witnesses listed or identified by Defendant regarding whom no objection has been made;

32. Any witnesses necessary for rebuttal or impeachment purposes; and

33. Any witnesses necessary for the identification or authentication of documents.

          **Respectfully submitted,**

/s/ Stephen J. Austin
**John D. Saxon**
**Alabama Bar No. ASB-3258-071J**
**Stephen J. Austin**
**Alabama Bar No. ASB-4527-H57A**
**Attorneys for Plaintiff**

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
**2119 Third Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 324-0223**
**Facsimile: (205) 323-1583**
**Email:** saustin@saxonattorneys.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing Plaintiff's Witness List by filing same with the CM/ECF system, which will send electronic notice to:

Lynlee Wells Palmer, Esq.
John W. Sheffield, Esq.
**JOHNSTON, BARTON, PROCTOR & POWELL, LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

    **DONE** this the 12th day of July, 2006.

                                                    /s/ Stephen J. Austin
                                                    **OF COUNSEL**