IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL,<br>    An Individual<br><br>    Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., d/b/a THE<br>MONTGOMERY ADVERTISER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 2:05cv615-F<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S EXHIBIT LIST**

Pursuant to the Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(3), Defendant The Advertiser Company, d/b/a The Montgomery Advertiser ("The Advertiser"), improperly named in the Complaint as Gannett Co., Inc. d/b/a The Montgomery Advertiser, lists the following exhibits it may use at trial:

1. Acknowledgments of receipt of Employee Handbook signed by Patricia Campbell (Bates # 00079, 00201, 215)

2. Position description for Contract Sales Representative (Bates # 00075-00076)

3. Position description for Inside Sales Representative (Bates # 00152-00153)

4. November 5, 2003 Verbal Warning to Patricia Campbell (Bates # 00389)

5. March 2, 2004 Written Warning to Patricia Campbell (Bates # 00390-00394)

6. June 4, 2004 Written Warning to Patricia Campbell (Bates # 00395-00411, 00515-00518)

7. June 7, 2004 Written Warning to Patricia Campbell (Bates # 00416-00418)

8. July 2004 Performance Review of Patricia Campbell (Bates # 00420-00424)

9. Performance Improvement Plan for Patricia Campbell (Bates # 00425-00427, 00443-00445)

10. Notes from Meetings with Pat Campbell re: PIP (Bates # 00428-00429)

11. July 11, 2003 Written Warning to Patricia Campbell (Bates # 00413-00414, 00509-00510)

12. Self Evaluation by Patricia Campbell, July 13, 2004 (Bates # 00080-00084)

13. July 2003 Performance Review of Patricia Campbell (Bates # 00086-00089)

14. July 2003 Self Evaluation by Patricia Campbell (Bates # 00092-00096)

15. October 2002 Performance Review of Patricia Campbell (Bates # 00097-00103)

16. July 2001 Performance Review of Patricia Campbell (Bates # 00108-00113)

17. May 2001 Performance Review of Patricia Campbell (Bates # 00154-00157)

18. August 2000 Performance Review of Patricia Campbell (Bates # 00120-00125)

19. November 1998 Performance Review of Patricia Campbell (Bates # 00130-00134)

20. Email from Sudie Buchanan to Mark Logsdon and Fred Villacampa dated November 24, 1998 (Bates # 00381)

21. Termination documentation for Patricia Campbell (Bates # 00448, 00456-00457, 00496-00502)

22. Patricia Campbell's Application for Employment, July 5, 1988 (Bates # 00202-00208)

23. E-mails between Jennifer Jensen and Patricia Campbell dated November 11, 2003 (Bates # 00077, 00389, 00528)

24. E-mails from Jennifer Jensen to Joe L. Howard, Jr., Margie Jean Robinson-Smith, Thomas Taylor, Brenda Jackson, and Cornelius Jones dated November 11, 2003 (Bates # 00446, 00505, 00519-00523, 777)

25. E-mail from Jennifer Jensen to Pat Campbell dated July 27, 2004 (Bates # 00439)

26. E-mail string between Pat Campbell, Jennifer Jensen and Linda Browder (Bates # 00466-00467)

27. E-mails between Jennifer Jensen and Pat Campbell (Bates # 00430-00431, 00440)

28. E-mail from Kathryn Mount to Linda Browder dated July 22, 2004 (Bates # 00527)

29. E-mails between Pat Campbell and Joe L. Howard, Jr. (Bates # 00166-00168)

30. E-mail string between Pat Campbell and Jennifer Jensen dated June 23, 2004 (Bates # 00169-00170)

31. E-mails between Pat Campbell to Kathryn Mount (Bates # 00171-00172)

32. E-mail from Jeff Davis to Kathryn Mount and Jennifer Jensen dated September 7, 2004 (Bates # 00441)

33. E-mail from Jennifer Jensen to Kathryn Mount dated November 4, 2003 (Bates # 00174)

34. E-mail string between Jennifer Jensen and Pat Campbell dated October 13, 15 and 17, 2003 (Bates # 00382-00383, 00524-00525)

35. E-mail from Pat Campbell to Kathryn Mount, cc: Jennifer Jensen dated July 8, 2003 (Bates # 00175)

36. E-mail from Jennifer Jensen to Pat Campbell dated July 10, 2003 (Bates # 00415)

37. E-mails from Jeannine Spencer to Pat Campbell, Joe L. Howard, Jr., Brenda Jackson, Kathryn Mount, Melissa Searcy, Ed Smith, Jean Robinson Smith, Thomas Taylor, Holly Thompson, Shalawn Williams (Bates # 00186-00187, 00189)

38. E-mail string between Jeannine Spencer and Pat Campbell dated June 25, 2002 (Bates # 00190)

39. Personnel File Memorandum from Terry Regan to Pat Campbell dated November 27, 2000 (Bates # 00194)

40. Personnel File Memorandum from Kathryn Mount to Pat Campbell dated February 29, 2000 (Bates # 00195, 00514)

41. E-mail from Jerry Briggs to Kathryn Mount dated January 6, 2000 (Bates # 00196)

42. Memorandum from Pat Campbell to Shirley Russell dated August 28, 1996 (Bates # 00218-00219)

43. Memorandum from Pat Campbell to Kathy Cowart cc: Shirley Russell dated February 27, 1995 (Bates # 00223-

3

44. One-on-One Interview Sheet dated June 6, 1994 (Bates # 00229)

45. Memorandum from Kathryn Mount to Pat Campbell dated July 29, 1991 and attachment (Bates # 00230, 232-237)

46. One-on-One Interview Sheet dated December 8, 1992 (Bates # 00231)

47. Memorandum to Patricia Campbell from Shirley P. Russell and Jim Zinn dated November 6, 1989 (Bates # 00238)

48. Correspondence from Linda B. Cates to Linda Browder dated August 18, 2004 (Bates # 00442)

49. Packet of information submitted to The Montgomery Advertiser from the plaintiff on August 1, 2003 (Bates # 00074 and Exhibit 32 to plaintiff's deposition)

