IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA A. CAMPBELL,<br>    An Individual<br><br>    Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., d/b/a THE<br>MONTGOMERY ADVERTISER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 2:05cv615-F<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(3), Defendant The Advertiser Company, d/b/a The Montgomery Advertiser ("The Advertiser"), improperly named in the Complaint as Gannett Co., Inc. d/b/a The Montgomery Advertiser, lists the following witnesses it may call at trial:

1. Patricia Campbell – Primary
   c/o JOHN D. SAXON, P.C.
   2119 3rd Avenue North
   Birmingham, Alabama 35203

2. Kathryn Mount – Primary
   c/o Johnston Barton Proctor & Powell LLP
   2900 AmSouth/Harbert Plaza
   1901 Sixth Avenue North
   Birmingham, Alabama 35203

3. Jennifer Jensen – Primary
   c/o Johnston Barton Proctor & Powell LLP
   2900 AmSouth/Harbert Plaza
   1901 Sixth Avenue North
   Birmingham, Alabama 35203

4. Ron Davidson – Primary
 c/o Johnston Barton Proctor & Powell LLP
 2900 AmSouth/Harbert Plaza
 1901 Sixth Avenue North
 Birmingham, Alabama 35203

5. Linda Browder – Primary
 c/o Johnston Barton Proctor & Powell LLP
 2900 AmSouth/Harbert Plaza
 1901 Sixth Avenue North
 Birmingham, Alabama 35203

6. Linda Cates – Optional
 Family Guidance Center of Alabama
 1284 Perry Hill Road
 Montgomery, Alabama 36109
 (334) 270-4100

7. Beth Hatchett – Optional
 6837 Brownwood Lane
 Montgomery, Alabama 36117
 (334) 396-8980

8. Laura Hicks – Optional
 5317 Old Shell Road
 Mobile, Alabama 36608
 (251) 342-2535

9. Joe Howard – Optional
 3447 B Wilmington Road
 Montgomery, Alabama 36105
 (334) 300-4020

10. Brenda Jackson – Optional
 279 West South Boulevard
 Montgomery, Alabama 36105
 (334) 281-7366

11. Cornelius Jones – Optional
 6201 Lycoming Road
 Montgomery, Alabama 36617
 (334) 356-4536

12. Laura Lynn – Optional
    c/o CareerBuilder
    Orlando, Florida
    (407) 654-1101

13. Pamela Portis – Optional
    1185 Lakewood Drive
    Montgomery, Alabama 36109
    (334) 549-3552

14. Thomas Taylor – Optional
    3929 Piedmont Court
    Montgomery, Alabama 36108
    (334) 281-9330

15. Fred Villacampa – Optional
    Current Address Unknown

16. Jonathan Villacampa – Optional
    Current Address Unknown

17. Shalawn Williams – Optional
    3930 Water Drive
    Millbrook, Alabama 36054
    (334) 285-6065

18. Custodian of Records, Management or Other Official – Optional
    Alabama Department of Industrial Relations
    649 Monroe Street
    Montgomery, Alabama 36131

19. Custodian of Records, Management or Other Official – Optional
    Harold Cox, M.D.
    440-1 Taylor Road
    Montgomery, Alabama 36117

20. Custodian of Records, Management or Other Official – Optional
    Larry Epperson, M.D.
    1722 Pine Street
    Montgomery, Alabama 36106

21. Custodian of Records, Management or Other Official – Optional
    Roland Hester, M.D.
    2000 Normandie Drive
    Montgomery, Alabama 36111

22. Custodian of Records, Management or Other Official – Optional
    Bruce Tripp, M.D.
    2030 Chestnut Street
    Montgomery, Alabama 36106

23. Custodian of Records, Management or Other Official – Primary
    Family Guidance Center of Alabama
    1284 Perry Hill Road
    Montgomery, Alabama 36109

24. Custodian of Records, Management or Other Official – Primary
    World Omni Financial Corporation
    6150 Omni Park Drive
    Mobile, Alabama 36609

25. Susan F. Wilson, Clerk, Circuit Court, Mobile, Alabama, or Other Official – Primary
    Room C913
    Mobile Government Plaza
    205 Government Street
    Mobile, Alabama 36644-2913

26. Any non-objectionable witness identified by the plaintiff

27. Any witness needed for impeachment or rebuttal

      s/Lynlee Wells Palmer
      John W. Sheffield
      Lynlee Wells Palmer
      Attorneys for Defendant
      The Advertiser Company
      d/b/a The Montgomery Advertiser

**OF COUNSEL:**

**JOHNSTON BARTON
PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John D. Saxon, Esq.
Stephen J. Austin, Esq.
JOHN D. SAXON P.C.
2119 3rd Avenue North
Birmingham, AL 35203

                   s/Lynlee Wells Palmer
                   Of Counsel