IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICIA A. CAMPBELL,               )
                                    )
    PLAINTIFF,                      )
                                    )
v.                                  )   CASE NO.: 2:05-cv-615-MEF
                                    )
GANNETT CO., INC., d/b/a THE        )(WO-Not Recommended for Publication)
MONTGOMERY ADVERTISER,              )
                                    )
    DEFENDANT.                      )

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the

ORDER, JUDGMENT and DECREE of the court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of

Defendant and against Plaintiff, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED against Plaintiff, for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket

sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and

to close this file.

DONE this 19th day of July, 2006.


                        /s/ Mark E. Fuller
                CHIEF UNITED STATES DISTRICT JUDGE