50. Packet of information submitted to The Montgomery Advertiser from the plaintiff on September 14, 2003 (Bates # 00534-00660)

51. Time cards pertaining to the plaintiff (Bates # 00702-00750)

52. Bonus/commission reports pertaining to the plaintiff (Bates # 00661-00700)

53. Plaintiff's W-2s (Bates # 00751-00755)

54. Retroactive pay forms re: Patricia Campbell (Bates # 00211, 00479, 00486)

55. Northern Trust Benefit Payment Passport (Bates # 00212)

56. Immediate Distribution Option Form (Bates # 00213)

57. Transfer/Rollover of Tax-Qualified Plan Assets Form (Bates # 00214)

58. Correspondence to Patricia Campbell from Thomas E. Burgum dated November 16, 2004 (Bates # 00287-00290)

59. Final Retirement Plan Calculation Report (Bates # 00291)

60. Retirement Plan Calculation Request Form (Bates # 00292-00294)

61. Retirement Plan Calculation Request Form (Bates # 00347-00349)

62. YTD Pensionable Earnings Report (Bates # 00295-00296)

63. Multimedia Accrued Benefit Info (Bates # 00297)

64. Wage Distribution by Department (Bates # 00299)

65. Premium Conversion Enrollment Form (Bates # 00329)

66. Pay for Pat Campbell Document (Bates # 00350)

67. Payroll History, Pat Campbell (Bates # 00351-00380)

68. Employee Profiles (Bates # 00419, 00471-00472, 00487-00488)

69. Status Change Forms (Bates # 00489-00495)

70. Final vacation payout re: plaintiff (Bates # 00701)

71. The Montgomery Advertiser's policies on Equal Employment Opportunity, Discrimination and Harassment (Bates # 00005, 00024; 00756-00758)

72. The Montgomery Advertiser's Discipline and Performance Improvement Policies (Bates # 00037)

73. The Montgomery Advertiser's Employee Handbook (Bates # 00004-00073)

74. The Montgomery Advertiser's Rules of Conduct (Bates # 00078, 00533)

75. Correspondence to Advertiser Associates from Scott M. Brown dated February 20, 2001 (Bates # 00301)

76. The Montgomery Advertiser Advertising Department Classified Organizational Chart, 2004 (Bates # 00388)

77. Inside Classified Information Sheet (Bates # 00436-00437)

78. Report re: cross-over billing (Bates # 00003, 00447)

79. Warning issued to Margie Jean Robinson-Smith re: cross-over billing (Bates # 00503-00506)

80. Email string between Margie Jean Robinson-Smith and Jennifer Jensen re: splitting ads dates June 7-8, 2004 (Bates # 00508)

81. Documentation re: hire of Pamela Portis (Bates # 01514-01515)

82. Statement from Joe L. Howard, Jr. re: ad splitting (Bates # 00412, 00793)

83. Performance Notice re: Joseph Howard, Jr. dated March 3, 2004 (Bates # 00775-00776)

84. Documents received from Alan J. Berlin, M.D. (Bates # SE 00708-00738)

85. Documents received from the Alabama Department of Industrial Relations (Bates # 00001-00002, 00384-387, SR 00009-00254)

86. Documents received from Harold Cox, M.D. (Bates # SR 00335-00606)

87. Documents received from Larry Epperson, M.D. (Bates # SR 00607-00616)

88. Documents received from Roland Hester, M.D. (Bates # SR 00272-00334)

89. Documents received from Bruce Tripp, M.D. (Bates # SR 00617-00698)

90. Documents received from the Family Guidance Center of Alabama (Bates # SR 00699-00707)

91. Documents received from World Omni Financial Corporation (Bates # SR 00256-00265)

92. Documents received from the Circuit Court of Mobile County, Alabama re: plaintiff's criminal history (Bates # Supplemental Disclosures 00021-00047)

93. Transcript of unemployment compensation hearing (Bates # Supplemental Disclosures 00001-00020)

94. EEO postings at The Montgomery Advertiser

95. Federal 5-in-1 Poster, posted at The Montgomery Advertiser

96. EEOC Charge filed by Patricia Campbell

97. EEOC Dismissal and Notice of Rights

98. All non-objectionable portions of the plaintiff's deposition

99. All non-objectionable exhibits to plaintiff's deposition

100. All pleadings and other court-filed documents in this action

101. Any document, to which The Advertiser does not object, produced by the plaintiff

102. Any documents, to which The Advertiser does not object, produced by The Advertiser

6

103. Any document or thing needed for purposes of impeachment of any witness

104. Any admissible document or thing identified by the plaintiff in her exhibit list

105. Any admissible documents or things introduced by the plaintiff at trial

106. Any document or thing needed for purposes of refreshing the recollection of any witness

107. Any document or thing needed for rebuttal

        s/Lynlee Wells Palmer
        John W. Sheffield
        Lynlee Wells Palmer
        Attorneys for Defendant
        The Advertiser Company
        d/b/a The Montgomery Advertiser

**OF COUNSEL:**

**JOHNSTON BARTON
PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John D. Saxon, Esq.
Stephen J. Austin, Esq.
JOHN D. SAXON P.C.
2119 3rd Avenue North
Birmingham, AL 35203

                 s/Lynlee Wells Palmer
                 Of Counsel